Official website of the Department of Homeland Security



U.S. Department of Homeland Security

# Fact Sheet: Zero Tolerance Immigration Prosecutions - Families

**Release Date:**  June 15, 2018

The risks of crossing the Rio Grande and desert terrain, or hiding in stash houses or tractor trailers, are high for adults and even more deeply concerning for children.  Individuals who seek to enter the United States should do so at ports of entry.

The Attorney General directed United States Attorneys on the Southwest Border to prosecute all amenable adults who illegally enter the country, including those accompanied by their children, for 8 U.S.C. § 1325(a), illegal entry.

Children whose parents are referred for prosecution will be placed with the Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR).

The information below provides information about:

- Care for children
- Family communication processes
- The removal process

## Additional Information

- Click here for Frequently Asked Questions regarding Zero Tolerance Immigration Prosecutions (/news/2018/06/15/frequently-asked-questions-zero-tolerance-immigration-prosecutions)
- Click here to view information provided to individuals while in CBP's custody (/publication/next-steps-families)
- Click here for Information on the location of ICE detainees (http://locator.ice.gov/odls/#/index)

# Prosecution/Removal Proceedings

Individuals who are apprehended by Border Patrol are taken to stations for processing.

- All individuals, including both adults and children, provide biographical information and, in many cases, fingerprints.
- Border Patrol agents enter information into appropriate electronic systems of records, including information about the claimed or confirmed family relationship.

Individuals who are believed to have committed any crime, including illegal entry, will be referred to the Department of Justice and presented before a federal judge.

After the conclusion of any criminal case, individuals will be transferred to U.S. Immigration and Customs Enforcement (ICE) for appropriate immigration proceedings.

Any individual processed for removal, including those who are criminally prosecuted for illegal entry, may seek asylum or other protection available under law.

Alien children may also present an individual claim for asylum and depending on the circumstances, may undergo separate immigration proceedings.

# Communication and Coordination for Families

Children in HHS ORR custody are provided with appropriate care, including medical care, mental health care, and educational programs. Children are normally held in a temporary shelter or hosted by an appropriate family.

While in HHS care, ORR begins the process of locating a sponsor for the child for discharge from federal custody.

- A sponsor can be a parent, adult sibling, relative, or appropriate home that meets criteria for the safety of the child and continuation of any immigration proceedings.  A parent who is prosecuted and later released can be a sponsor and ask HHS to release his or her child back into his or her custody.
- In Fiscal Year 2017, 90 percent of the children were released to a sponsor who was either a parent or close relative.

HHS and DHS work to facilitate communication between detained parents and their children in HHS care.

- ICE is dedicating a facility as its primary family reunification and removal center.
- Parents and legal guardians who have been criminally prosecuted and are awaiting removal will normally be detained there.
- All ICE facility staff who interact with parents will receive trauma-informed care training.
- ICE is augmenting mental health care staffing, to include trained clinical staff, to provide mental health services to detained parents who have been separated from their children.
- ICE will work with detained parents to provide regular communication with their children through video teleconferencing, phone, and tablets.

HHS and ICE can take steps to facilitate family reunification for purposes of removal, consistent with federal law where the parent or legal guardian is capable of providing for the physical and mental well-being of the child and comports with the wishes of the parent or legal guardian.

# Contact Information

For assistance in locating child(ren), individuals may contact the Office of Refugee Resettlement by calling 1-800-203-7001, email [information@ORRNCC.com](mailto:information@ORRNCC.com), or visit [https://www.acf.hhs.gov/orr/resource/orr-national-call-center](https://www.acf.hhs.gov/orr/resource/orr-national-call-center).  Individuals should provide the child's full name, date of birth, and country of origin, as well as the alien registration number (A number), if available.  Operators are available 24 hours a day, 7 days a week, and speak both Spanish and English.  If calling from an ICE detention facility, dial 699# on the free call platform.

For information about an immigration case or the process for reunifying with child(ren), individuals can call the ICE hotline at 1-888-351-4024, email [Parental.Interests@ice.dhs.gov](mailto:Parental.Interests@ice.dhs.gov), or visit [https://www.ice.gov/contact/detention-information-line](https://www.ice.gov/contact/detention-information-line).  If calling from an ICE detention facility, call using speed dial 9116# on the free call platform.  ICE is committed to connecting family members as quickly as possible after separation so that parents know the location of their children and have regular communication with them. ICE has posted information in all longer-term facilities with this information.

- [Click here for Information on the location of ICE detainees](http://locator.ice.gov/odls/#/index)

- Click here to view information provided to individuals while in CBP's custody (/publication/next-steps-families)

Topics:  Border Security (/topics/border-security) , Immigration Enforcement (/topics/immigration-enforcement)

Keywords:  Border Security (/keywords/border-security) , Family detention (/keywords/family-detention) , southwest border (/keywords/southwest-border)

Last Published Date: June 15, 2018



Official website of the Department of Homeland Security

U.S. Department of Homeland Security

# Frequently Asked Questions: Zero Tolerance Immigration Prosecutions

**Release Date:**  June 15, 2018

The Attorney General directed United States Attorneys on the Southwest Border to prosecute all amenable adults who illegally enter the country, including those accompanied by their children, for 8 U.S.C. § 1325(a), illegal entry. Children whose parents are referred for prosecution will be placed with the Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR). The following are Frequently Asked Questions regarding Zero Tolerance Immigration Prosecutions.

## Why Are Parents Being Separated From Their Children?

The Department of Homeland Security (DHS) may separate a parent or legal guardian from his or her child for several reasons, including situations where DHS cannot ascertain the parental relationship, when DHS determines that a child may be at risk with the presumed parent or legal guardian, or if a parent or legal guardian is referred for criminal prosecution, including for illegal entry.

## Where Are Children Going?

Alien children who are separated from their parents or legal guardians will be transferred to the Department of Health and Human Services, Office of Refugee Resettlement (HHS ORR).

## What Happens to Children in HHS Custody?

HHS ORR provides care for all alien children in its custody, to include medical care, mental health care, educational services, and other services.  HHS also works to locate a sponsor (parent, guardian, other adult relative, or foster care provider) for the children in its custody, for purposes of releasing the child from government custody.

# What Happens After Criminal Prosecution?

Parents or legal guardians who are charged with illegal entry will be transferred from DHS to the Department of Justice, where they will be presented to a judge for a hearing on their criminal case.  After completion of criminal proceedings, they will be transferred to U.S. Immigration and Customs Enforcement (ICE) for immigration proceedings.

Any individual who is subject to removal may, in the course of immigration proceedings, seek asylum or other relief or protection from removal.  The fact that an individual was prosecuted for illegal entry does not affect this right.

HHS and ICE can take steps to facilitate family reunification, for purposes of removal, if the potential sponsor is capable of providing for the physical and mental well-being of the child..and comports with the wishes of the parent or legal guardian.

Children may also present an individual claim for asylum or other relief or protection from removal, and depending on the circumstances, may undergo separate immigration proceedings.

# How Can I Communicate With My Child?

For parents or legal guardians detained in ICE custody, ICE and HHS will work to schedule regular communication with their children in HHS custody, through telephone and/or video conferencing.

Additionally, individuals may locate and communicate with their children through the following methods:

- HHS Parent Hotline (24 hours a day, 7 days a week, in both English and Spanish):
    - If calling from outside an ICE detention facility, call 1-800-203-7001.
    - If calling from an ICE detention facility, dial 699# on the free call platform.
    - Please note that you will need to provide the child's full name, date of birth, and country of origin.  It is also helpful to provide the child's alien registration number, if you know it.

- Email ORR at [information@ORRNCC.com (mailto:information@ORRNCC.com)](mailto:information@ORRNCC.com)

Individuals may also obtain information about a particular immigration case (including their child's), or information about reunifying with their children, through the following methods:

- ICE Call Center (Monday-Friday, 8 am-8 pm EST):
    - If calling from outside an ICE detention facility, call 1-888-351-4024.
    - If calling from an ICE detention facility, dial 9116# on the free call platform.

- Email ICE at [Parental.Interests@ice.dhs.gov (mailto:Parental.Interests@ice.dhs.gov)](mailto:Parental.Interests@ice.dhs.gov)

Topics:   Border Security (/topics/border-security) , Immigration Enforcement (/topics/immigration-enforcement)
Keywords:   Border Security (/keywords/border-security) , Family detention (/keywords/family-detention) , southwest border (/keywords/southwest-border)

Last Published Date: June 15, 2018


Official website of the Department of Homeland Security


U.S. Department of Homeland Security

# Next Steps for Families

Information provided to families who are in the custody of Customs and Border Protection (CBP) for the crime of illegal entry into the United States. The information provides an overview of the custody process and ways that parents can contact their children.

| Attachment | Size |
|---|---|
| Next Steps for Families (https://www.dhs.gov/sites/default/files/publications/18_0615_CBP_Next-Steps-for-Families.pdf) | 104.98 KB |

Last Published Date: June 15, 2018

# Next Steps for FAMILIES




**STEP 1**
- You are currently in the custody of the U.S. Department of Homeland Security (DHS) Customs and Border Protection (CBP).
- You have been charged with the crime of illegal entry into the United States.

**STEP 2**
- Within the next 48 hours, you will be transferred to the custody of the U.S. Department of Justice (DOJ) and will be presented before a judge for having violated this law.
- While this process is occurring, your child or children will be transferred to the U.S. Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR), where your child will be held in a temporary child shelter or hosted by a foster family.
- DHS and HHS can take steps to facilitate reunification with your child(ren).

**STEP 3**
How do I locate my child(ren)?
<u>Action 1</u> - Call U.S. Immigration and Customs Enforcement (ICE) Call Center.
- If calling from outside of an ICE detention facility, call 1-888-351-4024.
- If calling from an ICE detention facility, call using speed dial 9116# on the free call platform.
- Available Monday – Friday, 8am to 8pm EST. Language assistance is available.

<u>Action 2</u> - Call the ORR Parent Hotline.
- If calling from outside of an ICE detention facility, call 1-800-203-7001.
- If calling from an ICE detention facility, call using speed dial 699# on the free call platform.
- Please provide the child's full name, date of birth, and country of origin. It is helpful to give the child's A number, or alien registration number, to the operator if you have it.
- Available 24 hours a day, 7 days a week, in Spanish or English.

<u>Action 3</u> – Friends, family, ORR staff, and legal representatives can assist you by emailing:
- ICE at Parental.Interests@ice.dhs.gov
- ORR at information@ORRNCC.com

**STEP 4**
- After your court hearing, you will be transferred to ICE custody.
- While you are in ICE custody:
  - ICE will work with ORR to schedule regular communication (via telephone and/or video teleconferencing) with your child(ren).
  - ICE will provide access to legal self-help materials.

---

**PASO 1**
- Usted está actualmente en la custodia del Departamento de Seguridad Nacional de los Estados Unidos (DHS) Oficina de Aduanas y Protección Fronteriza (CBP).
- Usted está acusado del delito de entrar a los Estados Unidos ilegalmente.

**PASO 2**
- Dentro las próxima 48 horas, usted va a ser transferido a la custodia del Departamento de Justicia de EE. UU. (DOJ) y vas a aparecer antes de un juez por haber violado la ley.
- Mientras que ocurre este proceso, su hijo o hijos serán transferidos al Departamento de Salud y Servicios Humanos de EE. UU. (HHS) Oficina de Reubicación de Refugiados (ORR) donde su hijo será puesto en un refugio para niños o será cuidado por una familia sustituta.
- DHS y HHS pueden tomar los pasos necesarios para facilitar la reunificación son sus hijos.

**PASO 3**
¿Como ubico mis hijos?
<u>Acción 1</u> - Llame el Centro de Llamadas del Servicio de Inmigración y Control de Aduanas de EE. UU. (ICE)
- Si usted llama fuera de un centro de detención de ICE, llame 1-888-351-4024.
- Si usted llama desde un centro de detención de ICE, llame usando la marcación rápida 9116# en la plataforma de llamadas gratuitas.
- Accesible lunes-viernes, 8am a 8pm EST. Asistencia para hablar en su idioma está disponible.

<u>Acción 2</u> - Llame la Línea para Padres del ORR.
- Si usted llama fuera de un centro de detención de ICE, llame, llame 1-800-203-7001.
- Si usted llama desde un centro de detención de ICE, llame usando la marcación rápida 699# en la plataforma de llamadas gratuitas.
- Por favor proporcione el nombre completo de su hijo, la fecha de nacimiento, y su país de origen. También infórmale al operador el "A number", o número de extranjero de su hijo si lo tienes.
- Disponible 24 horas al día, 7 días a la semana, en inglés o español.

<u>Acción 3</u> – Amigos, familia, empleados de ORR, y su representación legal pueden asistirlo atreves de mandando u email a:
- ICE at Parental.Interests@ice.dhs.gov
- ORR at information@ORRNCC.com

**PASO 4**
- Usted va a ser transferido a la custodia del ICE después de su audiencia en la corte.
- Mientras en el cuidado y custodia de ICE:
  - ICE va a trabajar con ORR para designar comunicación fija (vía teléfono y/o video teleconferencia) con sus hijos.
  - ICE dará acceso a materiales de autoayuda legal.

🇺🇸 Official Website of the Department of Homeland Security



Report Crimes: Email (http://www.ice.gov/webform/hsi-tip-form) or

(http://www.ice.gov/)

Main Menu

# Online Detainee Locator System

**Select a different language**

[ English ▼ ]

Use this page to locate a detainee who is currently in ICE custody.

**Online Detainee Locator System cannot search for records of persons under the age of 18.**

## Search by A-Number

If you know the detainee's A-Number, ICE recommends you use the A-Number search. The A-Number must be exactly nine digits long. If the A-Number has fewer than nine digits, please add zeros at the beginning. You are also required to select the detainee's correct Country of Birth. (* Required Field)

**A-Number: ***

[ A-Number ]

**Country of Birth: ***

[ -- Select a Country -- ▼ ]

[ Search by A-Number ]

## Search by Biographical Information

When searching by name, a detainee's first and last names are required and must be an exact match (e.g., John Doe will not find Jon Doe or John Doe-Smith). You are also required to select the detainee's Country of Birth. It is optional to enter the value input below are evaluated for exact matches. (* Required Field)

**First Name: ***

[                    ]

**Last Name: ***

[                    ]

**Country of Birth: ***

[                  ▼ ]

**Month:**

▼

**Day:**

▼

**Year:**

▼

Search by Biographical Information

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure (http://www.ice.gov/factsheets/odls)

ICE ERO Field Offices (http://www.ice.gov/contact/ero/)

ICE Detention Facilities (https://www.ice.gov/detention-facilities)

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator (http://www.bop.gov/iloc2/LocateInmate.jsp)

(http://service.govdelivery.com/service/multi_subscribe.html?code=USDHSICE)

(http://www.facebook.com/wwwicegov)  (http://twitter.com/wwwICEgov)  (www.ice.gov/rss/)

(http://youtube.com/wwwICEgov)

(https://www.linkedin.com/company/u-s-immigration-and-customs-enforcement-ice)

(http://itunes.apple.com/us/podcast/ices-latest-videos/id535655139?mt=2&ign-mpt=uo%3D4)

(https://www.instagram.com/icegov )

DHS.gov (http://www.dhs.gov)   |   USA.gov (http://www.usa.gov)   |
OIG (http://www.oig.dhs.gov)   |
Open Gov (http://www.whitehouse.gov/open)   |
FOIA (http://www.ice.gov/foia/overview)   |
Metrics (http://www.ice.gov/metrics)   |
No Fear Act (http://www.ice.gov/management-administration/dcr)   |
Site Map (http://www.ice.gov/sitemap)   |
Site Policies & Plug-Ins (http://www.ice.gov/legal)