**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | No. 18-cv-1458 |
| v. | § | |
| | § | Civil Action |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO FILE COMPLAINT AND PROCEED**
**USING PSEUDONONYMS**

Plaintiffs respectfully request that the Court grant them permission to file this action and proceed using only their initials. Plaintiffs filed a complaint containing only Plaintiffs' initials on June 20, 2018, using the Court's electronic case management system (ECF).  In support of this motion Plaintiffs show the following:

1. Pseudonymous litigation is permitted in "cases involving matters of a highly sensitive and personal nature, real danger of physical harm…." *Nat'l Ass'n of Waterfront Employers v. Chao*, 587 F. Supp. 2d 90, 99 (D.D.C. 2008). This is such a case.

2. Plaintiff A.P.F. was shot, brutally assaulted, and threatened in his home country shortly before fleeing with his 12-year-old daughter to seek asylum in the United States. Plaintiff M.G.U. and her young sons received death threats in their home country. She and her sons presented themselves at a port of entry in California to seek asylum. Plaintiff E.F. fled her home country with her son after receiving threats that he would be kidnapped. Plaintiffs fear further persecution and possible death if returned to their home countries and are seeking to protect their identities, as well as the identities of their children, in this action. Their legitimate fears justify

permitting pseudonymous litigation. *See Id.* (describing whether identification "poses a risk of retaliatory physical or mental harm" as a factor in the court's decision to permit pseudonymous litigation).

3.  "When a plaintiff challenges…government activity, courts are more like[ly] to permit plaintiffs to proceed under a pseudonym than if an individual has been accused publicly of wrongdoing." *Id.* at n.9. Plaintiffs filed suit to challenge the government's indefinite separation of Plaintiffs and their children. Plaintiffs' should be permitted to proceeded using their initials because this suit does not raise the concerns associated accusations of individual wrongdoing.

4.  The risk of unfairness to Defendants is low or absent in this case. *See Id.* (describing the "risk of unfairness to the opposing party" as a factor in deciding whether a party may proceed anonymously).

5.  Plaintiffs will file under seal with the Court, and provide to Defendants, a statement of the true names associated with all pseudonyms that appear in their complaint, ECF No. 1, filed in the above action, which are:

    a.  Plaintiff M.G.U. and her three sons, G.V.G. who is two years old, J.V.G. who is six years old, and W.M.G. who is 13 years old;

    b.  Plaintiff E.F., and her 9-year-old son B.Y.A.F.; and

    c.  Plaintiff A.P.F. and his 12-year-old daughter C.P.R.

WHEREFORE, PREMISES CONSIDERED Plaintiffs seek permission from the Court to proceed using only their initials and the initials of their children in this action.

Respectfully submitted,
TEXAS RIOGRANDE LEGAL AID, INC.

_____
Jerome Wesevich
    D.D.C. Attorney No. TX0125
Amanda Chisholm
    Texas Bar No. 24040684
Peter McGraw
    Texas Bar No. 24081036
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org

*Attorneys for Plaintiffs*

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.G.U., *et al.*,                                     §
                                                      §
     Plaintiffs,                              §
                                                      §                    No. 18-cv-1458
v.                                                    §
                                                      §                    Civil Action
U.S. DEPARTMENT OF                                    §
HOMELAND SECURITY, *et al.*,                          §
                                                      §
     Defendants.                              §

**ORDER**

On this day the Court considered Plaintiffs' motion to proceed in this litigation using

pseudonyms for themselves and their children.  The Court is of the opinion that it should be

GRANTED.  It is therefore ORDERED that Plaintiffs are permitted to file and proceed in this

action using only their initials and the initials of their minor children.

SO ORDERED this _____ day of _____, 2018.


_____
UNITED STATES DISTRICT JUDGE