## Declaration of E.F.

I, E.F., make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the mother of B.Y.A.F.
2. I entered the United States together with my child and was seperated from my child one day after I was arrested.
3. I am now held in immigration custody at 8915 Montana Ave., El Paso, TX 79925, without my child.
4. I do not believe that I am involved in any criminal process at the present time. I am only detained for immigration purposes.
5. I do not know when I will be able to see my child again.
6. I have been able to speak to my child only 3 times and only for approximately 5 minutes each time since we were separated.
7. My son isn't able to give me much information about his circumstances because he is too young and too upset to understand what is happening. Every time we talk he only wants to know when he will see me again so it's hard for him to focus on anything else.
8. Each time we have spoken he only cries. In the brief moments where he can speak he tells me he is ok and that he misses me very much.

1 of 5

9. My son used to be such a happy child who was always joking around with me. Now he just seems depressed - he doesn't joke with me he only asks when we will see each other again and begs to be with me. He is scared and lonely and desperate to be with me. I try to tell him everything will be OK and that I'll see him soon but, the truth is, I don't know what will happen with us.

10. There have been a few times, he's said that he has had a nosebleed. I told him to tell someone if he is feeling sick but he's too scared to tell anyone. He says that he's scared to report any type of mistreatment or health issue because the other children have told him that children who report things get sent to another place.

11. My son asks me where I am and I tell him I'm in a room somewhere but I don't tell him I'm detained because I don't want to worry him. I try to get him to focus on when he'll be released but I know he doesn't understand why we're separated and he just wants to be with me. I pray every day that he is released soon because I don't know what is happening with him even though he says he is OK.

2 of 5

12. I do not know where my child is located. I believe that he is in New York, but I do not have any other information, like the name of the facility or its location.

13. I don't know who is caring for him. I know he has a social worker but I don't know who cares for him regularly.

14. I've spoken with his social worker a few times. She is the one I call when I want to speak to him. Our conversations are brief and about who will care for my son, then she passes the phone to him.

15. The information that I get on my son's well-being is from him. I try to ask if he is doing well and he says yes but that he misses me very much. Then he begins to cry.

16. Like I said before, I ask my son if he is healthy or if anyone has treated him badly but he says nothing is wrong. I don't know if I should believe him especially after he told me that he would be transferred elsewhere for reporting anything.

17. This whole situation has been horrible for me. I can't eat and I can't sleep because I am constantly reminded

when my son was taken from me. I have never been away from my son and I am just so sad I have to be without him. When I go to eat I'm reminded of when we used to eat together. When I try to sleep I remember how he always slept with me. It breaks my heart to not have him with me.

18. I am always thinking of my son. I wake up from my sleep crying because I remember that he was taken from me. I feel so upset and sad when I remember how he was taken from me. I don't understand how someone could take their child away from their mother. I think, "Don't they have children too? Don't they know the pain I'm feeling?" Then I say to myself that God has a plan but I still don't understand why my son was taken.

19. Every minute that I don't have information about my son is anguish.

20. Every minute that I am separated from my little boy causes me and him more pain and harm.

21. I brought my son from Guatemala to protect him. I didn't think that bringing him here would be so traumatic and awful for him. I thought I'd be able to

4 of 5

care for my son and keep him safe and now I can't even see him. I just want to be reunited with my son so he can live a safe and happy life and so I can work to send him to school and give him a good life.

___X___  
E.F.

___6/21/18___  
Date

I, Ashley N. Martinez, am fluent in both English and Spanish. I have read and translated the foregoing declaration to E.F. who has stated to me that she understood it and that it was true and correct.

June 21, 2018

Ashley N. Martinez