## DECLARATION OF M.G.U.

I am the mother of W.M.G., J.V.G., and G.V.G.

We entered the United States together. They separated me and my children 14 days after the first day at the detention center in Dilley, TX.

Now, I am in a detention center in Pearsall, TX without my children.

I do not know when I will be able to see my children again.

I am able to speak with them two times each week for only 10 minutes each time, but sometimes I am not able to speak with them because there are problems with the telephone. Sometimes the telephone says, "your voice is not recognized" and I need to call again. Also sometimes the telephone says "your call is disconnected." The calls are very expensive so I am only able to call when I have money, but when I do not have money, I am not able to communicate with my children. In one month I only received one free call from the center. Also, sometimes my children do not answer.

When I am able to call, G.V.G. is not able to give me information about his circumstances because he is only two years old and too young to communicate how he is.

J.V.G. cannot communicate either by phone. He is a child that communicates with emotion and actions so it is difficult for him to communicate how he is.

W.M.G. is able to communicate a little, but he is not able to tell me how G.V.G. is because they are only together for one hour each day.

They feel more comfortable and confident to say more in person than over the telephone. They have never needed to do this before because we were always together, so this type of communication is uncomfortable.

I do not know the people who are caring for them so I worry every day.

I have never seen my children's room either, nor the school, the cafeteria, nothing. So I am not able to know if they are safe.

The Director said that she knows that the news is saying lots of things but the children are fine there and that they are good kids. But she does not say any details. She did not tell me anything about how they are eating, or how they are sleeping, and nothing about the school. I know that they are not "fine" because they cry a lot, especially J.V.G. y G.V.G.. And W.M.G. is always asking "how is your case" because he wants to be together.

Like every parent, I want all the information about my children. I want a video of where they are living. I want to know the therapists, the teacher, and all of the people that have contact with my children. Also, I have concerns about the school and I want to know how school is going.

I am not able to get this information because of the problems with the telephone, it is too expensive, and if I just have 20 minutes each week to speak, I am going to talk to my children and they are not able to give me this information.

Each minute that I do not have this information is anguish.

Each minute that I am separated from my children is anguish.

I am never at ease without this information and without my children.

I, ███████ ███ under pains and penalties of perjury state and declare that the foregoing is true and correct based on my personal knowledge. Executed in _Pearsall_____, Texas on June _21_, 2018.

███████████

## CERTIFICATE OF TRANSLATION

I, _Laura Jones_____, certify that the above is an accurate translation of ███████'s declaration from Spanish to English and that I am competent in both Spanish and English to render such translation.

_____   _6/21/18_____
                                    Date

Yo soy la madre de W███, J███████, y G███████

Entramos los Estados Unidos juntos. Los separaron de mi 14 días después del primer día en el centro de detención en Dilley, TX.

Ahora estoy en un centro de detención en Pearsall, TX sin mis hijos.

No sé cuando yo puedo ver mis hijos otra vez.

Puedo hablar con ellos 2 veces cada semana por solo 10 minutos cada vez, pero a veces no puedo hablar con ellos porque hay problemas con el teléfono. A veces el teléfono dice, "su voz no es reconicido" y necesito llamar otra vez. También a veces el teléfono dice "tu llamada es disconectada." Las llamadas son muy caras asi solo cuando tengo dinero puedo llamar, pero cuando no tengo, no puedo tener comunicación con mis hijos. En un mes solo recibí una llamada gratis del centro.
También a veces ellos no contestan.

Cuando puedo hablar, G███████ no puede darme información sobre las circumstancias de él porque él solo tiene 2 años y es demasiado

pequeño para comunicar como es.

J▇ tampoco no puede comunicar por teléfono. Él es un niño que comunica con emoción y acción así es demasiado difícil para él explicar como es.

W▇ puede comunicar un poco, pero el no puede decirme como es G▇ porque ellos solo están juntos por una hora cada día.

Ellos se sienten más comodo y confianza decir más en persona que por teléfono. Ellos nunca necesitaron hacer esto ántes porque siempre estamos juntos, así este tipo de comunicacion es incómodo.

No conocé las personas que están cuidando ellos así tengo muchas preocupaciones cada día.

Tampoco, nunca ví el cuarto de mis niños, ni la escuela, la cafetería, nada. Asi no puedo saber que ellos están seguros.

El director dijo que ella sabe que las noticias están diciendo muchas cosas pero los

niños están bienes allí y que ellos están buenos niños. Pero ella no dijó ningún detalle. No dijó nada sobre como ellos están comiendo, ni durmiendo, ni nada sobre la escuela.

Yo sé que ellos no están "bienes" porque ellos lloran muchos, especialmente Jeancarlos y Gustavo. Y Wilson siempre está preguntando "Cómo está su caso" porque el quiere ser juntos.

Como cada padre, yo quiero toda la información sobre mis hijos. Quiero un video de las habitaciones. Quiero conocer las terapistas, la maestra, y todas las personas que tienen contactos con mis hijos. También, tengo preocupaciones sobre la escuela y quiero saber como va la escuela.

No puedo obtener esta información porque de las problemas del teléfono, es demasiado caro, y si yo solo tengo 20 minutos cada semana para hablar, me voy a hablar solo con mis niños y ellos no pueden darme esta información.

Cada minuto que no tengo esta información sobre mis niños es angustia.

Cada minuto que estoy separada de mis niños es angustia.

Nunca estoy tranquila sin esta información y sin mis hijos.

[signature redacted]

[signature redacted]

6/21/18