AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| M.G.U., et al </br>*Plaintiff* </br>v. </br>Kirstjen Nielsen, et al. </br>*Defendant* | ) </br>) </br>) Case No. 1:18-cv-1458 </br>) </br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants .

Date: 06/22/2018

/s/ Sarah B. Fabian
*Attorney's signature*

Sarah B. Fabian, #493803
*Printed name and bar number*

U.S. Department of Justice, PO Box 868
Ben Franklin Station
Washington, DC 20044
*Address*

sarah.b.fabian@usdoj.gov
*E-mail address*

(202) 532-4824
*Telephone number*

(202) 616-8962
*FAX number*