# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

M. G. U.
E. F.
A. P. F.

        Plaintiff          Civil No.      18-1458 (PLF)

vs.

                                  Category     L

KIRSTJEN NIELSEN, ET AL.

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 22, 2018 from Judge Tanya S. Chutkan to Judge Paul L. Friedman by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Tanya S. Chutkan   & Courtroom Deputy
Judge Paul L. Friedman   & Courtroom Deputy
Liaison, Calendar and Case Management Committee