# DECLARATION OF A.P.F.

I, A.P.F., make the following declaration based on my personal knowledge and declare under oath pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am the father of C.P.R. My daughter is twelve (12) years old.

2. I was separated from my daughter very late on June 4th or in the early morning hours of June 5th.

3. First the officials told me that my daughter was going to place called Casa Hogar, but they did not tell me where Casa Hogar was located or how long she would be there.

4. I have asked other immigration officials where my daughter is, but none of them are able to tell me where she is.

5. I called J___ A___ R_____, the grandfather of C.P.R., and he told me that C.P.R. has called him two (2) times. J___ A___ R_____ told me that C.P.R. was very worried and was desperate to be with me. C.P.R. does not know where she is.

6. I worry about my daughter constantly. I am not able to speak with her directly. I do not know if she is well cared for. I do not know if she has been sick. I do not know if she has been sleeping well or eating well. Not knowing anything about my daughter is torture. I am not able to sleep. I desperately want to be with her.

I, A███ P███████████, under pains and penalties of perjury state and declare that the foregoing is true and correct based on my personal knowledge. Executed in Port Isabel, Texas on June _21_, 2018.



A███ P███ F███

### CERTIFICATE OF TRANSLATION

I, __Jenecia Martinez__, certify that the above is an accurate translation of A███ P███-F███'s declaration from Spanish to English and that I am competent in both Spanish and English to render such translation.

_____  _6/21/2018_
                                              Date

Declaración de A███████
P███ F███

Yo, A█████████ P███ F███, hago la siguiente declaración basado en mi conocimiento personal y declaro bajo pena de perjurio bajo la ley 28 U.S.C. § 1746 que lo siguiente es verdadero y correcto:

1. Yo soy el padre de C████████ P█ R███████. Mi hija tiene doce (12) años.

2. Yo fui separada de mi hija en la noche muy tarde el 4 de Junio o en la madrugada el 5 de Junio.

3. Primero los oficiales de inmigración me dijieron que mi hija iba a un lugar llamado casa hogar, pero no me dijieron en donde se localiza casa hogar y cuanto tiempo ella estuviera ahi.

4. Le he preguntado a otros oficiales de inmigración en donde esta mi hija y ninguno de ellos me ha podido decir en donde esta.

5. Yo llame a J█ A█ R█, el abuelo de C█, y el me dijo que C█ lo llamo dos (2) veses a el. J█ A█ R█ me dijo que C█ se escucha muy preocupada y estaba muy desesperada por quiere estar conmigo. C█ no sabe en donde se encuentra.

6. Yo constantemente estoy preocupado por ella. Yo no he podido hablar con ella directamente. Yo no se si la estan cuidando bien. Yo no se si ella se ha enfermado. Yo no se si ella esta durmiendo bien o comiendo bien. No poder saber nada sobre mi hija es una tortura. Yo no puedo dormir. Yo desesperadamente quisiera estar junto a ella.

Yo, A█ P█ F█, bajo penal de perjurio y declaro que esta declaración es verdadera y correcta basado en mi conocimiento personal. Firmado en Port Isabel, Texas el 21 de Junio, 2018.

_____
A█ P█ F█