# DECLARATION OF MS. MGU

I am an individual whose initials are MGU. I make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I have three children. I want to do everything I can to have my children returned to me, and I have asked my attorneys to file a lawsuit to help get my children back.
2. GVG is my biological 2-year-old son.
3. JVG is my biological 6-year-old son.
4. WMG is my biological 13-year-old son.
5. I and my children are citizens of Guatemala who seek asylum in the United States.
6. ███████████████████████████████████████████████████████████████████████████████████████
7. Upon reaching the United States, I and my children traveled together to the United States, crossed the border together, and presented ourselves together at the San Ysidro, California Port of Entry on May 4, 2018. I told the border guards that we were seeking asylum.
8. We were immediately detained together in California, and soon afterward transported together to the South Texas Family Residential Center near Dilley, Texas.
9. On May 16, 2018, based on my expression of fear of returning to Guatemala, I was referred for an initial screening before an asylum officer, called a "credible fear interview." The Asylum Officer spoke with me and my children at the detention center.

1

10. A couple days after the interview, I was eating lunch with my 2-year old and 6-year old when my 13-year old ran in to tell us that the officers told him we were all leaving because we got positive decisions and needed to pack up.

11. The officials rushed us, they said we did not have much time, not even enough time to use the bathroom. After we packed everything up, we were told to wait. It was a different process than what I had seen other women do when they left the center.

12. When we were waiting I saw two officials talking and I could tell by their expressions something was not right. More officers came outside, I felt surrounded. Two officers came up to me and said they had bad news. They told me they were going to separate us and take my kids to New York.

13. We all started crying and through tears I begged, "I don't want to be separated from my children," and then asked "For how long?" They reassured me it would be "hours" or at most a week. They said the Judge needed to talk to me. They also told me that I needed to be strong for my kids.

14. My 13-year-old held my 2-year-old in one arm and held the hand of my 6-year-old in the other. They were escorted away from me crying. This was the last time I saw my kids.

15. After officers took my children away, they transported me to a different immigration detention facility for women in Pearsall, Texas.

16. I worry about my children constantly and I do not know when I will see them again. It has been a month since I saw them. In the first three weeks I talked to them once or twice a week, however it has been over a week since I have been allowed to speak to them. They have never been without me before.

17. When I have been able to talk to them they are all crying, and my 6-year-old and 13-year-old keep saying that they do not want to be separated from me. Except to say this, my 6-year-old is not able to speak; he has a sensitive heart. When I ask how he is, he stays silent or choking down tears, he tries to be strong and says, "Bien." Most of the time he just listens as I talk to my 13-year-old. Talking is too hard for him to do, but he listens to my voice over the phone.

18. I have only heard my 2-year-old's voice once since being separated. My 13-year-old has told me that the 2-year-old is always crying. He needs me. I am the only one who can comfort him and make him stop crying.

19. I have talked the most to my 13-year-old. When I am on the phone with him, he is crying. He feels alone and is scared.

20. Because all of my children have been taken away from me I am depressed. I feel alone without them. I do not feel calm even though I have been told they are safe because they are with people that I do not know. I cannot be sure they are okay.

21. I hope to be reunited with my children as soon as possible. I miss them and do not want them to feel alone and scared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed in Pearsall, Texas on June 13, 2018.


Ms. MGU

I, ▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮, swear under the penalties of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was read back to me word for word in Spanish, a language in which I am fluent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Signature

6/13/208
Date

I, Laura Jones, certify that I am proficient in both Spanish and English. I read the declaration above in its entirety to ▮▮▮▮▮▮▮▮ in Spanish.

Laura Jones
Signature

6/13/18
Date