UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | No. 18-cv-1458 |
| v. | § | |
| | § | Civil Action |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
|     Defendants. | § | |

## DECLARATION OF PETER MCGRAW

I, Peter McGraw, make the following declaration based on my personal knowledge and declare under oath pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an attorney licensed to practice law in the state of Texas. I am one of three attorneys representing the Plaintiffs in this case, cause number 18-cv-1458 in the United States District Court for the District of Columbia.

2. The document filed as ECF No. 13-14 is a March 11, 2018 article titled "Transcript: White House Chief of Staff John Kelly's Interview with NPR." This was posted on the website for National Public Radio at the following web address: https://www.npr.org/2018/05/11/610116389/transcript-white-house-chief-of-staff-john-kellys-interview-with-npr. I visited this web address on June 25, 2018, and created a Portable Document Format (PDF) file of the website using my internet browser's print function.

3. The document filed as ECF No. 13-15 is a June 19, 2018 article titled "What You Should Know About Family Separations." This was posted on the website for The Marshall Project at the following web address: https://www.themarshallproject.org/2018/06/19/what-you-should-know-about-family-separations. I visited the web address on June 25, 2018, and created a PDF file of the website using my internet browser's print function.

4. The document filed as ECF No. 13-16 is a March 7, 2017 article titled "Kelly: DHS is considering separating undocumented children from their parents at the border." This was posted on the website for CNN at the following web address: https://www.cnn.com/2017/03/06/politics/john-kelly-separating-children-from-parents-immigration-border/index.html. I visited this web address on June 25, 2018, and created a PDF file of the website using my internet browser's print function.

2

5. The document filed as ECF No. 13-17 is a June 9, 2018 article titled "New 'zero tolerance' policy overwhelms South Texas courts." This was posted on the website for the Houston Chronicle at the following web address: https://www.houstonchronicle.com/news/houston-texas/texas/article/New-zero-tolerance-policy-overwhelms-South-12981190.php. I visited this web address on June 25, 2018, and created a PDF file of the website using my internet browser's print function.

6. The document filed as ECF No. 13-18 is a June 10, 2018 article titled "Honduran Man Kills Himself After Being Separated From Family at U.S. Border, Reports Say." This was posted on the website for the New York Times at the following web address: https://www.nytimes.com/2018/06/10/us/border-patrol-texas-family-separated-suicide.html. I visited the web address on June 25, 2018, and created a PDF file of the website using my internet browser's print function.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed in Brownsville, Texas on June 25, 2018.

/s/ Peter McGraw
PETER MCGRAW