UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | No. 1:18-cv-1458-PLF |
| v. | § | |
| | § | Civil Action |
| KIRSTJEN NIELSEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**JOINT PROPOSAL FOR SCHEDULING
OF PRELIMINARY INJUNCTION PROCEEDINGS**

Pursuant to the Court's minute order of June 26, 2018, counsel for all parties have conferred and they jointly propose the following schedule for the Court's consideration of Plaintiffs' Application for a Preliminary Injunction, ECF No. 13:

(a) Defendants will file their response by July 6, 2018;

(b) Plaintiffs will reply by July 9, 2018; and

(c) the parties will be available for hearing at any time on July 11 or 12, 2018.

June 26, 2018

Respectfully submitted,
TEXAS RIOGRANDE LEGAL AID, INC.

/s/ Jerome Wesevich
_____
Jerome Wesevich
   D.D.C. Attorney No. TX0125
Amanda Chisholm
   Texas Bar No. 24040684
Peter McGraw
   Texas Bar No. 24081036
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org

*Attorneys for Plaintiffs*