## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:18-cv-1458-PLF |
| v. ) | |
| ) | |
| KIRSTJEN NIELSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Jeremy S. Simon, Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

Respectfully submitted,

/s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2528