# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 1:18-cv-01458 |

## **NOTICE OF APPEARANCE**

　　　　PLEASE TAKE NOTICE that David J. Ball, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is authorized to practice in this court, and shall appear in this case on behalf of Plaintiffs.

Dated:　Washington, DC
　　　　　June 28, 2018

　　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　　　　By:　　　/s/ David J. Ball　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　David J. Ball
　　　　　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 460055)

　　　　　　　　　　　　　　　　　　　　　　2001 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20006-1047
　　　　　　　　　　　　　　　　　　　　　　Tel.:  (202) 223-7352
　　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 204-7352
　　　　　　　　　　　　　　　　　　　　　　dball@paulweiss.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to LCrR 49.2, I hereby certify that on June 28, 2018, I caused to be electronically filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCrR 49(d) to all counsel of record.

/s/ David J. Ball
David J. Ball
(Bar No. 460055)