**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.G.U., *et al.*,<br><br>	Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>	Defendants. | No. 1:18-cv-01458 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through their undersigned counsel, David J. Ball, a member of the Bar of this Court, respectfully move that Steven C. Herzog be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Steven C. Herzog is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; Telephone (212)-373-3317.

2. As set forth in the Declaration of Steven C. Herzog accompanying this motion, Mr. Herzog is a member in good standing of the Bar of the State of New York and New Jersey.  He has not been disciplined by any bar.

3. Mr. Herzog has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Steven C. Herzog to appear *pro hac vice* in the above-captioned action.

Dated: Washington, DC
June 28, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ David J. Ball
David J. Ball
(DC Bar No. 460055)

2001 K Street, NW
Washington, DC 20006-1047
Tel.: (202) 223-7352
Fax: (202) 204-7352
dball@paulweiss.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on June 28, 2018, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ David J. Ball
David J. Ball
(Bar No. 460055)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 1:18-cv-01458 |

**DECLARATION OF STEVEN C. HERZOG**

I, Steven C. Herzog, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

1. My name, office address, email and telephone number are as follow:

   Steven C. Herzog
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Phone: (212) 373-3000

2. I am admitted, practicing, and in good standing as a member of the Bar of the States of New York and New Jersey. I was admitted to the New York Bar on January 26, 1988 and the New Jersey Bar on December 18, 1987, and have been a member in good standing since my admissions.

3. I am also admitted to practice before the following courts:

   - United States Supreme Court (admitted December 2, 1991)
   - United States Court of Appeals for the Federal Circuit (admitted December 6, 2000)

- United States Court of Appeals for the Second Circuit (admitted February 14, 2001)
- United States Court of Appeals for the Third Circuit (admitted March 4, 1988)
- United States Court of Appeals for the Fourth Circuit (admitted October 24, 2017)
- United States Court of Appeals for the Fifth Circuit (admitted September 24, 1997)
- United States Court of Appeals for the Eleventh Circuit (admitted October 6, 1997)
- Supreme Court of New Jersey (admitted December 18, 1987)
- United States District Court for the Northern District of Illinois (admitted July 21, 2003)
- United States District Court for the Eastern District of Michigan (admitted October 16, 1997)
- United States District Court for the Eastern District of New York (admitted May 16, 1995)
- United States District Court for the Southern District of Texas (admitted May 9, 2003)
- United States District Court for the District of New Jersey (admitted December 18, 1990)
- United States District Court for the Eastern District of Texas (admitted February 10, 2010)

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, NY
         June 28, 2018

*/s/ Steven C. Herzog*
Steven C. Herzog

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.G.U., *et al.*,

                Plaintiffs,

      v.

KIRSTJEN NIELSEN, *et al.*,

                Defendants.

No. 1:18-cv-01458

**[PROPOSED ORDER]**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Steven C. Herzog. and the accompanying Declaration of Steven C. Herzog, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby,

**GRANTED**.

**SO ORDERED** this _____ day of _____ 2018.

_____

PAUL L. FRIEDMAN
United States Senior Judge
United States District Court for
the District of Columbia