## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

M.G.U., *et al.*,

                                Plaintiffs,

                    v.                                        No. 1:18-cv-01458

KIRSTJEN NIELSEN, *et al.*,

                                Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through their undersigned counsel, David J. Ball, a member of the Bar of this Court, respectfully move that Meredith A. Arfa be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Meredith A. Arfa is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; Telephone (212)-373-3000.

2. As set forth in the Declaration of Meredith A. Arfa accompanying this motion, Ms. Arfa is a member in good standing of the Bar of the State of New York. She has not been disciplined by any bar.

3. Ms. Arfa has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Meredith A. Arfa to appear *pro hac vice* in the above-captioned action.

Dated:   Washington, DC
         June 28, 2018

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:_____ /s/ David J. Ball_____
              David J. Ball
              (DC Bar No. 460055)

2001 K Street, NW
Washington, DC  20006-1047
Tel.:  (202) 223-7352
Fax:  (202) 204-7352
dball@paulweiss.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on June 28, 2018, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ David J. Ball
David J. Ball
(Bar No. 460055)

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

M.G.U., *et al.*,

<div style="margin-left:2em">Plaintiffs,</div>

v.

KIRSTJEN NIELSEN, *et al.*,

<div style="margin-left:2em">Defendants.</div>

No. 1:18-cv-01458

## <u>DECLARATION OF MEREDITH A. ARFA</u>

I, Meredith A. Arfa, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

1. My name, office address, email and telephone number are as follow:

   Meredith A. Arfa
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Phone: (212) 373-3000

2. I am admitted, practicing, and in good standing as a member of the Bar of the State of New York.  I was admitted on February 25, 2009 and have been a member in good standing since my admission.

3. I am also admitted to practice before the following courts:

   - United States Court of Appeals for the 11th Circuit (admitted March 21, 2018)

   - United States District Court for the Eastern District of New York (admitted March 24, 2009)

   - United States District Court for the Southern District of New York (admitted March 24, 2009)

4.  I have never been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last

two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, NY
June 28, 2018

Meredith A. Arfa

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

M.G.U., *et al.*,

                         Plaintiffs,

            v.

KIRSTJEN NIELSEN, *et al.*,

                         Defendants.

No. 1:18-cv-01458

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Meredith

A. Arfa and the accompanying Declaration of Meredith A. Arfa, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby,

**GRANTED**.

**SO ORDERED** this_____day of_____2018.

_____

PAUL L. FRIEDMAN
United States Senior Judge
United States District Court for
the District of Columbia