UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.G.U., *et al.*,

        Plaintiffs,

v.

KIRSTJEN NIELSEN, *et al.*,

        Defendants.

No. 1:18-cv-01458

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through their undersigned counsel, David J. Ball, a member of the Bar of this Court, respectfully move that Katherine Kelly Fell be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Katherine Kelly Fell is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; Telephone (212)-373-3000.

2. As set forth in the Declaration of Katherine Kelly Fell accompanying this motion, Ms. Fell is a member in good standing of the Bar of the State of New York. She has not been disciplined by any bar.

3. Ms. Fell has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Katherine Kelly Fell to appear *pro hac vice* in the above-captioned action.

Dated: Washington, DC
June 28, 2018

                                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                           By: /s/ David J. Ball
                                                   David J. Ball
                                                   (DC Bar No. 460055)

                                           2001 K Street, NW
                                           Washington, DC 20006-1047
                                           Tel.: (202) 223-7352
                                           Fax: (202) 204-7352
                                           dball@paulweiss.com

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on June 28, 2018, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ David J. Ball
David J. Ball
(Bar No. 460055)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.G.U., *et al.*,

                Plaintiffs,

v.

KIRSTJEN NIELSEN, *et al.*,

                Defendants.

No. 1:18-cv-01458

## DECLARATION OF KATHERINE KELLY FELL

I, Katherine Kelly Fell, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

1. My name, office address, email and telephone number are as follow:

   Katherine Kelly Fell
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Phone: (212) 373-3000

2. I am admitted, practicing, and in good standing as a member of the Bar of the State of New York. I was admitted on October 7, 2013 and have been a member in good standing since my admission.

3. I am also admitted to practice before the following court:

   - United States District Court for the Southern District of New York (admitted April 15, 2014)

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
June 28, 2018

_____
Katherine Kelly Fell

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.G.U., *et al.*,

                 Plaintiffs,

v.

KIRSTJEN NIELSEN, *et al.*,

                 Defendants.

No. 1:18-cv-01458

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Katherine Kelly Fell and the accompanying Declaration of Katherine Kelly Fell, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby, **GRANTED**.

**SO ORDERED** this_____day of_____2018.

_____
PAUL L. FRIEDMAN
United States Senior Judge
United States District Court for
the District of Columbia