UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § § § | |
| Plaintiffs, | § § | No. 18-cv-1458 (PLF) |
| v. | § § | Civil Action |
| KIRSTJEN NIELSEN, *et al.*, | § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through their undersigned counsel, Jerome Wesevich, a member of the Bar of this Court, respectfully move that Peter McGraw be admitted *pro hac vice* in the above captioned case.

In support of this motion, the undersigned represents:

1. Peter McGraw is an attorney with Texas RioGrande Legal Aid, 1206 East Van Buren St., Brownsville, Texas 78520; Telephone (956) 982-5543.

2. As set forth in the Declaration of Peter McGraw accompanying this motion, Mr. McGraw is a member in good standing of the State Bar of Texas. He has not been disciplined by any bar.

3. Mr. McGraw has been admitted *pro hac vice* in this Court once before, on February 12, 2018 in cause number 17-cv-1976.

Wherefore, Plaintiffs, by and through their undersigned counsel move that this Court enter an Order permitting Peter McGraw to appear *pro hac vice* in the above captioned action.

1

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

/s/

_____

Jerome Wesevich
   D.D.C. Attorney No. TX0125
Amanda Chisholm
   Texas Bar No. 24040684
Peter McGraw
   Texas Bar No. 24081036
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that on July 3, 2018 lawyers for counsel for the Plaintiffs contacted counsel for Defendants by email regarding this motion and counsel for Defendants informed counsel for the Plaintiffs that the motion is unopposed.

*/s/ Jerome Wesevich*
Jerome Wesevich

## CERTIFICATE OF SERVICE

I, Jerome Wesevich, certify that on July 3, 2018, I served the foregoing document and the attached Exhibit 1 on counsel for Defendants by email to:

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
sarah.b.fabian@usdoj.gov

3

Jeremy Simon
Assistant United States Attorney
U.S. Department of Justice
Jeremy.simon@usdoj.gov

          */s/ Jerome Wesevich*

          _____

          Jerome Wesevich
          Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*, § § § Plaintiffs, § § v. § § U.S. DEPARTMENT OF § HOMELAND SECURITY, *et al.*, § § Defendants. § | No. 18-cv-1458<br><br>Civil Action |

## DECLARATION OF PETER MCGRAW

I, Peter McGraw, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I, Peter McGraw, I certify that I am eligible for admission to this Court.

1. My name, office address, email and telephone number are as follows:

   Peter McGraw
   Texas RioGrande Legal Aid, Inc.
   1206 East Van Buren St.
   Brownsville, Texas 78520
   (956) 982-5543
   pmcgraw@trla.org

2. I am admitted, practicing, and in good standing as a member of the Texas State Bar. I was admitted May 4, 2012 and have been a member in good standing since my admission.

3. I have never been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court once before on February 12, 2018, in cause number 17-cv-1976.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Brownsville, Texas on July 1, 2018.

1

Respectfully submitted,

*/s/ Peter McGraw*

Peter McGraw
Texas RioGrande Legal Aid, Inc.
1206 East Van Buren St.
Brownsville, Texas 78520
(956) 982-5543 (phone)
(956) 541-1410 (fax)
pmcgraw@trla.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § § § | |
| Plaintiffs, | § § | No. 18-cv-1458 |
| v. | § § | Civil Action |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Peter McGraw and the accompanying declaration of Peter McGraw, it is hereby **ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby, **GRANTED**.

So ordered this _____ day of _____, 2018.

_____
PAUL L. FRIEDMAN
United States Senior Judge
United States District Court for
the District of Columbia