**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | No. 18-cv-01458 (PLF) |
| v. | § | |
| | § | |
| KIRSTJEN NIELSEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the

District of Columbia, Plaintiffs, by and through their undersigned counsel, Jerome Wesevich, a

member of the Bar of this Court, respectfully move that Amanda Chisholm be admitted *pro hac*

*vice*  in the above-captioned action.

In support of this motion, the undersigned represents:

1. Amanda Chisholm is an attorney with Texas RioGrande Legal Aid, 114 North

   6th Street, Alpine, Texas 79830; Telephone (432) 837-1199.

2. As set forth in the Declaration of Amanda Chisholm accompanying this

   motion, Ms. Chisholm is a member in good standing of the State Bar of

   Texas.  She has not been disciplined by any bar.

3. Ms. Chisholm has not been admitted *pro hac vice* in this Court before.

Wherefore, Plaintiffs, by and through their undersigned counsel, move that this Court

enter an Order permitting Amanda Chisholm to appear *pro hac vice* in the above captioned

action.

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

/s/

_____

Jerome Wesevich
   D.D.C. Attorney No. TX0125
Amanda Chisholm
   Texas Bar No. 24040684
Peter McGraw
   Texas Bar No. 24081036
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that on July 3, 2018 lawyers for counsel for the Plaintiffs contacted counsel for

Defendants by email regarding this motion and counsel for Defendants informed counsel for the

Plaintiffs that the motion is unopposed.

*/s/ Jerome Wesevich*
Jerome Wesevich

## CERTIFICATE OF SERVICE

I, Jerome Wesevich, certify that on July 3, 2018, I served the foregoing document and the
attached Exhibit 1 on counsel for Defendants by email to:

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
sarah.b.fabian@usdoj.gov

Jeremy Simon
Assistant United States Attorney
U.S. Department of Justice
Jeremy.simon@usdoj.gov

/s/ Jerome Wesevich

_____

Jerome Wesevich
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | No. 1:18-cv-01458 |
| v. | § | |
| | § | |
| KIRSTJEN NIELSEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF AMANDA CHISHOLM**

I, Amanda Chisholm, pursuant to 28 U.S.C. 1746, declare as follows:

Pursuant to Local Rule 83.2, I, Amanda Chisholm, I certify that I am eligible for admission

to this Court.

1.  My name, office address, email and telephone number  are as follows:

    Amanda Chisholm
    Texas RioGrande Legal Aid, Inc.
    114 N. 6th Street
    Alpine, Texas 79830
    (432) 837-1199
    AChisholm@trla.org

2.  I am admitted, practicing, and in good standing as a member of the Texas State Bar.  I

    was admitted November 6, 2003 and have been a member in good standing since my

    admission.

3.  I have never been disciplined by any bar.

4.  I have not been admitted *pro hac vice* in this Court before.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Alpine, Texas on June 29, 2018.

Respectfully submitted,

Amanda Chisholm
Texas RioGrande legal Aid, Inc.
114 N. 6th Street
Alpine, Texas 79830
Phone: (432) 837-1199
achisholm@trla.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | No. 18-cv-1458 |
| v. | § | |
| | § | Civil Action |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Amanda

Chisholm and the accompanying declaration of Amanda Chisholm, it is hereby **ORDERED** that

Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby, **GRANTED**.


So ordered this _____ day of _____, 2018.



_____
PAUL L. FRIEDMAN
United States Senior Judge
United States District Court for
the District of Columbia