# Licensed or Certified Child Care Operations: Criminal History Requirements

In accordance with §745.651 (What types of criminal convictions may affect a person's ability to be present at an operation?), this chart notes criminal convictions that may affect a person's ability to be present in Licensed or Certified Child Care Operations - including Independent Foster Homes, Child-Care Centers, Licensed Child-Care Homes, School-Age and Before or After-School Programs, General Residential Operations, Shelter Care, Small Employer Based Child-Care, and qualifying persons at Child Placing Agencies, excluding Foster and Adoptive Homes.

**In this chart the words below have the following meaning:**

- "Absolute Bar" means a person convicted of a particular crime is permanently prohibited from being present at the operation while children are in care; and the person does NOT qualify for a risk evaluation.
- "N/A" has two meanings in this chart. "N/A" under the "FELONY" or "MISDEMEANOR" column means there is no such relevant felony or misdemeanor crime. "N/A" under the "If this person is eligible for a risk evaluation . . . "question column means the question is not applicable, because a person with this conviction is not eligible for a risk evaluation.
- "No Action Required" means there is such a crime, but no action is required.
- "Risk Evaluation" means a person convicted of a particular crime is eligible for a risk evaluation based solely on that particular conviction. However, a person's overall eligibility for a risk evaluation is based on the entirety of the person's criminal and DFPS Central Registry history.
- "Risk Evaluation if conviction was in the last 10 years" means a risk evaluation is only required for 10 years from the date of the conviction. After the 10 years have passed, the particular crime no longer requires any action by DFPS, unless the person is on parole for a felony offense.

**In reviewing this chart, you must understand the following:**

- This chart applies to all criminal history checks conducted under Title 40, Texas Administrative Code, Chapter 745, Licensing, Subchapter F, Background Checks.
- Time limits are based on the date of conviction.
- When a final disposition has not yet been rendered, an arrest or charge for an offense listed on this chart may affect a person's ability to be present at an operation if:
  - a conviction would bar the person from being present permanently or on a time-limited basis;
  - a conviction would prohibit the person from being present pending the outcome of a risk evaluation; or
  - the Centralized Background Check Unit (CBCU) determines that the person poses an immediate threat to the health or safety of children.
- Although the crimes listed in this chart reflect only offenses in Texas statutes, the same criminal history requirements apply to similar criminal offenses under the laws of another state or federal law.

- For purposes of this chart, a Criminal Attempt conviction will be treated as falling under the same section of the Penal Code as the offense that was attempted. For example, a conviction for Attempt to Commit Murder would be treated in the same manner as Murder and would result in an absolute bar. Likewise, a conviction for Criminal Conspiracy or Criminal Solicitation will be treated as falling under the same section of the Penal Code as the offense that was the subject of the conspiracy or the solicitation.
- In accordance with §745.651(c), a person currently on parole for any felony offense not otherwise barrable must have an approved risk evaluation prior to being present at an operation.

**Table of Contents**

Texas Penal Code, Title 4, Inchoate Offenses ..... 3
Texas Penal Code, Title 5, Offenses Against the Person ..... 3
Texas Penal Code, Title 6, Chapter 25, Offenses Against the Family ..... 3
Texas Penal Code, Title 7, Offenses Against Property ..... 6
Texas Penal Code, Title 8, Offenses Against Administration ..... 10
Texas Penal Code, Title 9, Disorderly Conduct and Related Offenses ..... 10
Texas Penal Code, Title 10, Offenses Against Public Health, Safety, and Morals ..... 14
Texas Penal Code, Title 11, Organized Crime ..... 16
Texas Education Code ..... 17
Texas Family Code ..... 18
Texas Health and Safety Code ..... 18
Texas Human Resources Code ..... 20
Texas Alcoholic Beverage Code ..... 24
Texas Business and Commerce Code ..... 25
Texas Code of Criminal Procedure ..... 26
Texas Civil Practice and Remedies Code ..... 26
Any other Title under the Texas Penal Code or any other Texas Code not specifically mentioned above ..... 27

## Texas Penal Code, Title 4, Inchoate Offenses

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Criminal Solicitation of a Minor (felony or misdemeanor) | 15.031 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |

## Texas Penal Code, Title 5, Offenses Against the Person

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Murder (felony) | 19.02 | Absolute Bar† | N/A | N/A |
| Capital Murder (felony) | 19.03 | Absolute Bar† | N/A | N/A |
| Manslaughter (felony) | 19.04 | Absolute Bar† | N/A | N/A |
| Criminally Negligent Homicide (felony) | 19.05 | Absolute Bar† | Absolute Bar^ | N/A |
| Unlawful Restraint (felony or misdemeanor) | 20.02 | Absolute Bar† | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Kidnapping (felony) | 20.03 | Absolute Bar† | N/A | N/A |
| Aggravated Kidnapping (felony) | 20.04 | Absolute Bar† | N/A | N/A |

| **Offense** | **Texas Penal Code** | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | **If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation?** |
|---|---|---|---|---|
| Smuggling of Persons (felony) | 20.05 | Absolute Bar | N/A | N/A |
| Continuous Smuggling of Persons (felony) | 20.06 | Absolute Bar | N/A | N/A |
| Trafficking of Persons (felony) | 20A.02 | Absolute Bar | N/A | N/A |
| Continuous Trafficking of Persons (felony) | 20A.03 | Absolute Bar | N/A | N/A |
| Continuous Sexual Abuse of Young Child or Children (felony) | 21.02 | Absolute Bar† | N/A | N/A |
| Public Lewdness (misdemeanor) | 21.07 | N/A | Risk Evaluation | No |
| Indecent Exposure (misdemeanor) | 21.08 | N/A | Risk Evaluation | No |
| Bestiality (felony) | 21.09 | Absolute Bar | Absolute Bar^ | N/A |
| Indecency with a Child (felony) | 21.11 | Absolute Bar† | N/A | N/A |
| Improper Relationship Between Educator & Student (felony) | 21.12 | Absolute Bar† | N/A | N/A |
| Improper Photography or Visual Recording (felony) or Invasive Visual Recording (felony)* | 21.15 | Absolute Bar | Absolute Bar^ | N/A |
| Unlawful Disclosure or Promotion of Intimate Visual Material (misdemeanor) | 21.16** | N/A | Risk Evaluation | No |

| **Offense** | **Texas Penal Code** | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | **If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation?** |
|---|---|---|---|---|
| Voyeurism (felony or misdemeanor) | 21.17 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Sexual Coercion (felony) | 21.18 | Absolute Bar | Absolute Bar^ | N/A |
| Assault (felony or misdemeanor) | 22.01 | Absolute Bar† | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Sexual Assault (felony) | 22.011 | Absolute Bar† | N/A | N/A |
| Aggravated Assault (felony) | 22.02 | Absolute Bar† | N/A | N/A |
| Aggravated Sexual Assault (felony) | 22.021 | Absolute Bar† | N/A | N/A |
| Injury to a Child, Elderly Individual, or Disabled Individual (felony) | 22.04 | Absolute Bar† | Absolute Bar^ | N/A |
| Abandoning or Endangering Child (felony) | 22.041 | Absolute Bar† | Absolute Bar^ | N/A |
| Deadly Conduct (felony or misdemeanor) | 22.05 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Terroristic Threat (felony or misdemeanor) | 22.07 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Aiding Suicide (felony or misdemeanor) | 22.08 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br><br>Misdemeanor: No |
| Tampering with a Consumer Product (felony) | 22.09 | Absolute Bar | N/A | N/A |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Leaving a Child in a Vehicle (misdemeanor) | 22.10 | N/A | Risk Evaluation | No |
| Harassment by Persons in Certain Correctional Facilities; Harassment of a Public Servant (felony) | 22.11 | Absolute Bar | N/A | N/A |

## Texas Penal Code, Title 6, Chapter 25, Offenses Against the Family

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Bigamy (felony) | 25.01 | Risk Evaluation | N/A | No |
| Prohibited Sexual Conduct (felony) | 25.02 | Absolute Bar | N/A | N/A |
| Interference with Child Custody (felony) | 25.03 | Absolute Bar† | Absolute Bar^ | N/A |
| Agreement to Abduct from Custody (felony) | 25.031 | Absolute Bar† | Absolute Bar^ | N/A |
| Enticing a Child (felony or misdemeanor) | 25.04 | Absolute Bar† | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |
| Criminal Nonsupport (felony) | 25.05 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Yes^^ |
| Harboring Runaway Child (misdemeanor) | 25.06 | N/A | Risk Evaluation | No |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Violation of Certain Court Orders or Conditions of Bond in a Family Violence, Child Abuse or Neglect, Sexual Assault or Abuse, Stalking, or Trafficking Case (felony or misdemeanor)* | 25.07 | Absolute Bar† | Risk Evaluation†† | Felony: N/A<br>Misdemeanor: No |
| Violation of Protective Order Preventing Offense Caused by Bias or Prejudice (felony or misdemeanor) | 25.071 | Absolute Bar | Risk Evaluation | Felony: N/A<br>Misdemeanor: No |
| Repeated Violation of Certain Court Orders or Conditions of Bond in Family Violence, Child Abuse or Neglect, Sexual Assault or Abuse, Stalking, Trafficking Case (felony or misdemeanor) | 25.072 | Absolute Bar | Risk Evaluation†† | Felony: N/A<br>Misdemeanor: No |
| Sale or Purchase of Child (felony) | 25.08 | Absolute Bar† | N/A | N/A |
| Unregulated Custody Transfer of Adopted Child (felony) | 25.081 | Absolute Bar | N/A | N/A |
| Advertising for Placement of Child (felony or misdemeanor) | 25.09 | Absolute Bar† | Risk Evaluation | Felony: N/A<br>Misdemeanor: No |
| Interference with Rights of a Guardian of the Person (felony) | 25.10 | Absolute Bar† | Absolute Bar^ | N/A |
| Continuous Violence Against the Family (felony) | 25.11 | Absolute Bar† | N/A | N/A |

## Texas Penal Code, Title 7, Offenses Against Property

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Arson (felony) | 28.02 | Absolute Bar† | Absolute Bar^ | N/A |
| Criminal Mischief (felony or misdemeanor) | 28.03 | Risk Evaluation | No Action Required | No |
| Robbery (felony) | 29.02 | Absolute Bar | N/A | N/A |
| Aggravated Robbery (felony) | 29.03 | Absolute Bar | N/A | N/A |
| Burglary (felony) | 30.02 | Risk Evaluation if conviction was in the last 10 years | No Action Required^ | Yes^^ |
| Theft (felony or misdemeanor) | 31.03, 31.04, 31.05, 31.12, 31.16 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Forgery (felony or misdemeanor) | 32.21 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Credit Card or Debit Card Abuse (felony) | 32.31 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| False Statement to Obtain Property or Credit in the Provision of Certain Services (felony or misdemeanor) | 32.32 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Hindering Secured Creditors (felony or misdemeanor) | 32.33 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Misapplication of Fiduciary Property (felony or misdemeanor) | 32.45 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Securing Execution of Fiduciary Property (felony or misdemeanor) | 32.46 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Exploitation of Child, Elderly Individual, or Disabled Individual (felony) | 32.53 | Risk Evaluation†† | N/A | No |
| Breach of Computer Security (felony or misdemeanor) | 33.02 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Online Solicitation of a Minor (felony) | 33.021 | Absolute Bar† | N/A | N/A |
| Electronic Data Tampering (felony or misdemeanor) | 33.023 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes |
| Unlawful Decryption (felony or misdemeanor) | 33.024 | Risk Evaluation if conviction in the last 10 years | No Action Required | Yes |
| Telecommunications Crimes (felony or misdemeanor) | 33A | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Money Laundering (felony) | 34.02 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Insurance Fraud (felony or misdemeanor) | 35.02 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Medicaid Fraud (felony or misdemeanor) | 35A.02 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |

## Texas Penal Code, Title 8, Offenses Against Administration

| Offense | Texas Penal Code | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Bribery (felony) | 36.02 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Coercion of Public Servant or Voter (felony or misdemeanor) | 36.03 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Improper Influence (misdemeanor) | 36.04 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Tampering with Witness (felony) | 36.05 | Risk Evaluation | N/A | No |
| Obstruction or Retaliation (felony) | 36.06 | Absolute Bar | N/A | N/A |
| Acceptance of Honorarium (misdemeanor) | 36.07 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Gift to Public Servant by Person Subject to His Jurisdiction (misdemeanor) | 36.08 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Offering Gift to Public Servant (misdemeanor) | 36.09 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Perjury (misdemeanor) | 37.02 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Aggravated Perjury (felony) | 37.03 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Tampering with or Fabricating Physical Evidence (felony or misdemeanor) | 37.09 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Tampering with Governmental Record (felony or misdemeanor) | 37.10 | Risk Evaluation | • For Class A: Risk Evaluation if conviction was in the last 10 years<br>• For Class B or C: No Action Required | Yes^^ |
| Fraudulent Filing of Financing Statement (felony or misdemeanor) | 37.101 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Impersonating a Public Servant (felony) | 37.11 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Record of a Fraudulent Court (felony or misdemeanor) | 37.13 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| False Statement Regarding Child Custody Determination Made in Foreign Country (felony) | 37.14 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Failure to Identify (misdemeanor) | 38.02 | N/A | • For Class A: Risk Evaluation if conviction was in the last 5 years<br>• For Class B or C: No Action Required | Yes^^ |
| Resisting Arrest, Search, or Transportation (felony or misdemeanor) | 38.03 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Evading Arrest or Detention (felony or misdemeanor) | 38.04 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Hindering Apprehension or Prosecution (felony or misdemeanor) | 38.05 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Escape (felony or misdemeanor) | 38.06 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Permitting or Facilitating Escape (felony or misdemeanor) | 38.07 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Implements for Escape (felony) | 38.09 | Risk Evaluation | N/A | No |
| Bail Jumping and Failure to Appear (felony and misdemeanor) | 38.10 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Improper Contact with Victim (felony and misdemeanor) | 38.111 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Violation of Protective Order Issued on Basis of Sexual Assault or Abuse, Stalking, or Trafficking (misdemeanor) | 38.112 | N/A | Risk Evaluation†† | No |
| Unauthorized Absence from Community Corrections Facility, County Correctional Center, or Assignment Site (felony) | 38.113 | Risk Evaluation if conviction was in the last 10 years | No Action Required^ | Yes^^ |
| Falsely Holding Oneself Out as a Lawyer (felony) | 38.122 | Risk Evaluation if conviction was in the last 10 years | N/A | Yes^^ |
| Unauthorized Practice of Law (felony or misdemeanor) | 38.123 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Taking or Attempting to Take Weapon from Peace Officer, Federal Special Investigator, Employee or Official of Correctional Facility, Parole Officer, Community Supervision and Corrections Department Officer, or Commissioned Security Officer (felony) | 38.14 | Risk Evaluation | Risk Evaluation^ | No |
| Interference with Police Service Animals (felony or misdemeanor) | 38.151 | Risk Evaluation | • For Class A: Risk Evaluation if conviction was in the last 10 years<br>• For Class B or C: No Action Required | Felony: No<br><br>Misdemeanor: Yes^^ |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Interference with Radio Frequency Licensed to Government Entity (felony or misdemeanor) | 38.152 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Failure to Stop or Report Aggravated Sexual Assault of Child (misdemeanor) | 38.17 | N/A | Risk Evaluation | No |
| Failure to Report Felony (misdemeanor) | 38.171 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Abuse of Official Capacity (felony or misdemeanor) | 39.02 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Official Oppression (felony or misdemeanor) | 39.03 | Risk Evaluation | Risk Evaluation | No |
| Violations of the Civil Rights of Person in Custody; Improper Sexual Activity with Person in Custody (felony or misdemeanor) | 39.04 | Risk Evaluation | Risk Evaluation | No |
| Failure to Report Death of Prisoner (misdemeanor) | 39.05 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Misuse of Official Information (felony or misdemeanor) | 39.06 | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |

## Texas Penal Code, Title 9, Disorderly Conduct and Related Offenses

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Harassment (misdemeanor) | 42.07 | N/A | Risk Evaluation†† | No |
| Stalking (felony) | 42.072 | Absolute Bar | N/A | N/A |
| Abuse of Corpse (felony or misdemeanor) | 42.08 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | No |
| Cruelty to Livestock Animals (felony or misdemeanor) | 42.09 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | No |
| Attack on Assistance Animal (felony or misdemeanor) | 42.091 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | No |
| Cruelty to Nonlivestock Animals (felony or misdemeanor) | 42.092 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | No |
| Dog Fighting (felony or misdemeanor) | 42.10 | Risk Evaluation | Risk Evaluation if conviction was in the last 10 years | No |
| Cockfighting (felony or misdemeanor) | 42.105 | Risk Evaluation | Risk Evaluation if conviction was in last 10 years | No |
| Prostitution (felony or misdemeanor) | 43.02 | Absolute Bar | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |
| Promotion of Prostitution (felony or misdemeanor) | 43.03 | Absolute Bar | Risk Evaluation | No |
| Aggravated Promotion of Prostitution (felony) | 43.04 | Absolute Bar | N/A | N/A |

| **Offense** | **Texas Penal Code** | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | **If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation?** |
|---|---|---|---|---|
| Compelling Prostitution (felony) | 43.05 | Absolute Bar | N/A | N/A |
| Obscene Display or Distribution (misdemeanor) | 43.22 | N/A | Risk Evaluation | No |
| Obscenity (felony or misdemeanor) | 43.23 | Absolute Bar | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |
| Sale, Distribution, or Display of Harmful Material to Minor (felony or misdemeanor) | 43.24 | Absolute Bar | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |
| Sexual Performance by a Child (felony) | 43.25 | Absolute Bar† | N/A | N/A |
| Employment Harmful to Children (felony) | 43.251 | Absolute Bar† | N/A | N/A |
| Possession or Promotion of Child Pornography (felony) | 43.26 | Absolute Bar† | N/A | N/A |
| Electronic Transmission of Certain Visual Material Depicting Minor (misdemeanor) | 43.261 | N/A | Risk Evaluation | No |
| Possession or Promotion of Lewd Visual Material Depicting Child (felony) | 43.262 | Risk Evaluation | N/A | No |

## Texas Penal Code, Title 10, Offenses Against Public Health, Safety, and Morals

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Hoax Bombs (misdemeanor) | 46.08 | N/A | Risk Evaluation | No |
| Making a Firearm Accessible to a Child (misdemeanor) | 46.13 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Firearm Smuggling (felony) | 46.14 | Risk Evaluation | N/A | No |
| Prohibition of the Purchase and Sale of Human Organs (misdemeanor) | 48.02 | N/A | Risk Evaluation | No |
| Prohibition on Purchase and Sale of Human Fetal Tissue (felony) | 48.03 | Risk Evaluation | Risk Evaluation^ | No |
| Public Intoxication (misdemeanor) | 49.02 | N/A | Risk Evaluation if conviction was in the last 5 years | Yes^^ |
| Possession of Alcoholic Beverage in Motor Vehicle (misdemeanor) | 49.031 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Driving While Intoxicated (felony or misdemeanor) | 49.04 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Driving While Intoxicated with Child Passenger (felony) | 49.045 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | No |
| Flying While Intoxicated (felony or misdemeanor) | 49.05 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Boating While Intoxicated (felony or misdemeanor) | 49.06 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Assembling or Operating an Amusement Ride While Intoxicated (felony or misdemeanor) | 49.065 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Intoxication Assault (felony) | 49.07 | Absolute Bar† | N/A | N/A |
| Intoxication Manslaughter (felony) | 49.08 | Absolute Bar† | N/A | N/A |

## Texas Penal Code, Title 11, Organized Crime

| Offense | Texas Penal Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Engaging in Organized Criminal Activity (felony or misdemeanor) | 71.02 | Risk Evaluation | Risk Evaluation | No |
| Violation of Court Order Enjoining Organized Criminal Activity (misdemeanor) | 71.021 | N/A | Risk Evaluation | No |
| Coercing, Inducing, or Soliciting Membership in a Criminal Street Gang (felony) | 71.022 | Risk Evaluation | N/A | No |
| Directing Activities of Certain Criminal Street Gangs (felony) | 71.023 | Risk Evaluation | N/A | No |

## Texas Education Code
## Chapter 37 Discipline; Law and Order

| Offense | Education Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Personal Hazing Offense (felony or misdemeanor) or Hazing (felony or misdemeanor)* | 37.152 | Risk Evaluation†† | Risk Evaluation if conviction was in the last 10 years | No |

## Texas Family Code
## Chapter 107 Special Appointments and Social Studies
## Chapter 156 Modification
## Chapter 162 Adoption
## Chapter 261 Investigation of Report of Child Abuse or Neglect
## Chapter 262 Procedures in Suit by Governmental Entity to Protect Health and Safety of Child

| Offense | Family Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Disclosing confidential information obtained from DFPS social study (misdemeanor) | 107.05145 | N/A | Risk Evaluation | No |
| Modification of order on conviction for Child Abuse (misdemeanor) | 156.104 | N/A | Risk Evaluation | No |
| Modification of order on conviction for Family Violence (misdemeanor) | 156.1045 | N/A | Risk Evaluation | No |
| Placement by Unauthorized Person (misdemeanor) | 162.025 | N/A | Risk Evaluation | No |
| General Penalty: Violating the Interstate Compact on the Placement of children (misdemeanor) | 162.107 | N/A | Risk Evaluation | No |

| Offense | Family Code | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at the Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Prohibited Acts: Criminal Penalties (felony or misdemeanor) | 162.421 | Risk Evaluation | Risk Evaluation | No |
| Making a False Report of Abuse or Neglect (felony) | 261.107 | Risk Evaluation | Risk Evaluation^ | Yes^^ |
| Failure to Report; Penalty (felony or misdemeanor) | 261.109 | Absolute Bar | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |
| Conduct of Investigation (misdemeanor) | 261.302 | N/A | Risk Evaluation | No |
| Interference with Investigation; Criminal Penalty (misdemeanor) | 261.3032 | N/A | Risk Evaluation | No |
| Removal of Alleged Perpetrator; Offense (felony or misdemeanor) | 262.1015 | Absolute Bar | Risk Evaluation | Felony: N/A<br><br>Misdemeanor: No |

**Texas Health and Safety Code**

**Chapter 81 Communicable Diseases**
**Chapter 161 Public Health Provisions**
**Chapter 260 Boarding Home Facilities**
**Chapter 464 Facilities Treating Alcoholics or Drug-Dependent Persons**
**Chapter 481 Texas Controlled Substances Act**
**Chapter 482 Simulated Controlled Substances**
**Chapter 483 Dangerous Drugs**
**Chapter 485 Abusable Volatile Chemicals**
**Chapter 555 State Supported Living Centers**

| **Offense** | **Health and Safety Code** | **FELONY** (Includes All Levels Unless Otherwise Specified) | **MISDEMEANOR** (Includes All Levels Unless Otherwise Specified) | **If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation?** |
|---|---|---|---|---|
| Evading or Resisting Apprehension or Transport by Person Subject to Custody or Temporary Detention (misdemeanor) | 81.212 | N/A | Risk Evaluation | No |
| Reports of Abuse and Neglect or of Illegal, Unprofessional or Unethical Conduct (misdemeanor) | 161.132 | N/A | Risk Evaluation | No |
| Failure to Report: Criminal Penalty (misdemeanor) | 260A.012 | N/A | Risk Evaluation | No |
| Bad Faith, Malicious or Reckless Reporting: Criminal Penalty (misdemeanor) | 260A.013 | N/A | Risk Evaluation | Yes^^ |
| Criminal Penalty (misdemeanor) | 464.016 | N/A | Risk Evaluation | No |
| Manufacture or Delivery of Controlled Substances (felony) | 481.112 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Manufacture or Delivery of Substance in Penalty Group 1-A (felony) | 481.1121 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |

| Offense | Health and Safety Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Manufacture or Delivery of Substance in Penalty Group 2 or 2-A (felony) | 481.113 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br>Misdemeanor: Yes^^ |
| Manufacture or Delivery of Substance in Penalty Group 3 or 4 (felony) | 481.114 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 1 (felony) | 481.115 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 1-A (felony) | 481.1151 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 2 (felony) | 481.116 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 2-A (felony or misdemeanor) | 481.1161 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 3 (felony or misdemeanor) | 481.117 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Substance in Penalty Group 4 (felony or misdemeanor) | 481.118 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Manufacture, Delivery, or Possession of Miscellaneous Substances (felony or misdemeanor) | 481.119 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Delivery of Marijuana (felony or misdemeanor) | 481.120 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Possession of Marijuana (felony or misdemeanor) | 481.121 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br>Misdemeanor: Yes^^ |
| Delivery of Controlled Substance or Marijuana to Child (felony) | 481.122 | Risk Evaluation if conviction was in the last 10 years | N/A | No |

| Offense | Health and Safety Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Possession or Transport of Certain Chemicals with Intent to Manufacture Controlled Substance (felony or misdemeanor) | 481.124 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Possession or Transport of Anhydrous Ammonia: Use of or Tampering with Equipment (felony) | 481.1245 | Risk Evaluation if conviction was in the last 10 years | N/A | No |
| Possession or Delivery of Drug Paraphernalia (felony or misdemeanor) | 481.125 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Illegal Barter, Expenditure, or Investment (felony) | 481.126 | Risk Evaluation if conviction was in the last 10 years | N/A | No |
| Unauthorized Disclosure of Information (felony) | 481.127 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Commercial Matters (felony) | 481.128 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Diversion of Controlled Substance by Restraints, Dispensers, and Certain Other Persons (felony) | 481.1285 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Fraud (felony or misdemeanor) | 481.129 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Diversion of Controlled Substance Property or Plant (felony) | 481.131 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Falsification of Drug Test Results (misdemeanor) | 481.133 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Unlawful Transfer or Receipt of Chemical Precursor (felony) | 481.136 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |

| Offense | Health and Safety Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Transfer of Precursor Substance for Unlawful Manufacture (felony) | 481.137 | Risk Evaluation if conviction was in the last 10 years | N/A | No |
| Unlawful Transfer or Receipt of Chemical Laboratory Apparatus (felony) | 481.138 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Transfer of Chemical Laboratory Apparatus for Unlawful Manufacture (felony) | 481.139 | Risk Evaluation if conviction was in the last 10 years | N/A | No |
| Unlawful Delivery or Manufacture with Intent to Deliver; Criminal Penalty (felony) | 482.002 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Possession of Dangerous Drug (misdemeanor) | 483.041 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Delivery or Offer of Delivery of Dangerous Drug (felony) | 483.042 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Manufacture of Dangerous Drug (felony) | 483.043 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years^ | Felony: No<br><br>Misdemeanor: Yes^^ |
| Forging or altering prescription (misdemeanor) | 483.045 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Possession and Use (misdemeanor) | 483.031 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Delivery to a Minor (felony or misdemeanor) | 485.032 | Risk Evaluation if conviction was in the last 10 years | Risk Evaluation if conviction was in the last 10 years | Felony: No<br><br>Misdemeanor: Yes^^ |
| Inhalant Paraphernalia (misdemeanor) | 485.033 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |

| Offense | Health and Safety Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Hampering, Obstructing, Tampering with or Destroying Electronic Monitoring Device, Tape or Recording from Resident's Room at State Supported Living Center (misdemeanor) | 555.162 | N/A | Risk Evaluation | No |

## Texas Human Resources Code

## Chapter 40 Department of Family and Protective Services
## Chapter 42 Regulation of Certain Facilities, Homes and Agencies that Provide Childcare Services
## Chapter 43 Regulation of Childcare and Child Placing Agency Administrators
## Chapter 48 Investigations and Protective Services For Elderly and Disabled Persons

| Offense | Human Resource Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Confidentiality of Information (misdemeanor) | 40.005 | N/A | Risk Evaluation | Yes^^ |
| False Report: Criminal Penalty (felony or misdemeanor) | 42.0447 | Risk Evaluation | Risk Evaluation | Yes^^ |
| Required Background and Criminal History Checks: Criminal Penalties (misdemeanor) | 42.056 | N/A | Risk Evaluation | No |
| Administering Medication (misdemeanor) | 42.065 | N/A | Risk Evaluation | Yes^^ |
| Criminal Penalties (misdemeanor) | 42.076 | N/A | Risk Evaluation | Yes^^ |

| Offense | Human Resource Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Criminal Penalty for Operating Daycare Center without Qualified Director (misdemeanor) | 42.0761 | N/A | Risk Evaluation | Yes^^ |
| Penalty (misdemeanor) | 43.012 | N/A | Risk Evaluation | Yes^^ |
| Failure to Report; Penalty (felony or misdemeanor) | 48.052 | Absolute Bar | Risk Evaluation | No |
| False Report; Penalty (misdemeanor) | 48.053 | N/A | Risk Evaluation | Yes^^ |

## Texas Alcoholic Beverage Code

## Chapter 106 Provisions Related to Age

| Offense | Texas Alcoholic Beverage Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Purchase of Alcohol for a Minor; Furnishing Alcohol to a Minor (misdemeanor) | 106.06 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |
| Prohibited Activities by Persons Younger than 18 (misdemeanor) or Inducing a Minor to Dance with Another in Exchange for a Benefit by Alcoholic Beverage Permittee (misdemeanor)* | 106.15 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |

## Texas Business and Commerce Code

## Chapter 110 Computer Technicians Required to Report Child Pornography

| Offense | Texas Business and Commerce Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Failure to Report Child Pornography by Computer Technician (misdemeanor) | 110.003 | N/A | Risk Evaluation | No |

## Texas Code of Criminal Procedure
## Chapter 62 Sex Offender Registration Program

| Offense | Texas Code of Criminal Procedure | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Failure to Comply with Sex Offender Registration Requirements (felony) | 62.102 | Risk Evaluation | Risk Evaluation^ | No |

## Texas Civil Practice and Remedies Code
## Chapter 81 Sexual Exploitation by Mental Health Services Provider

| Offense | Texas Civil Practice and Remedies Code | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Failure to Report Possible Sexual Exploitation of Mental Health Patient (misdemeanor) | 81.006 | N/A | Risk Evaluation if conviction was in the last 10 years | Yes^^ |

## Any other Title under the Texas Penal Code or any other Texas Code not specifically mentioned above

| Offense | Texas Penal Code or any other various Texas Codes | FELONY (Includes All Levels Unless Otherwise Specified) | MISDEMEANOR (Includes All Levels Unless Otherwise Specified) | If This Person Is Eligible for a Risk Evaluation, May the Person be Present at a Child-Care Operation While Children are in Care Pending the Outcome of the Risk Evaluation? |
|---|---|---|---|---|
| Varies – Any offense DFPS determines is a financial crime | Varies | Risk Evaluation if conviction was in the last 10 years | No Action Required | Yes^^ |
| Varies | Varies | Risk Evaluation if conviction was in the last 10 years | No Action Required | No |

* Indicates an offense that has been renamed with the Regular Session of the 84th Legislature (2015). Both current and previous offense names have been provided on the chart.

† These offenses result in a bar based on federal requirements set forth in *42 USC 9858f.658H(c)(1)*.

†† These convictions result in an absolute bar if it is determined that the offense was a violent misdemeanor and committed by an adult offender against a child victim, per federal requirements set forth in 42 USC 9858f.658H(c)(1)(E).

^ While these offenses are not normally prosecuted as misdemeanors, action is described should the offense be reduced to a misdemeanor per *TPC 12.44(b)*.

^^ Even though persons may be present at a child-care operation pending the outcome of the risk evaluation, DFPS may place conditions or restrictions on a person's duties in order for the person to be present at the operation. For example, a person convicted of Driving While Intoxicated may be permitted to be employed but will not be permitted to transport children in the care of the operation.