UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>                     Plaintiffs,<br><br>          v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>                     Defendants. | No. 1:18-cv-01458 (PLF) |

### **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiffs, by and through their undersigned counsel, David J. Ball, a member of the Bar of this Court, respectfully move that Anand Sithian be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Anand Sithian is an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; Telephone (212)-373-3000.

2. As set forth in the Declaration of Anand Sithian accompanying this motion, Mr. Sithian is a member in good standing of the Bar of the States of New York and New Jersey.  He has not been disciplined by any bar.

3. Mr. Sithian has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, move that this Court enter an Order permitting Anand Sithian to appear *pro hac vice* in the above-captioned action.

Dated:   Washington, DC
        July 10, 2018

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____/s/ David J. Ball_____
    David J. Ball
    (DC Bar No. 460055)

2001 K Street, NW
Washington, DC  20006-1047
Tel.:  (202) 223-7352
Fax:  (202) 204-7352
dball@paulweiss.com

*Attorneys for Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on July 10, 2018, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ David J. Ball
David J. Ball
(Bar No. 460055)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

M.G.U., *et al.*,

                    Plaintiffs,

v.

KIRSTJEN NIELSEN, *et al.*,

                    Defendants.

No. 1:18-cv-01458

**DECLARATION OF ANAND SITHIAN**

I, Anand Sithian, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

1. My name, office address, email and telephone number are as follow:

    Anand Sithian
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Phone: (212) 373-3000

2. I am admitted, practicing, and in good standing as a member of the Bar of the States of New York and of New Jersey. I was admitted to the New York Bar on September 4, 2013 and the New Jersey Bar on November 29, 2011, and have been a member in good standing since my admissions.

3. I am also admitted to practice before the following courts:

    - United States District Court for the Southern District of New York (admitted March 17, 2015)
    - United States District Court for the Eastern District of New York (admitted March 17, 2015)

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
July 10, 2018

*Anand Sithian*
Anand Sithian

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.G.U., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>                    Defendants. | No. 1:18-cv-01458 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* for Anand Sithian and the accompanying Declaration of Anand Sithian, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* is hereby, **GRANTED**.

**SO ORDERED** this _____ day of _____ 2018.

_____
PAUL L. FRIEDMAN
United States District Judge