AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| M.G.U., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-01458-PLF |
| Kirstjen Nielsen, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants

Date: 07/11/2018

/s/ Nicole N. Murley
*Attorney's signature*

Nicole N. Murley NY Bar Reg. No. 484085
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation-District Court Section
P.O. Box 868
Washington, D.C. 20044
*Address*

Nicole.Murley@usdoj.gov
*E-mail address*

(202) 616-0473
*Telephone number*

(202) 305-7000
*FAX number*