1            **IN THE UNITED STATES DISTRICT COURT**

2            **FOR THE DISTRICT OF COLUMBIA**

3    M.G.U. et al.,                    .

                    Plaintiff,     .

4    vs.                              .   Docket No. CV 18-1458-PLF

                                      .

5    KIRSTJEN NIELSEN, et al.,        .   Washington, D.C.

                                      .   June 27, 2018

6                    Defendant.       .

     . . . . . . . . . . . . . . . .x   2:06 p.m.

7

8                    TRANSCRIPT OF MOTION HEARING

9        BEFORE THE HONORABLE SENIOR JUDGE PAUL L. FRIEDMAN

10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiffs:  Jerome William Wesevich, Esquire

                          TEXAS RIOGRANDE LEGAL AID, INC.

13                        114 N. 6th Street

                          Alpine, TX 79830

14                        (915) 585-5120

15                        David J. Ball, Esquire

                          PAUL, WEISS, RIFKIND, WHARTON &

16                         GARRISON LLP

                          2001 K Street, NW

17                        Washington, D.C. 20006

                          (202) 223-7300

18

                          Steven Herzog, Esquire

19                        PAUL, WEISS, RIFKIND, WHARTON &

                           GARRISON LLP

20                        1285 Avenue of the Americas

                          New York, NY 10019

21                        (212) 373-3000

22

23

24

25

```
 1    APPEARANCES [Cont'd]

 2    For the Defendant:   SARAH B. FABIAN
                           U.S. DEPARTMENT OF JUSTICE
 3                         Ben Franklin Station - P.O. Box 868
                           Washington, D.C. 20530
 4                         (202) 532-4824

 5                         Jeremy S. Simon, AUSA
                           U.S. ATTORNEY'S OFFICE FOR
 6                         THE DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
 7                         Washington, D.C. 20530
                           (202) 252-2528

 8

 9

10    Court Reporter:   Cathryn J. Jones, RPR
                        Official Court Reporter
                        Room 6521, U.S. District Court
11                      333 Constitution Avenue, N.W.
                        Washington, D.C. 20001
12

13

14

15

16    Proceedings recorded by machine shorthand, transcript
      produced by computer-aided transcription.

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  This is Civil Action 18-1458,

3    MGU, et al versus Kirstjen Nielsen, et al.  Parties, please

4    approach the podium and state your appearances for the

5    record.

6              MR. WESEVICH:  Jerome Wesevich, Texas Rio Grande

7    Legal Aid for the plaintiffs, your Honor.

8              THE COURT:  Mr. Wesevich, good afternoon.

9              MR. WESEVICH:  Good afternoon, your Honor.

10             MR. BALL:  Your Honor, my name is David Ball.  I'm

11   the partner in the Paul Weiss firm here in town.  I have not

12   entered an appearance.  I'm going to be doing so.  Also with

13   me is Steven Herzog from our New York office.

14             THE COURT:  Good afternoon, everybody.

15             MR. SIMON:  Good afternoon, your Honor.  Jeremy

16   Simon for defendants.  And on the telephone is Sarah Fabian

17   with the Department of Justice, and she will be taking the

18   lead in addressing the Court on behalf of the defendants.

19             THE COURT:  Okay.  And let me just say to

20   everybody here in the courtroom for -- good afternoon,

21   Ms. Fabian.

22             MS. FABIAN:  Good afternoon, your Honor.

23             THE COURT:  For Ms. Fabian's benefit we all need

24   to speak into a microphone so that she can hear us whenever

25   we talk.

1          So there has been, obviously the lawsuit has been

2     filed.   There's a motion for a temporary restraining order.

3     And earlier today the government filed a response to that

4     application for TRO, and has suggested in its response that,

5     that there they have provided and are prepared to provide

6     certain things to the plaintiffs that deal with some of the

7     requests in the TRO.

8          So with that background why don't you tell me

9     what, Mr. Wesevich, where we are and whether we're close to

10    an agreement or not close to an agreement.   Just talking

11    about the TRO.   I know there's a lot more to this case.

12         MR. WESEVICH:   Yes, your Honor, I understand.   On

13    the TRO there are specific areas of disagreement I'm happy

14    to agreed summarily.   The first would be the date of

15    reunification or anticipated reunification.   The government

16    refuses to provide the best, its best estimate of the date

17    it anticipates reuniting the parents with the children.   And

18    that is the first item that we seek through the Court

19    because the parents need some hope.

20         If I can give the Court a little bit of the

21    background.   I represent three parents who have been

22    separated from their children.   Right now one of them is

23    sitting in a blue jumpsuit in a detention center in Texas.

24    He was separated from his 12-year-old daughter on June 4th.

25    He has not seen her since.   He has not talked to her since.

1    He doesn't know where she is.  He doesn't know if he'll see

2    her again.  He doesn't know anything about her wellbeing.

3         Another client has a two year old in the same, in

4    similar circumstances.  And the government has absolutely no

5    conceivable justification for refusing basic information

6    about the children to their parents.  One of the things they

7    seek is the date the government, anticipated date of

8    reunification.  Without a date, they do not, they have not

9    been told you will -- when the government expects you to see

10   your child again.  What the date of reunification is even if

11   its an estimate and even if it changes, the date of

12   reunification is hope for the parents.

13        The second item that, where we have a disagreement

14   is they would like us to be able to call a case worker to

15   inquire about the child's wellbeing.  We're willing to do

16   that.  We think that is a workable solution as long as the

17   case worker is knowledgeable, is actually knowledgeable

18   about the child's care.  There's not anything in the

19   language that they propose that indicates that that would

20   prevent them from making somebody available to us, so we

21   call, we wait on the call.  We get, we reach someone and

22   that person says sorry, I don't really know much about

23   whether your child is sick today.  What your child did

24   today.  All that.

25        And so our, if all we get is a person to talk with

1    who is not able to provide any of the reasonably specific

2    information about the child it's not upon any value to the

3    parent.  That's the second area of disagreement.

4         The third area of disagreement is they proposed

5    that we should be able to speak with -- the parent should be

6    allowed to speak with the child at least twice per week.  We

7    think that's completely insufficient.  We think that there's

8    no constitutional justification for the separation, so that

9    the parents ought to be allowed to speak to the children

10   every single day.  A telephone call is the least the

11   government can do after having inflicted what we assert is

12   unconstitutional separation.  And the TRO stage we claim

13   that appropriate immediate relief would be daily telephone

14   access to the children, so that's the third area of

15   disagreement.

16        The fourth is relatively straightforward in that

17   we seek to know if the child has been sick or injured, and

18   they would say, the government says well all we can tell you

19   whether the child has been significantly injured or sick

20   which essentially puts somewhat undue parent in charge of

21   knowing basic information about the child's health.

22        And the final area that I would suggest your

23   Honor, and otherwise we agree with what the government has

24   proposed, but the final area is they would like us to have a

25   protective order in place regarding information that they

1   provide to the parents.  We have no, no trouble with that.

2   All we want to do is have, make sure that it's simple as

3   long as the protective order is simple.

4           We have no trouble as counsel and as, and on

5   behalf of the clients promising that any information shared

6   with us pursuant to a TRO would not be communicated outside

7   of the comments between clients and counsel.  Those are the

8   only areas of disagreement I'm aware of, your Honor.

9           THE COURT:  Thank you.  Let me hear from

10  Ms. Fabian and we'll see where we are.

11          MR. WESEVICH:  May I stay here?

12          THE COURT:  Sure.  That's easier.  Ms. Fabian.

13          MS. FABIAN:  Your Honor, can you hear me well?

14  There was a question, okay, with regard to the date of

15  reunification.  We have provided plaintiffs now with the

16  names and phone numbers of the case managers as explained

17  responsible for the entire reunification process.  So we

18  are, we haven't committed providing dates because it's just

19  possible that at this time no date is available depending on

20  where they are in the process.

21          The court may have seen that a preliminary

22  injunction order was entered yesterday in another case that

23  may govern that reunification process and may affect that

24  date and that, or requires reunification in all cases within

25  30 days.  And that if that governs may determine that that

1  date is a reasonable estimate, but at this time I just --

2  giving a date if the case manager doesn't have a date.  By

3  providing access to the case manager what we would hope is

4  that would provide plaintiff an understanding of the

5  process, understand what needs to be done and then in that

6  process might be available as progresses process.

7        We think in that our, we have providing sufficient

8  information to give everything that is available on that

9  topic rather than committing to a date that does maybe at

10 best an estimate, and you know at worst a guess that doesn't

11 seem helpful.

12        THE COURT:  But are you suggesting that, that each

13 case manager, that an individual case manager in a facility

14 where there may be a line of case managers has the

15 discretion to decide whether a particular child will be

16 reunited?

17        MS. FABIAN:  The case manager facilitates the

18 reunification with the parent, any paperwork that needs to

19 be done, communication back and forth.  Once the case

20 manager it has all of that in place they recommend to ORR to

21 the material, view the final approval and arrangement, but

22 the case manager would be on top of that process, where it

23 is in the process, what needs to happen, an estimation date

24 for that --

25        THE COURT:  Estimated date for when there's a

1   recommendation to ORR?

2              MS. FABIAN:  Yes.  And I think my understanding is

3   in the process that that would coincide with how quickly the

4   release would occur.  I think it's in knowing complicated

5   indications likely that the case manager will tell how long

6   to expect ORR to give final approval and make travel

7   arrangements.  I don't know exactly.  I can't state today.

8   That's all one day, always the same day or all five days.  I

9   don't know that answer, but the case manager would have that

10  experience, I'll make today and expect I'll make my

11  recommendation today and I would expect approval by

12  tomorrow.

13             THE COURT:  That's your hypothetical.  I wonder

14  whether it would happen that quickly.  You need to speak a

15  little louder, maybe a little closer to the phone or

16  something.  Is the decision maker at ORR in Washington,

17  D.C.?

18             MS. FABIAN:  No, the decision maker in almost all

19  cases would be the specialist.  Who that is going to be is

20  the question.  I can also say that again in conjunction with

21  the preliminary injunction order entered yesterday there may

22  be some additional process better in play.  I just can't say

23  soon after the order exactly what those will be or how much

24  space may speed up the process.

25             THE COURT:  All right.

1          MS. FABIAN:  Relatedly let me make this point too,

2    that the case manager is coordinating the care of each

3    child, and would be the best person to be aware of

4    activities that the child is participating in, what is the

5    care plan for the child, any, any issues related to the

6    child that were occurring at the facility, any services the

7    child was receiving and maintaining, all files for the

8    child.

9          So on point, too, I have attempted to give

10   assurances this is a person who will have the answers

11   plaintiff is looking for if and when they reach out to this

12   individual.  I provided the description that was in the ORR

13   policy guide.  On this topic I think as --

14          THE COURT:  I'm having a lot of trouble hearing

15   you.  I don't know what kind of phone you're speaking on,

16   but it's very difficult.

17          MS. FABIAN:  Is this better, your Honor?

18          THE COURT:  Yes.

19          MS. FABIAN:  Okay.  I'll try it this way.

20          THE COURT:  Okay.

21          MS. FABIAN:  So I believe as we suggested I think

22   I believe that plaintiffs will find that the case management

23   will have the information they are looking for as we

24   suggested.  This is something that given our hearing

25   schedule for I believe it's July 12th, that would be an

1    opportunity if plaintiffs, and we'd be happy to coordinate,

2    in the interim if plaintiffs have further questions about

3    the case management just having information or not.

4         But that would be another opportunity for them to

5    come back and say this is in the position they find that to

6    be true.  I understand right now that we believe the case

7    manager will have the information that plaintiffs are

8    looking for and will be able to provide information

9    specifically about the children in their care.

10        THE COURT:  Can I ask why there are a couple of

11   things that may or may not be semantics.  In response to the

12   request to notify parents when the child has suffered any

13   accident or illness the response was we'll provide

14   information by any significant incident reports.  So what

15   does that mean "significant," as opposed to insignificant?

16   Who decides what's significant?

17        MS. FABIAN:  Your Honor, not -- you're right.

18   That is just, it has been the argument of a confusing term

19   of art.  Significant is an incident report, what would be in

20   the child's file if there were any incidents of illness or

21   injury.  And so that was our attempt to say we could provide

22   those both for anything that's happened to date and then any

23   incident reports that were filed going forward.  And that

24   way in the absence of such a report the parent can be

25   assured there's no illness or injury.

1          At the same time that information could be

2    available in a conversation with the case manager who could

3    also reassure that, that there will be no such incidents,

4    but the significant incident report is just a term of art.

5    It would cover all illnesses and injuries.

6          THE COURT:  And also question of semantics maybe

7    when asked for a description of the setting where each child

8    resides or home or institution, the case manager can provide

9    this information.  I assume you weren't trying to make a

10   discretion, can as the ability to and will as in definitely

11   will provide the information?

12         MS. FABIAN:  No, your Honor, to the extent that my

13   use of maybe lawyerly voice suggested that, that was not my

14   intention.  The case manager will provide the information.

15   If we said the case manager can provide it the case manager

16   will provide it.

17         THE COURT:  Okay.  So the next question is the

18   frequent -- you want to move on to the frequency of

19   telephone contact?

20         MS. FABIAN:  I was going to, your Honor.  Yes, so

21   the policy is for each facility with a number of children in

22   its care to commit to making topic conversation twice per

23   week, to the extent possible the facilities will arrange

24   more.  But in terms of being able to commit in a way we can

25   also arrange to more than twice a week the ORR just wasn't

1   comfortable doing it in that setting.  It certainly is

2   something that can be discussed with the case manager and

3   arranged where possible.

4        I would also add that yesterday's order did

5   require ORR to facilitate communication within ten days for

6   all children who have been separated in its custody and that

7   is another limitation on ORR's ability to commit immediately

8   to more communication at this time just as Judges consider

9   the resources and determines how this can be facilitated.

10  Like I said this is not absolute on the other end.  It is,

11  it is what ORR can commit to, but they are willing to

12  facilitate more if possible.

13       THE COURT:  Well, just for a second on the order

14  yesterday from Judge Sabraw in California I take it, I mean

15  I'll ask you in a minute if you know whether the

16  government's going to appeal the order.  But I take it that

17  he, that his class, that his cases are class action.  And so

18  I assume that the parents and children in our case here

19  rather than the parents in our case here would also be

20  members of that class.  Is that how you would understand it?

21       MS. FABIAN:  I believe that to be true.  There

22  are, there's at least one exclusion from the class of

23  parents who have a criminal history which I don't know at

24  this time about the plaintiffs here.  But otherwise, it

25  would seem on initial review they are members of the class.

1          THE COURT:  Under his order, again assuming the

2     government doesn't appeal or get it modified, the defendants

3     are supposed to reunify all class members with children

4     under the age of five within 14 days of yesterday's order.

5     And that would cover one of the children involved in this

6     case; is that right?

7          MS. FABIAN:  That's correct.

8          THE COURT:  In terms of the timing of

9     reunification assuming that his order stands and the

10    government complies with it without seeking modification or

11    reconsideration, that that 14 days won, the next 14 days is

12    you're going to have to reunify one of these children with

13    the parent?

14         MS. FABIAN:  That's correct, your Honor.

15         THE COURT:  Let me ask one other general question.

16    A lot of what, both what is offered and what the plaintiffs

17    are seeking for here revolve around the case managers in,

18    both in terms of providing information about the child, and

19    about the child's activities and the child's illness, if

20    any, and arranging for phone conversations between parent

21    and child.  Are there, are there procedures in place -- I

22    assume case managers have to reach out to the parents to

23    accomplish these things.  Would that be right?

24         MS. FABIAN:  Yes.  The case manager in every case

25    would be in contact with the parent assuming that the parent

1    is an individual seeking to sponsor the child, but the case

2    manager will coordinate that process and will be

3    communicating with the proposed sponsor including parents

4    throughout that process.

5             THE COURT:  And is the proposal that you make in

6    part that you would provide counsel, these action lawyers

7    with the names and contact information for the particular

8    case manager responsible for each of the children?

9             MS. FABIAN:  Yes, and actually done so already.

10   We did that this afternoon after we had the protective

11   order.

12            THE COURT:  I assume the case managers are fluent

13   in Spanish because it's easier for lawyers to --

14            MS. FABIAN:  I would assume so.  I can't commit to

15   that right now, but I would presume so.  They have the

16   ability to communicate.

17            THE COURT:  It's easy for a lawyer when they are

18   upset about something to track down lawyers on the other

19   side of a case or government officials on the other side of

20   a case and be very aggressive.  It's not so easy for

21   Spanish-speaking parents of children who are themselves in

22   custody to know exactly what to do.  So under the plan that

23   you propose a, the lawyers would have the contact

24   information for the case managers; and b, the burden would

25   be on the case managers to do whatever you're committing to,

1   and presumedly they would be fully directed to do what you

2   as counsel for the government is committing them to?

3          MS. FABIAN:  That's correct, your Honor.  And of

4   course, if, if -- that is the understanding that ORR would

5   like to happen.  That is what they intend to happen.  And

6   plaintiff's counsel and I have already been in contact about

7   this as I think we proposed.  I think there continue to be

8   open lines of communication.  If problems with that are

9   decided if need be, I would hope this wouldn't occur, we

10  could bring those back to the Court if they can't be

11  resolved between now and July 12.  That is the intention of

12  ORR, and I don't see any reason why we can't ensure that

13  they are able to provide that information.

14          I was just going to say with regard to the

15  protective order, I don't, I anticipate a protective order

16  relating to confidential information inasmuch as anything

17  lawyerly is simple.  I anticipate keeping that simple.  We

18  won't seek to put in other provisions at this time until we,

19  if they require sensitive or other protections become

20  necessary we can deal with that down the line.  We're happy

21  to do a simple Privacy Act confidential protective order for

22  this information for now.

23          THE COURT:  I assumed from reading what you

24  proposed that you're both interested in privacy protections

25  of government employees, but also potentially of the

1    security of government employees and the government

2    facilities?

3            MS. FABIAN:  Yes, and really the safety of

4    children right now.  Especially there's a lot of interest in

5    the locations of these facilities.  And we would like to

6    minimize the availability of the information specific

7    locations of the -- locations where these children are being

8    housed because there are, of course, smugglers and

9    potentially other dangerous elements also interested in

10   those locations.

11           So to the extent possible, ORR would like to keep

12   disclosure of that information to a minimum.  And similarly,

13   with the contact information of the government employees it

14   really just prohibits them from doing their job to have

15   their information made public and not be able to answer the

16   phone knowing that that it will be part of their job each

17   time.

18           THE COURT:  The case manager's employed by ORR; is

19   that right?

20           MS. FABIAN:  I believe so, yes.

21           THE COURT:  Or are they --

22           MS. FABIAN:  If I'm wrong I can correct myself.

23   They may be, in fact, employees of the facilities themselves

24   and ORR employees.

25           THE COURT:  Okay.  And do you have any knowledge

1    of the background and training and experience of the case

2    managers?  Or does it vary?

3             MS. FABIAN:  I don't, I don't know that I could

4    submit at this time.  I'd be happy to submit something on

5    that, your Honor.  It is a standard position that is part of

6    ORR's practice at its facilities, and how cases are managed

7    and how the care of the children is managed, so I would

8    imagine they have something on that, but I don't have it

9    available today.

10            THE COURT:  And under your proposal case managers

11   will reach out to the parents to facilitate information

12   about the health, illnesses, whatever of the children and

13   also to arrange the phone calls.  Will the case managers

14   also reach out to the lawyers or be open to receiving calls

15   from the lawyers to ascertain information?

16            MS. FABIAN:  What we've done is given the phone

17   numbers for each case manager.  My understanding, and

18   admittedly I haven't talked about this in this specific

19   case, but for individuals who are detained it's difficult

20   for them to receive phone calls, so having the phone number

21   should be easier for them so they can call directly.  But if

22   the question is can, could we facilitate communication in

23   the other direction, I don't see why that wouldn't be

24   possible.  But what we've done now is given the phone

25   numbers, I've given it directly to Mr. Wesevich.

1              THE COURT:  So if Mr. Wesevich wants information,

2    for example, do you have a more current estimate of when

3    this child will be reunited with the parent?  Is it okay for

4    him to call that case manager directly?  Or is he supposed

5    to call you because you're the lawyer on the other side of

6    the case, and are you going to be the intermediary?

7              MS. FABIAN:  No, I will not be the intermediary.

8    He should use the numbers that we've given him and call the

9    case manager directly.

10             THE COURT:  Now if he's unhappy he can call you?

11             MS. FABIAN:  I expect that will happen.

12             THE COURT:  If he's really unhappy he will call

13   me.

14             MS. FABIAN:  I expect that if he's unhappy he will

15   call me.

16             THE COURT:  Okay.  Anything else you want to say

17   at the moment, Ms. Fabian?

18             MS. FABIAN:  No, your Honor.

19             THE COURT:  Let me ask one last question before

20   Mr. Wesevich weighs in.  Is there a draft of a protective

21   order?  Or if not, when do you expect to present one to

22   counsel?

23             MS. FABIAN:  I have not drafted it yet.  I have to

24   get on a plane in a couple of hours.  I could have something

25   by tomorrow at the latest.

1              THE COURT:  Okay.

2              MR. WESEVICH:  I understood that your Honor was,

3    had also asked about the government's plans for the Cali,

4    respond to the California order.  Was that a question?

5              THE COURT:  Question about the plans for?

6              MR. WESEVICH:  The government's plans for

7    responding to the California injunction because that will

8    affect the further proceedings in this case.

9              THE COURT:  Yeah.  I assume, Ms. Fabian, that you

10   are not the solicitor general?

11             MS. FABIAN:  That's correct, your Honor.

12             THE COURT:  So you can't say for sure what the

13   government will do with respect to Judge Sabraw's order.

14   But do you have any information about what the current

15   thinking is within the department?  Or is it just too soon?

16             MS. FABIAN:  I think it's too soon to say, your

17   Honor, except to say that under the current deadline I think

18   it's fair to say that plans for compliance are underway.

19   And as I'm sure you've experienced the process for making

20   any decisions on appeal takes some time, and that in the

21   meantime compliance with the order, will of course, be

22   proceeding.

23             THE COURT:  Okay.

24             MR. WESEVICH:  Your Honor, I'll not belabor the

25   point.  Everyday the parents have to live with the

1     situation.  They're the ones who have to go to sleep.  What

2     they seek from the Court is clear direction on what

3     information they are allowed to have about their own

4     children.

5            There is one last potentially large point that I

6     would raise with the Court.  You have three individuals

7     before you.  This is not a class action.  That said, third

8     party standing is a prudential matter.  And the Court does

9     have the authority upon finding a violation to order the

10    same relief to apply to more than just the three people.  I

11    would like to submit briefing on that within the next day if

12    the Court would consider.  That's the last thing that I have

13    to say.

14           THE COURT:  Well, I, this is a temporary

15    restraining order.  It's not a preliminary injunction.  And

16    you know, you can file it whenever you want to file it.  But

17    I would be inclined to say, you know, further injunctive or

18    broader injunctive relief should take a slightly more

19    leisurely pace, so that maybe it can get teed up in time for

20    a July 12th hearing rather than rush to add something here.

21           MR. WESEVICH:  Thank you, your Honor.

22           THE COURT:  I have no comments at the moment about

23    nationwide injunctions, but --

24           MR. WESEVICH:  Thank you, your Honor.

25           THE COURT:  -- other judges have views.

1              So actually I was being a little facetious.  I

2      actually read all of the opinions in yesterday's Supreme

3      Court decision, except for Justice Thomas's separate opinion

4      because I thought to the extent that there were, you know,

5      questions of standing and justiciability and anything else

6      that might even vaguely be relevant to today's hearing be

7      useful to read it all, but I didn't think that I'd have to

8      deal with nationwide injunction, so I didn't read his

9      concurring opinion yet.

10             MR. WESEVICH:  The plaintiffs found the discussion

11     of *Korematsu* especially illuminating in Justice Roberts'

12     opinion.

13             THE COURT:  And Justice Sotomayor's.  Well, so,

14     going through the requests the plaintiffs ask for the

15     complete address where each child is currently located.

16     Defendants have identified the name of the facility where

17     each child is located, the city where the facility is

18     located, and will provide the specific addresses immediately

19     if you agree not to disclose them and pursuant to a

20     protective order.  And the draft protective order will be

21     shared with counsel by tomorrow.

22             So I would suggest that -- I don't have to decide

23     anything on that first request at the moment.  The second

24     request is the most accurate estimate of the date that the

25     government anticipates reuniting each child with the parent,

1   and that one we've discussed here.  And the response, the

2   government has been they will provide the name and phone

3   number of the case manager subject to a protective order,

4   and have disclosed it or will disclose even without a

5   protective order if the plaintiffs agree not to disclose it.

6   The case manager will provide an estimated date, if

7   available, and if an estimate is not available will provide

8   updates.

9        As I understand what Ms. Fabian said just now they

10  cannot commit to more than that because they just don't

11  know, and because each situation is different and each case

12  manager and the children that he or she is responsible for

13  is different.  But that the case manager would provide,

14  correct me if I'm wrong Ms. Fabian, as much information as

15  the case manager has, updates, and even the time when the

16  case manager makes a recommendation to ORR.  And Ms. Fabian

17  believes ORR can act reasonably quickly after getting a

18  recommendation.

19       Is that a fair summary of the government's

20  position?

21       MS. FABIAN:  Yes, your Honor.

22       THE COURT:  So, and I guess the only other point

23  that was made is perhaps because Judge Sabraw has now issued

24  the order he has with specific timeframes, 14 days for

25  children under five and 30 days for children over five,

1    there's a pretty big burden on all the case managers in

2    their effort to comply with that.

3              So I guess I can either -- I don't know what, if I

4    were to issue a temporary restraining order with a

5    timeframe -- you don't want a timeframe, you want an

6    estimate?

7              MR. WESEVICH:  Yes, your Honor.  The government's

8    most accurate estimate.  Could it be a range of time?

9              THE COURT:  Well, you know --

10             MR. WESEVICH:  As the range expands the less

11   comfort that the parents can have in the range, in the

12   document.  But --

13             THE COURT:  Well, I would suggest, and I don't

14   want to put words in Ms. Fabian's mouth, that a fair

15   estimate would be because of Judge Sabraw no more than 14

16   days for children under five and no more than 30 days for

17   children over five, unless and until the government seeks

18   reconsidering or a stay and if they're working towards

19   compliance in the meantime.  And that we have a hearing

20   scheduled for July 12th, and maybe you will have more

21   specific information with respect to the specific plaintiffs

22   between now and then.

23             The question that I'm wrestling with with respect

24   to this request is in view of his order and in view of the

25   discussion we've had this afternoon, whether and in view of

1   the things they have already agreed to that you're not

2   fighting about at the moment, whether you satisfy the

3   irreparable harm part of the test without getting anymore

4   specific estimate at least until you've talked to each

5   individual case manager and seeing what the best estimate

6   that that case manager can give you about each child.

7   That's what I'm ruminating about.  I think that --

8         MS. FABIAN:  I would also add, your Honor, that

9   the government does have a status conference before Judge

10  Sabraw on I believe it's the 6th of July, and so I expect

11  more information will be available then as well.

12        MR. WESEVICH:  And --

13        THE COURT:  One thing I could -- go ahead.

14        MR. WESEVICH:  If I may, your Honor.  It's the

15  government's burden to provide the information that it has

16  to the parent not necessarily even to the intermediary of

17  counsel.  The government has a direct responsibility to the

18  parent to respect the parent's need to have information

19  about their child.

20        The irreparable harm is they have no -- I see what

21  the government, what you're saying, your Honor, that we have

22  to check with the government and be denied sufficient

23  information before we can come to the Court and claim that

24  we have irreparable harm.

25        THE COURT:  What I'm suggesting is that as the --

1    you know, you're between a rock and a hard place because

2    things have gotten better since you filed your TRO because

3    you're getting some of what you want or some semblance of

4    what you want.

5              MR. WESEVICH:  An hour before the TRO hearing.

6              THE COURT:  That's the benefit of scheduling

7    hearings.  It happens all the time.  It focuses the mind.

8    But if the proposal that the case manager will be available,

9    and you can talk to the case manager, and you get more

10   information and the child and parent can talk to each other

11   at least twice a week, maybe more, maybe until in short

12   order not in a matter of you know weeks, but in a matter of

13   days, until that system fails until you find that you're

14   getting no information or until you find that you have a

15   reason to believe case manager X is not acting in good

16   faith.

17             You may find, I'm hypothesizing, but you may -- as

18   I dealt with criminal defense lawyers and their clients

19   sitting over at the DC jail and everybody in the DC jail has

20   a case manager.  And some of them are great and really

21   helpful and try and others of them not so much.  And we have

22   a, there's the general counsel of the DC Department of

23   Corrections.  Lawyers come here and ask judges of this court

24   can you get this?  Can you get access to a doctor?  Can you

25   get this?  And our response is first call the general

1   counsel because she solves problems faster than a court

2   order solves problems sometimes and then come back.

3           So I guess what I'm saying, and I'm not ruling,

4   I'm just saying that I'd really rather not, I'd really like

5   to start by assuming that you have a substantial likelihood

6   of success on the merits of the lawsuit.  Put that aside and

7   then ask the question given the specific things you're

8   asking for in the TRO and the fact that some of them are

9   being, have been given, are being given by the government in

10  response to your coming to court, is what's left enough to

11  show irreparable harm today.

12          Maybe it will be in a week or maybe it will be in,

13  July 12th, or maybe just the opposite you'll say, you know,

14  these kids have been released, and this kid has talked to

15  his mother five times a week and nobody has gotten sick.

16  I'm having trouble finding the residue of irreparable harm

17  on a motion for a TRO today.

18          You may tell me something next week that persuades

19  me more than I am at the moment.  What I guess I'm trying to

20  say is that maybe it's worth trying to, trying to work with

21  the government and the case managers in the short term and

22  see how that works out.  And then come back here if need be,

23  you know, file a PI rather than a TRO on what's left.  Or in

24  the best of all possible worlds tell me some of the children

25  have been reunited with their parents in short order.

1          MR. WESEVICH:  Perhaps a simple solution would be

2     if the Court would consider permitting us to file something

3     with the Court next week describing what our experience has

4     been before the Court rules what our experience has been.

5          THE COURT:  I think that's actually a pretty good

6     idea.  In other words, I could hold the TRO in abeyance.

7     And rather than deny it or deny it as moot or deny it in

8     part as moot or something.  Because if I hold the TRO in

9     abeyance that also lets Ms. Fabian go back to her principals

10    and say the Judge still might rule against you so we

11    better -- not that you wouldn't anyway tell them to do their

12    job in good faith and work with these lawyers and these

13    parents in good faith.  But sometimes it's nice for a lawyer

14    to be able to tell the client population that the Judge is

15    really closely looking over their shoulder.

16         You don't have to respond to that if you don't

17    want to.

18         MS. FABIAN:  Thank you, your Honor.  I will take

19    advantage of that.  I don't disagree with that approach.  I

20    think that's fine.  I would propose perhaps that we, we meet

21    and confer and try to prepare a joint report so that, you

22    know, we're not bringing issues and resolving them through

23    you in the next week or so, but that perhaps we meet and

24    confer among ourselves and then provide a joint report and

25    identify if there are areas of disagreement before the next

1    hearing.

2            THE COURT:  I think that's a good idea.  So let me

3    suggest based on the conversation we've just been having

4    that hopefully by tomorrow, Ms. Fabian will provide to

5    counsel a reasonably straightforward, simple protective

6    order.  And as soon as you all agree on it I'll sign it.

7    Hopefully that can happen pretty quickly.  And there

8    shouldn't be any disputes about that.  And then we'll set a

9    day for next week by which there will be a joint report

10   submitted by counsel reporting on what's been accomplished

11   and what hasn't been accomplished and how the inner, how the

12   workings with the case managers are going.

13           And in the mean time, I'll hold the TRO in

14   abeyance.  And if the joint report suggests that it doesn't

15   have to be resolved I won't resolve it.

16           MR. WESEVICH:  Thank you, your Honor.

17           THE COURT:  So what's a good day for the joint

18   report?  The problem is that we've got the 4th of July right

19   in the middle of next week.  So I guess you could either, if

20   you think you've got, if you think between now and Tuesday

21   is enough to have any useful experience we can do it Tuesday

22   otherwise we can do it Thursday.

23           MR. WESEVICH:  I would vote --

24           MS. FABIAN:  I would prefer longer, your Honor,

25   just to give it, the process time to work and for them to

1   communicate with the case managers in light of the holiday.

2          THE COURT:  All right.  So there will be a joint

3   report filed by counsel on Thursday, July 5, telling me how

4   things have been going and what progress has been made and

5   or what problems have merged.  And if you both agree --

6   you'll probably, I hope you'll agree generally on the facts

7   as to what's happening.  You may interpret them differently.

8   And if for chance you both agree I don't have to decide the

9   TRO that's fine.  If the plaintiffs still think I should

10  decide the TRO, we can either come back to court or I'll

11  just make a decision based on what you've told me and what

12  you've argued so far.

13         If there's enough left of the items in the TRO

14  that you want to file more fulsome pleadings and call it a

15  preliminary injunction you can do that.  Or if you want to

16  do what you're suggesting which is to have whatever orders I

17  issue extend more broadly than to these named plaintiffs you

18  can file motion or brief on that even though it's not a

19  class action.

20         But, you know, I would think that as much as we

21  can be prepared to do -- we got the preliminary injunction

22  hearing on July 12th.  And if you want to supplement that or

23  file a second PI motion or whatever other motion try to do

24  it enough in advance to give the government time to respond.

25  If that doesn't work we can always have a second hearing a

1    week later.

2            MR. WESEVICH:  Thank you, Judge.

3            THE COURT:  I just had one other thought.

4    Actually, Ms. Fabian, you're not in the courtroom so I may

5    as well be honest.  I didn't have this thought my law clerk

6    did.  She handed me a note.  Would you include in the joint

7    report updates on what's going on in the California case, or

8    if there's any other particularly relevant case as well.

9    Just, you know, Judge Sabraw has done X.  Or I don't know if

10   there's anything pending.

11           MS. FABIAN:  Your Honor, that's fine.  I would

12   also, we have a status conference I think I mentioned with

13   Judge Sabraw on the 6th.  I don't, I can't confirm, but I

14   believe it's not unlikely that we would submit something

15   before that or at least at that hearing.  So I can certainly

16   see what we could provide on the 5th, with the joint report.

17   And if anything is filed in that case on or before the 6th,

18   I can also provide that to the Court.

19           THE COURT:  Okay.  That would be great.  And do

20   you know whether there's anything currently going on with

21   Judge Gee in the Flores case that may have further

22   developments?

23           MS. FABIAN:  My understanding plaintiffs have a

24   response to defendant's recent ex parte motion due today.  I

25   understand they are seeking an extension of that.  I don't

 1    think they've filed their extensive yet, but I expect the

 2    judge will grant it and they will respond by Friday.  I

 3    believe --

 4              THE COURT:  Well, whatever you -- I mean I assume

 5    you're either involved in all these cases or are really kept

 6    up to speed on what's going on, so whatever you can provide

 7    so I'm aware of it and so Mr. Wesevich is aware of it as

 8    well.  Because a lot of moving parts here most of them

 9    outside the courts, but some of them in the courts, too.  I

10    understand there's another new lawsuit that's been filed in

11    this court maybe today.  I don't know anything about it.

12              MS. FABIAN:  I believe that is the same counsel

13    who we were with last week, and I've spoken to him about

14    that case as well.

15              THE COURT:  Okay.  I don't know whether they've

16    designated any of those cases, that case is related to the

17    other case or not, but we'll see what happens.  Okay.

18    Anything else?

19              MR. WESEVICH:  Not from the plaintiffs, your

20    Honor.

21              THE COURT:  Thank you.  All right.  Thanks.

22              MS. FABIAN:  I don't have anything else, your

23    Honor.

24              THE COURT:  Thank you, Ms. Fabian.  Thank you,

25    Mr. Simon.

1          [Thereupon, the proceedings adjourned at 2:56

2          p.m.]

3                          CERTIFICATE

4          I, Cathryn J. Jones, an Official Court Reporter

5     for the United States District Court of the District of

6     Columbia, do hereby certify that I reported, by machine

7     shorthand, the proceedings had and testimony adduced in the

8     above case.

9          I further certify that the foregoing 32 pages

10    constitute the official transcript of said proceedings as

11    transcribed from my machine shorthand notes.

12         In witness whereof, I have hereto subscribed my

13    name, this the 11th day of July, 2018.

14

15

16                         /s/_Cathryn J. Jones
                           Cathryn J. Jones, RPR
17                         Official Court Reporter

18

19

20

21

22

23

24

25

MR. BALL: [1]  3/9
MR. SIMON: [1]  3/14
MR. WESEVICH: [20]  3/5 3/8 4/11
7/10 20/1 20/5 20/23 21/20 21/23 22/9
24/6 24/9 25/11 25/13 26/4 27/25
29/15 29/22 31/1 32/18
MS. FABIAN: [39]
THE COURT: [58]
THE DEPUTY CLERK: [1]  3/1

**.**

**.x [1]**  1/6

**/**

**/s [1]**  33/15

**1**

**10019 [1]**  1/20
**114 [1]**  1/17
**11th [1]**  33/13
**12 [1]**  16/11
**12-year-old [1]**  4/24
**1285 [1]**  1/20
**12th [5]**  10/25 21/20 24/20 27/13 30/22
**14 [5]**  14/4 14/11 14/21 23/24 24/15
**1458 [1]**  3/2
**18-1458 [1]**  3/2
**18-1458-PLF [1]**  1/4

**2**

**20001 [1]**  2/11
**20006 [1]**  1/17
**2001 [1]**  1/16
**2018 [2]**  1/5 33/13
**202 [3]**  1/17 2/4 2/7
**20530 [2]**  2/3 2/7
**212 [1]**  1/21
**223-7300 [1]**  1/17
**252-2528 [1]**  2/7
**2528 [1]**  2/7
**27 [1]**  1/5
**2:06 [1]**  1/6
**2:56 [1]**  33/1

**3**

**30 [3]**  7/25 23/25 24/16
**3000 [1]**  1/21
**32 [1]**  33/9
**333 [1]**  2/11
**373-3000 [1]**  1/21

**4**

**4824 [1]**  2/4
**4th [2]**  4/24 29/18

**5**

**5120 [1]**  1/14
**532-4824 [1]**  2/4
**555 [1]**  2/6
**585-5120 [1]**  1/14
**5th [1]**  31/16

**6**

**6521 [1]**  2/10
**6th [4]**  1/13 25/10 31/13 31/17

**7**

**7300 [1]**  1/17
**79830 [1]**  1/13

**8**

**868 [1]**  2/3

**9**

**915 [1]**  1/14

**A**

**abeyance [3]**  28/6 28/9 29/14
**ability [3]**  12/10 13/7 15/16
**able [8]**  5/14 6/1 6/5 11/8 12/24 16/13
17/15 28/14
**about [29]**  4/11 5/2 5/6 5/15 5/18 5/22
6/2 6/21 11/2 11/9 13/24 14/18 14/19
15/18 16/6 18/12 18/18 20/3 20/5
20/14 21/3 21/22 25/2 25/6 25/7 25/19
29/8 32/11 32/13
**above [1]**  33/8
**absence [1]**  11/24
**absolute [1]**  13/10
**absolutely [1]**  5/4
**access [3]**  8/14 8/3 26/24
**accident [1]**  11/13
**accomplish [1]**  14/23
**accomplished [2]**  29/10 29/11
**accurate [2]**  22/24 24/8
**act [2]**  16/21 23/17
**acting [1]**  26/15
**action [5]**  3/2 13/17 15/6 21/7 30/19
**activities [1]**  10/4 14/19
**actually [6]**  5/17 15/9 22/1 22/2 28/5
31/4
**add [3]**  13/4 21/20 25/8
**additional [1]**  9/22
**address [1]**  22/15
**addresses [1]**  22/18
**addressing [1]**  3/18
**adduced [1]**  33/7
**adjourned [1]**  33/1
**admittedly [1]**  18/18
**advance [1]**  30/24
**advantage [1]**  28/19
**affect [2]**  7/23 20/8
**after [4]**  6/11 9/23 15/10 23/17
**afternoon [8]**  3/8 3/9 3/14 3/15 3/20
3/22 15/10 24/25
**again [4]**  5/2 5/10 9/20 14/1
**against [1]**  28/10
**age [1]**  14/4
**aggressive [1]**  15/20
**agree [7]**  6/23 22/19 23/5 29/6 30/5
30/6 30/8
**agreed [2]**  4/14 25/1
**agreement [2]**  4/10 4/10
**ahead [1]**  25/13
**AID [2]**  1/12 3/7
**aided [1]**  2/16
**al [4]**  1/3 1/5 3/3 3/3
**all [24]**  3/23 5/24 5/25 6/18 7/2 7/24
8/20 9/8 9/8 9/18 9/25 10/7 12/5 13/6
14/3 22/2 22/7 24/1 26/7 27/24 29/6
30/2 32/5 32/21
**allowed [3]**  6/6 6/9 21/3
**almost [1]**  9/18

**Alpine [1]**  1/13

also [16]  3/12 9/20 12/3 12/6 12/25
13/4 13/19 16/25 17/9 18/13 18/14
20/3 25/8 28/9 31/12 31/18
**always [2]**  9/8 30/25
**am [1]**  27/19
**Americas [1]**  1/20
**among [1]**  28/24
**another [5]**  5/3 7/22 11/4 13/7 32/10
**answer [2]**  9/9 17/15
**answers [1]**  10/10
**anticipate [2]**  16/15 16/17
**anticipated [2]**  4/15 5/7
**anticipates [2]**  4/17 22/25
**any [20]**  6/1 6/2 7/5 8/18 10/5 10/5
10/6 11/12 11/14 11/20 11/22 14/20
16/12 17/25 20/14 20/20 29/8 29/21
31/8 32/16
**anymore [1]**  25/3
**anything [13]**  5/2 5/18 11/22 16/16
19/16 22/5 22/23 31/10 31/17 31/20
32/11 32/18 32/22
**anyway [1]**  28/11
**appeal [3]**  13/16 14/2 20/20
**appearance [1]**  3/12
**appearances [3]**  1/11 2/1 3/4
**application [1]**  4/4
**apply [1]**  21/10
**approach [2]**  3/4 28/19
**appropriate [1]**  6/13
**approval [3]**  8/21 9/6 9/11
**are [40]**
**area [5]**  6/3 6/4 6/14 6/22 6/24
**areas [3]**  4/13 7/8 28/25
**argued [1]**  30/12
**argument [1]**  11/18
**around [1]**  14/17
**arrange [3]**  12/23 12/25 18/13
**arranged [1]**  13/3
**arrangement [1]**  8/21
**arrangements [1]**  9/7
**arranging [1]**  14/20
**art [2]**  11/19 12/4
**as [38]**
**ascertain [1]**  18/15
**aside [1]**  27/6
**ask [7]**  11/10 13/15 14/15 19/19 22/14
26/23 27/7
**asked [2]**  12/7 20/3
**asking [1]**  27/8
**assert [1]**  6/11
**assume [7]**  12/9 13/18 14/22 15/12
15/14 20/9 32/4
**assumed [1]**  16/23
**assuming [4]**  14/1 14/9 14/25 27/5
**assurances [1]**  10/10
**assured [1]**  11/25
**attempt [1]**  11/21
**attempted [1]**  10/9
**ATTORNEY'S [1]**  2/5
**AUSA [1]**  2/5
**authority [1]**  21/9
**availability [1]**  17/6
**available [10]**  5/20 7/19 8/6 8/8 12/2
18/9 23/7 23/7 25/11 26/8
**Avenue [2]**  1/20 2/11

## A

aware [4] 7/8 10/3 32/7 32/7

## B

back [7] 8/19 11/5 16/10 27/2 27/22 28/9 30/10
background [3] 4/8 4/21 18/1
Ball [2] 1/15 3/10
based [2] 29/3 30/11
basic [2] 5/6 6/21
be [76]
because [16] 4/19 7/18 15/13 17/8 19/5 20/7 22/4 23/10 23/11 23/23 24/15 26/1 26/2 27/1 28/8 32/8
become [1] 16/19
been [21] 4/1 4/1 4/21 5/9 6/17 6/19 11/18 13/6 16/6 23/2 27/9 27/14 27/25 28/4 28/4 29/3 29/10 29/11 30/4 30/4 32/10
before [10] 1/9 19/19 21/7 25/9 25/23 26/5 28/4 28/25 31/15 31/17
behalf [2] 3/18 7/5
being [5] 12/24 17/7 22/1 27/9 27/9
belabor [1] 20/24
believe [11] 10/21 10/22 10/25 11/6 13/21 17/20 25/10 26/15 31/14 32/3 32/12
believes [1] 23/17
Ben [1] 2/3
benefit [2] 3/23 26/6
best [6] 4/16 4/16 8/10 10/3 25/5 27/24
better [4] 9/22 10/17 26/2 28/11
between [6] 7/7 14/20 16/11 24/22 26/1 29/20
big [1] 24/1
bit [1] 4/20
blue [1] 4/23
both [6] 11/22 14/16 14/18 16/24 30/5 30/8
Box [1] 2/3
brief [1] 30/18
briefing [1] 21/11
bring [1] 16/10
bringing [1] 28/22
broader [1] 21/18
broadly [1] 30/17
burden [3] 15/24 24/1 25/15

## C

Cali [1] 20/3
California [4] 13/14 20/4 20/7 31/7
call [13] 5/14 5/21 5/21 6/10 18/21 19/4 19/5 19/8 19/10 19/12 19/15 26/25 30/14
calls [3] 18/13 18/14 18/20
can [43]
can't [7] 9/7 9/22 15/14 16/10 16/12 20/12 31/13
cannot [1] 23/10
care [6] 5/18 10/2 10/5 11/9 12/22 18/7
case [73]
cases [6] 7/24 9/19 13/17 18/6 32/5 32/16
Cathryn [4] 2/9 33/4 33/15 33/16
center [1] 4/23
certain [1] 4/6

certainly [2] 13/1 31/15
CERTIFICATE [1] 33/3
certify [2] 33/6 33/9
chance [1] 30/8
changes [1] 5/11
charge [1] 6/20
check [1] 25/22
child [26] 5/10 5/23 5/23 6/2 6/6 6/7 6/19 8/15 10/3 10/4 10/5 10/6 10/7 10/8 11/12 12/7 14/18 14/21 15/1 19/3 22/15 22/17 22/25 25/6 25/19 26/10
child's [6] 5/15 5/18 6/21 11/20 14/19 14/19
children [25] 4/17 4/22 5/6 6/9 6/14 11/9 12/21 13/6 13/18 14/3 14/5 14/12 15/8 15/21 17/4 17/7 18/7 18/12 21/4 23/12 23/25 23/25 24/16 24/17 27/24
circumstances [1] 5/4
city [1] 22/17
Civil [1] 3/2
claim [2] 6/12 25/23
class [8] 13/17 13/17 13/20 13/22 13/25 14/3 21/7 30/19
clear [1] 21/2
clerk [1] 31/5
client [2] 5/3 28/14
clients [3] 7/5 7/7 26/18
close [2] 4/9 4/10
closely [1] 28/15
closer [1] 9/15
coincide [1] 9/3
COLUMBIA [3] 1/2 2/6 33/6
come [6] 11/5 25/23 26/23 27/2 27/22 30/10
comfort [1] 24/11
comfortable [1] 13/1
coming [1] 27/10
comments [2] 7/7 21/22
commit [6] 12/22 12/24 13/7 13/11 15/14 23/10
committed [1] 7/18
committing [3] 8/9 15/25 16/2
communicate [2] 15/16 30/1
communicated [1] 7/6
communicating [1] 15/3
communication [5] 8/19 13/5 13/8 16/8 18/22
complete [1] 22/15
completely [1] 6/7
compliance [3] 20/18 20/21 24/19
complies [1] 14/10
comply [1] 24/2
computer [1] 2/16
computer-aided [1] 2/16
conceivable [1] 5/5
concurring [1] 22/9
confer [2] 28/21 28/24
conference [2] 25/9 31/12
confidential [2] 16/16 16/21
confirm [1] 31/13
confusing [1] 11/18
conjunction [1] 9/20
consider [3] 13/8 21/12 28/2
constitute [1] 33/10
Constitution [1] 2/11
constitutional [1] 6/8

Cont'd [1] 2/1
contains [4] 4/25 15/7 15/23 16/6 17/13
continue [1] 16/7
conversation [3] 12/2 12/22 29/3
conversations [1] 14/20
coordinate [1] 11/1 15/2
coordinating [1] 10/2
correct [6] 14/7 14/14 16/3 17/22 20/11 23/14
Corrections [1] 26/23
could [12] 11/21 12/1 12/2 16/10 18/3 18/22 19/24 24/8 25/13 28/6 29/19 31/16
counsel [14] 7/4 7/7 15/6 16/2 16/6 19/22 22/21 25/17 26/22 27/1 29/5 29/10 30/3 32/12
couple [2] 11/10 19/24
course [3] 16/4 17/8 20/21
court [27] 1/1 2/9 2/10 2/10 3/18 4/18 4/20 7/10 10/21 21/2 21/6 21/8 21/12 22/3 25/23 26/23 27/1 27/10 28/2 28/3 28/4 30/10 31/18 32/11 33/4 33/5 33/16
courtroom [2] 3/20 31/4
courts [2] 32/9 32/9
cover [2] 12/5 14/5
criminal [2] 13/23 26/18
current [3] 19/2 20/14 20/17
currently [2] 22/15 31/20
custody [2] 13/6 15/22
CV [1] 1/4

## D

D.C [6] 1/5 1/17 2/3 2/7 2/11 9/17
daily [1] 6/13
dangerous [1] 17/9
date [19] 4/14 4/16 5/7 5/7 5/8 5/10 5/11 7/14 7/19 7/24 8/1 8/2 8/2 8/9 8/23 8/25 11/22 22/24 23/6
dates [1] 7/18
daughter [1] 4/24
David [2] 1/15 3/10
day [7] 6/10 9/8 9/8 21/11 29/9 29/17 33/13
days [11] 7/25 9/8 13/5 14/4 14/11 14/11 23/24 23/25 24/16 24/16 26/13
DC [3] 26/19 26/19 26/22
deadline [1] 20/17
deal [3] 4/6 16/20 22/8
dealt [1] 26/18
decide [4] 8/15 22/22 30/8 30/10
decided [1] 16/9
decides [1] 11/16
decision [2] 9/16 9/18 22/3 30/11
decisions [1] 20/20
Defendant [2] 1/6 2/2
defendant's [1] 28/24
defendants [4] 3/16 3/18 14/2 22/16
defense [1] 26/18
definitely [1] 12/10
denied [1] 25/22
deny [3] 28/7 28/7 28/7
department [4] 2/2 3/17 20/15 26/22
depending [1] 7/19
describing [1] 28/3
description [2] 10/12 12/7

## D

designated [1] 32/16
detained [1] 18/19
detention [1] 4/23
determine [1] 7/25
determines [1] 13/9
developments [1] 31/22
did [4] 5/23 13/4 15/10 31/6
didn't [3] 22/7 22/8 31/5
different [2] 23/11 23/13
differently [1] 30/7
difficult [2] 10/16 18/19
direct [1] 25/17
directed [1] 16/1
direction [2] 18/23 21/2
directly [4] 18/21 18/25 19/4 19/9
disagree [1] 28/19
disagreement [7] 4/13 5/13 6/3 6/4
6/15 7/8 28/25
disclose [3] 22/19 23/4 23/5
disclosed [1] 23/4
disclosure [1] 17/12
discretion [2] 8/15 12/10
discussed [1] 13/2 23/1
discussion [2] 22/10 24/25
disputes [1] 29/8
DISTRICT [7] 1/1 1/2 1/10 2/6 2/10
33/5 33/5
do [22] 5/8 5/15 6/11 7/2 15/22 15/25
16/1 16/21 17/25 19/2 19/21 20/13
20/14 28/11 29/21 29/22 30/15 30/16
30/21 30/23 31/19 33/6
Docket [1] 1/4
doctor [1] 26/24
document [1] 24/12
does [5] 8/9 11/15 18/2 21/8 25/9
doesn't [8] 5/1 5/1 5/2 8/2 8/10 14/2
29/14 30/25
doing [3] 3/12 13/1 17/14
don't [27] 4/8 5/22 9/7 9/9 10/15 13/23
16/12 16/15 18/3 18/3 18/8 18/23
22/22 23/10 24/3 24/5 24/13 28/16
28/16 28/19 30/8 31/9 31/13 31/25
32/11 32/15 32/22
done [6] 8/5 8/19 15/9 18/16 18/24
31/9
down [2] 15/18 16/20
draft [2] 19/20 22/20
drafted [1] 19/23
due [1] 31/24

## E

each [15] 8/12 10/2 12/7 12/21 15/8
17/16 18/17 22/15 22/17 22/25 23/11
23/11 25/4 25/6 26/10
earlier [1] 4/3
easier [3] 7/12 15/13 18/21
easy [2] 15/17 15/20
effort [1] 24/2
either [4] 24/3 29/19 30/10 32/5
elements [1] 17/9
else [4] 19/16 22/5 32/18 32/22
employed [1] 17/18
employees [5] 16/25 17/1 17/13 17/23
17/24
end [1] 13/10
enough [4] 27/10 29/21 30/13 30/24

ensure [1] 16/12
entered [1] 22/5
entire [1] 7/17
especially [2] 17/4 22/11
Esquire [3] 1/12 1/15 1/18
essentially [1] 6/20
estimate [12] 4/16 5/11 8/1 8/10 19/2
22/24 23/7 24/6 24/8 24/15 25/4 25/5
estimated [2] 8/25 23/6
estimation [1] 8/23
et [4] 1/3 1/5 3/3 3/3
even [7] 5/10 5/11 22/6 23/4 23/15
25/16 30/18
every [2] 6/10 14/24
everybody [3] 3/14 3/20 26/19
Everyday [1] 20/25
everything [1] 8/8
ex [1] 31/24
exactly [3] 9/7 9/23 15/22
example [1] 19/2
except [2] 20/17 22/3
exclusion [1] 13/22
expands [1] 24/10
expect [8] 9/6 9/10 9/11 19/11 19/14
19/21 25/10 32/1
expects [1] 5/9
experience [5] 9/10 18/1 28/3 28/4
29/21
experienced [1] 20/19
explained [1] 7/16
extend [1] 30/17
extension [1] 31/25
extensive [1] 32/1
extent [4] 12/12 12/23 17/11 22/4

## F

FABIAN [14] 2/2 3/16 3/21 7/10 7/12
19/17 20/9 23/9 23/14 23/16 28/9 29/4
31/4 32/24
Fabian's [2] 3/23 24/14
facetious [1] 22/1
facilitate [1] 13/5 13/12 18/11 18/22
facilitated [1] 13/9
facilitates [1] 8/17
facilities [5] 12/23 17/2 17/5 17/23
18/6
facility [5] 8/13 10/6 12/21 22/16 22/17
fact [2] 17/23 27/8
facts [1] 30/6
fails [1] 26/13
fair [3] 20/18 23/19 24/14
faith [3] 26/16 28/12 28/13
far [1] 30/12
faster [1] 27/1
fighting [1] 25/2
file [8] 11/20 21/16 21/16 27/23 28/2
30/14 30/18 30/23
filed [8] 4/2 4/3 11/23 26/2 30/3 31/17
32/1 32/10
files [1] 10/7
final [4] 6/22 6/24 8/21 9/6
find [5] 10/22 11/5 26/13 26/14 26/17
finding [2] 21/9 27/16
fine [3] 28/20 30/9 31/11
firm [1] 3/11
first [4] 4/14 4/18 22/23 26/25
five [7] 9/8 14/4 23/25 23/25 24/16

24/17 27/15
Fleace [1] 9/21
fluent [1] 15/12
focuses [1] 26/7
foregoing [1] 33/9
forth [1] 8/19
forward [1] 11/23
found [1] 22/10
fourth [2] 2/6 6/16
Franklin [1] 2/3
frequency [1] 12/18
frequent [1] 12/18
Friday [1] 32/2
FRIEDMAN [1] 1/9
fully [1] 16/1
fulsome [1] 30/14
further [5] 11/2 20/8 21/17 31/21 33/9

## G

GARRISON [2] 1/16 1/19
Gee [1] 31/21
general [4] 14/15 20/10 26/22 26/25
generally [1] 30/6
get [9] 5/21 5/25 14/2 19/24 21/19
26/9 26/24 26/24 26/25
getting [4] 23/17 25/3 26/3 26/14
give [7] 4/20 8/8 9/6 10/9 25/6 29/25
30/24
given [8] 10/24 18/16 18/24 18/25 19/8
27/7 27/9 27/9
giving [1] 8/2
go [3] 21/1 25/13 28/9
going [14] 3/12 9/19 11/23 12/20
13/16 14/12 16/14 19/6 22/14 29/21
30/4 31/7 31/20 32/6
good [12] 3/8 3/9 3/14 3/15 3/20 3/22
26/15 28/5 28/12 28/13 29/2 29/17
got [3] 29/18 29/20 30/21
gotten [2] 26/2 27/15
govern [1] 7/23
government [27] 4/3 4/15 5/4 5/7 5/9
6/11 6/18 6/23 14/2 14/10 15/19 16/2
16/25 17/1 17/11 17/13 19/3 20/13 22/25
23/2 24/17 25/9 25/17 25/21 25/22
27/9 27/21 30/24
government's [6] 13/16 20/3 20/6
23/19 24/7 25/15
governs [1] 7/25
Grande [1] 3/6
grant [1] 32/2
great [2] 26/20 31/19
guess [6] 8/10 23/22 24/3 27/3 27/9
29/19
guide [1] 10/13

## H

had [5] 15/10 20/3 24/25 31/3 33/7
handed [1] 31/6
happen [6] 8/23 9/14 16/5 16/5 19/11
29/7
happened [1] 11/22
happening [1] 30/7
happens [2] 26/7 32/17
happy [4] 4/13 11/1 16/20 18/4
hard [1] 26/1
harm [5] 25/3 25/20 25/24 27/11 27/16
has [27] 4/1 4/1 4/4 4/25 4/25 5/3 5/4

**H**

**has... [20]** 6/17 6/19 6/23 8/14 8/20 11/12 11/18 23/2 23/15 23/23 23/24 25/15 25/17 26/19 27/14 27/15 28/3 28/4 30/4 31/9
**hasn't [1]** 29/11
**have [77]**
**haven't [1]** 7/18 18/18
**having [6]** 6/11 10/14 11/3 18/20 27/16 29/3
**he [14]** 4/24 4/25 4/25 5/1 5/1 5/2 13/17 19/4 19/8 19/10 19/12 19/14 23/12 23/24
**he'll [1]** 5/1
**he's [3]** 19/10 19/12 19/14
**health [2]** 6/21 18/12
**hear [3]** 3/24 7/9 7/13
**hearing [11]** 6/17 10/14 10/24 21/20 22/6 24/19 26/5 29/1 30/22 30/25 31/15
**hearings [1]** 26/7
**helpful [2]** 8/11 26/21
**her [5]** 4/25 4/25 5/2 5/2 28/9
**here [12]** 3/11 3/20 7/11 13/18 13/19 13/24 14/17 21/20 23/1 26/23 27/22 32/8
**hereby [1]** 33/6
**hereto [1]** 33/12
**Herzog [2]** 1/18 3/13
**him [3]** 19/4 19/8 32/13
**his [8]** 4/24 13/17 13/17 14/1 14/9 22/8 24/24 27/15
**history [1]** 13/23
**hold [3]** 28/6 28/8 29/13
**holiday [1]** 30/1
**home [1]** 12/8
**honest [1]** 31/5
**Honor [34]**
**HONORABLE [1]** 1/9
**hope [5]** 4/19 5/12 8/3 16/9 30/6
**hopefully [2]** 29/4 29/7
**hour [1]** 26/5
**hours [1]** 19/24
**housed [1]** 17/8
**how [11]** 9/3 9/5 9/23 13/9 13/20 18/6 18/7 27/22 29/11 29/11 30/3
**hypothesizing [1]** 26/17
**hypothetical [1]** 9/13

**I**

**I'd [4]** 18/4 22/7 27/4 27/4
**I'll [8]** 9/10 9/10 10/19 13/15 20/24 29/6 29/13 30/10
**I'm [18]** 3/10 3/12 4/13 7/8 10/14 17/22 20/19 23/14 24/23 25/7 25/25 26/17 27/3 27/3 27/4 27/16 27/19 32/7
**I've [2]** 18/25 32/13
**idea [2]** 28/6 29/2
**identified [1]** 22/16
**identify [1]** 28/25
**illness [4]** 11/13 11/20 11/25 14/19
**illnesses [2]** 12/5 18/12
**illuminating [1]** 22/11
**imagine [1]** 18/8
**immediate [1]** 6/13
**immediately [2]** 13/7 22/18
**inasmuch [1]** 16/16

**INC [1]** 1/12
**incident [3]** 11/21 12/2 12/4
**incidents [2]** 11/20 12/3
**inclined [1]** 21/17
**include [1]** 31/6
**including [1]** 15/3
**indicates [1]** 5/19
**indications [1]** 9/5
**individual [4]** 8/13 10/12 15/1 25/5
**individuals [2]** 18/19 21/6
**inflicted [1]** 6/11
**information [38]**
**initial [1]** 13/25
**injunction [7]** 7/22 9/21 20/7 21/15 22/8 30/15 30/21
**injunctions [1]** 21/23
**injunctive [2]** 21/17 21/18
**injured [2]** 6/17 6/19
**injuries [1]** 12/5
**injury [2]** 11/21 11/25
**inner [1]** 29/11
**inquire [1]** 5/15
**insignificant [1]** 11/15
**institution [1]** 12/8
**insufficient [1]** 6/7
**intend [1]** 16/5
**intention [2]** 12/14 16/11
**interest [1]** 17/4
**interested [2]** 16/24 17/9
**interim [1]** 11/2
**intermediary [3]** 19/6 19/7 25/16
**interpret [1]** 30/7
**involved [2]** 14/5 32/5
**irreparable [5]** 25/3 25/20 25/24 27/11 27/16
**is [104]**
**is different [1]** 23/13
**issue [2]** 24/4 30/17
**issued [1]** 23/23
**issues [2]** 10/5 28/22
**it [57]**
**it's [19]** 6/2 7/2 7/18 9/4 10/16 10/25 15/13 15/17 15/20 19/20 20/16 20/18 21/15 25/10 25/14 27/20 28/13 30/18 31/14
**item [2]** 4/18 5/13
**items [1]** 30/13
**its [6]** 4/4 4/16 5/11 12/22 13/6 18/6

**J**

**jail [2]** 26/19 26/19
**Jeremy [2]** 2/5 3/15
**Jerome [2]** 1/12 3/6
**job [3]** 17/14 17/16 28/12
**joint [8]** 28/21 28/24 29/9 29/14 29/17 30/2 31/6 31/16
**Jones [4]** 2/9 33/4 33/15 33/16
**judge [14]** 1/9 1/10 13/14 20/13 23/23 24/15 25/9 28/10 28/14 31/2 31/9 31/13 31/21 32/2
**judges [3]** 13/8 21/25 26/23
**July [10]** 10/25 16/11 21/20 24/20 25/10 27/13 29/18 30/3 30/22 33/13
**July 12 [1]** 16/11
**July 12th [3]** 10/25 21/20 24/20
**jumpsuit [1]** 4/23
**June [2]** 1/5 4/24

**June 4th [1]** 4/24
**June [20]** 6/3 7/18 8/1 9/22 11/3 11/18 12/4 12/25 13/8 13/13 16/14 17/14 20/15 21/10 23/9 23/10 27/4 27/5 29/3 29/25 30/11 31/3 31/9
**JUSTICE [5]** 2/2 3/17 22/3 22/11 22/13
**justiciability [1]** 22/5
**justification [2]** 5/5 6/8

**K**

**keep [1]** 17/11
**keeping [1]** 16/17
**kept [1]** 32/5
**kid [1]** 27/14
**kids [1]** 27/14
**kind [1]** 10/15
**KIRSTJEN [2]** 1/5 3/3
**know [31]** 4/11 5/1 5/1 5/2 5/22 6/17 8/10 9/7 9/9 10/15 13/15 13/23 15/22 18/3 21/16 21/17 22/4 23/11 24/3 24/9 26/1 26/12 27/13 27/23 28/22 30/20 31/9 31/9 31/20 32/11 32/15 32/16
**knowing [3]** 6/21 9/4 17/16
**knowledge [1]** 17/25
**knowledgeable [2]** 5/17 5/17
**Korematsu [1]** 22/11

**L**

**language [1]** 5/19
**large [1]** 21/5
**last [4]** 19/19 21/5 21/12 32/13
**later [1]** 31/1
**latest [1]** 19/25
**law [1]** 31/5
**lawsuit [3]** 4/1 27/6 32/10
**lawyer [3]** 15/17 19/5 28/13
**lawyerly [1]** 12/13 16/17
**lawyers [9]** 15/6 15/13 15/18 15/23 18/14 18/15 26/18 26/23 28/12
**lead [1]** 3/18
**least [6]** 6/6 6/10 13/22 25/4 26/11 31/15
**left [3]** 27/10 27/23 30/13
**LEGAL [2]** 1/12 3/7
**leisurely [1]** 21/19
**less [1]** 24/10
**let [6]** 3/19 7/9 10/1 14/15 19/19 29/2
**lets [1]** 28/9
**light [1]** 30/1
**like [8]** 5/14 6/24 13/10 16/5 17/5 17/11 21/11 27/4
**likelihood [1]** 27/5
**likely [1]** 9/5
**limitation [1]** 13/7
**line [2]** 8/14 16/20
**lines [1]** 16/8
**little [4]** 4/20 9/15 9/15 22/1
**live [1]** 20/25
**LLP [2]** 1/16 1/19
**located [2]** 22/15 22/17 22/18
**locations [4]** 17/5 17/7 17/7 17/10
**long [3]** 5/16 7/3 9/5
**longer [1]** 29/24
**looking [4]** 10/11 10/23 11/8 28/15
**lot [5]** 4/11 10/14 14/16 17/4 32/8
**louder [1]** 9/15

**M**

machine [3]  2/15 33/6 33/11
made [3]  17/15 23/23 30/4
maintaining [1]  10/7
make [8]  7/2 9/6 9/10 9/10 10/1 12/9 15/5 30/11
maker [2]  9/16 9/18
makes [1]  23/16
making [3]  5/20 12/22 20/19
managed [2]  18/6 18/7
management [2]  10/22 11/3
manager [35]
manager's [1]  17/18
managers [14]  7/16 8/14 14/17 14/22 15/12 15/24 15/25 18/2 18/10 18/13 24/1 27/21 29/12 30/1
material [1]  8/21
matter [3]  21/8 26/12 26/12
may [18]  7/11 7/21 7/23 7/23 7/25 8/14 9/21 9/24 11/11 11/11 17/23 25/14 26/17 26/17 27/18 30/7 31/4 31/21
maybe [13]  8/9 9/15 12/6 12/13 21/19 24/20 26/11 26/11 27/12 27/12 27/13 27/20 32/11
me [18]  3/13 3/19 4/8 7/9 7/13 10/1 14/15 19/13 19/15 19/19 23/24 27/18 27/19 27/24 29/2 30/3 30/11 31/6
mean [4]  11/5 13/14 29/13 32/4
meantime [2]  20/21 24/19
meet [2]  28/20 28/23
members [3]  13/20 13/25 14/3
mentioned [1]  31/12
merged [1]  30/5
merits [1]  27/6
MGU [1]  3/3
microphone [1]  3/24
middle [1]  29/19
might [3]  8/6 22/6 28/10
mind [1]  26/7
minimize [1]  17/6
minimum [1]  17/12
minute [1]  13/15
modification [1]  14/10
modified [1]  14/2
moment [5]  19/17 21/22 22/23 25/2 27/19
moot [2]  28/7 28/8
more [18]  4/11 12/24 12/25 13/8 13/12 19/2 21/10 21/18 23/10 24/15 24/16 24/20 25/11 26/9 26/11 27/19 30/14 30/17
most [3]  22/24 24/8 32/8
mother [1]  27/15
motion [7]  1/8 4/2 27/17 30/18 30/23 30/23 31/24
mouth [1]  24/14
move [1]  12/18
moving [1]  32/8
Mr [5]  3/8 18/25 19/1 19/20 32/7
Mr. [2]  4/9 32/25
Mr. Simon [1]  32/25
Mr. Wesevich [1]  4/9
Ms [11]  7/12 19/17 20/9 23/9 23/14 23/16 24/14 28/9 29/4 31/4 32/24
Ms. [3]  3/21 3/23 7/10
Ms. Fabian [2]  3/21 7/10
Ms. Fabian's [1]  3/23

much [5]  5/22 9/23 23/14 26/21 30/20
my [10]  3/12 14/23 15/1 17/6 17/16 18/17 31/5 31/23 33/11 33/12
myself [1]  17/22

**N**

N.W [1]  2/11
name [4]  3/10 22/16 23/2 33/13
named [1]  30/17
names [2]  7/16 15/7
nationwide [2]  21/23 22/8
necessarily [1]  25/16
necessary [1]  16/20
need [6]  3/23 4/19 9/14 16/9 25/18 27/22
needs [3]  8/5 8/18 8/23
new [3]  1/20 3/13 32/10
next [9]  12/17 14/11 21/11 27/18 28/3 28/23 28/25 29/9 29/19
nice [1]  28/13
NIELSEN [2]  1/5 3/3
no [18]  1/4 5/4 6/8 7/1 7/1 7/4 7/19 9/18 11/25 12/3 12/12 19/7 19/18 21/22 24/15 24/16 25/20 26/14
nobody [1]  27/15
not [41]
note [1]  31/6
notes [1]  33/11
notify [1]  11/12
now [4]  4/22 7/15 11/6 15/15 16/11 16/22 17/4 18/24 19/10 23/9 23/23 24/22 29/20
number [3]  12/21 18/20 23/3
numbers [4]  7/16 18/17 18/25 19/8
NW [2]  1/16 2/6
NY [1]  1/20

**O**

obviously [1]  4/1
occur [2]  9/4 16/9
occurring [1]  10/6
offered [1]  14/16
office [2]  2/5 3/13
official [4]  2/10 33/4 33/10 33/16
officials [1]  15/7
okay [13]  3/19 7/14 10/19 10/20 12/17 17/25 19/3 19/16 20/1 20/23 31/19 32/15 32/17
old [2]  4/24 5/3
Once [1]  8/19
one [13]  4/22 5/6 9/8 13/22 14/5 14/12 14/15 19/19 19/21 21/5 23/1 25/13 31/3
ones [1]  21/1
only [7]  7/8 23/22
open [2]  16/8 18/14
opinion [3]  22/3 22/9 22/12
opinions [1]  22/2
opportunity [2]  11/1 11/4
opposed [1]  11/15
opposite [1]  27/13
order [33]  4/2 6/25 7/3 7/22 9/21 9/23 13/4 13/13 13/16 14/1 14/4 14/9 15/11 16/15 16/15 16/21 19/21 20/4 20/13 20/21 21/9 21/15 22/20 22/20 23/3 23/5 23/24 24/4 24/24 26/12 27/2 27/25 29/6

orders [1]  30/16
ORR [18]  3/8 3/14 5/6 9/16 10/12 12/25 13/5 13/11 16/4 16/12 17/11 17/18 17/24 23/16 23/17
ORR's [2]  13/7 18/6
other [17]  13/10 14/15 15/18 15/19 16/18 16/19 17/9 18/23 19/5 21/25 23/22 26/10 28/6 30/23 31/3 31/8 32/17
others [1]  26/21
otherwise [3]  6/23 13/24 29/22
ought [1]  6/9
our [10]  3/13 5/25 8/7 10/24 11/21 13/18 13/19 26/25 28/3 28/4
ourselves [1]  28/24
out [5]  10/11 14/22 18/11 18/14 27/22
outside [2]  7/6 32/9
over [4]  23/25 24/17 26/19 28/15
own [1]  21/3

**P**

p.m [2]  1/6 33/2
P.O [1]  2/3
pace [1]  21/19
pages [1]  33/9
paperwork [1]  8/18
parent [14]  6/3 6/5 6/20 8/18 11/24 14/13 14/20 14/25 14/25 19/3 22/25 25/16 25/18 26/10
parent's [1]  25/18
parents [19]  4/17 4/19 4/21 5/6 5/12 6/9 7/1 11/12 13/18 13/19 13/23 14/22 15/3 15/21 18/11 20/25 24/11 27/25 28/13
part [5]  15/6 17/16 18/5 25/3 28/8
parte [1]  31/24
participating [1]  10/4
particular [2]  8/15 15/7
particularly [1]  31/8
Parties [1]  3/3
partner [1]  3/11
parts [1]  32/8
party [1]  21/8
PAUL [4]  1/9 1/15 1/19 3/11
pending [1]  31/10
people [1]  21/10
per [2]  6/6 12/22
perhaps [4]  23/23 28/1 28/20 28/23
permitting [1]  28/2
person [4]  5/22 5/25 10/3 10/10
persuades [1]  27/18
phone [11]  7/16 9/15 10/15 14/20 17/16 18/13 18/16 18/20 18/20 18/24 23/2
PI [2]  27/3 30/23
place [4]  6/25 8/20 14/21 26/1
plaintiff [3]  1/3 8/4 10/11
plaintiff's [1]  16/6
plaintiffs [18]  1/12 3/7 4/6 7/15 10/22 11/1 11/2 11/7 13/24 14/16 22/10 22/14 23/25 24/21 30/9 30/17 31/23 32/19
plan [2]  10/5 15/22
plane [1]  19/24
plans [4]  20/3 20/5 20/6 20/18
play [1]  9/22
pleadings [1]  30/14

**P**

**please** [1]  3/3
**PLF** [1]  1/4
**podium** [1]  3/4
**point** [5]  10/1 10/9 20/25 21/5 23/22
**policy** [2]  10/13 12/21
**population** [1]  28/14
**position** [3]  11/5 18/5 23/20
**possible** [7]  7/19 12/23 13/3 13/12
  17/11 18/24 27/24
**potentially** [3]  16/25 17/9 21/5
**practice** [1]  18/6
**prefer** [1]  29/24
**preliminary** [5]  7/21 9/21 21/15 30/15
  30/21
**prepare** [1]  28/21
**prepared** [2]  4/5 30/21
**present** [1]  19/21
**presume** [1]  15/15
**presumedly** [1]  16/1
**pretty** [3]  24/1 28/5 29/7
**prevent** [1]  5/20
**principals** [1]  28/9
**privacy** [2]  16/21 16/24
**probably** [1]  30/6
**problem** [1]  29/18
**problems** [4]  16/8 27/1 27/2 30/5
**procedures** [1]  14/21
**proceeding** [1]  20/22
**proceedings** [5]  2/15 20/8 33/1 33/7
  33/10
**process** [15]  7/17 7/20 7/23 8/5 8/6
  8/6 8/22 8/23 9/3 9/22 9/24 15/2 15/4
  20/19 29/25
**produced** [1]  2/16
**progress** [1]  30/4
**progresses** [1]  8/6
**prohibits** [1]  17/14
**promising** [1]  7/5
**proposal** [3]  15/5 18/10 26/8
**propose** [3]  5/19 15/23 28/20
**proposed** [5]  6/4 6/24 15/3 16/7 16/24
**protections** [2]  16/18 22/20
**protective** [12]  6/25 7/3 15/10 16/15
  16/15 16/21 19/20 22/20 22/20 23/3
  23/5 29/5
**provide** [26]  4/5 4/16 6/1 7/1 8/4 11/8
  11/13 11/21 12/8 12/11 12/14 12/15
  12/16 15/6 16/13 22/18 23/2 23/6 23/7
  23/13 25/15 28/24 29/4 31/16 31/18
  32/6
**provided** [3]  4/5 7/15 10/12
**providing** [4]  7/18 8/3 8/7 14/18
**provisions** [1]  16/18
**prudential** [1]  21/8
**public** [1]  17/15
**pursuant** [2]  7/6 22/19
**put** [3]  16/18 24/14 27/6
**puts** [1]  6/20

**Q**

**question** [11]  7/14 9/20 12/6 12/17
  14/15 18/22 19/19 20/4 20/5 24/23
  27/7
**questions** [2]  11/2 22/5
**quickly** [4]  9/3 9/14 23/17 29/7

**R**

**raise** [1]  21/6
**range** [3]  24/8 24/10 24/11
**rather** [6]  8/9 13/19 21/20 27/4 27/23
  28/7
**reach** [5]  5/21 10/11 14/22 18/11
  18/14
**read** [3]  22/2 22/7 22/8
**reading** [1]  16/23
**really** [9]  5/22 17/3 17/14 19/12 26/20
  27/4 27/4 28/15 32/5
**reason** [2]  16/12 26/15
**reasonable** [1]  8/1
**reasonably** [3]  6/1 23/17 29/5
**reassure** [1]  12/3
**receive** [1]  18/20
**receiving** [2]  10/7 18/14
**recent** [1]  31/24
**recommend** [1]  8/20
**recommendation** [4]  9/1 9/11 23/16
  23/18
**reconsideration** [1]  14/11
**reconsidering** [1]  24/18
**record** [1]  3/5
**recorded** [1]  2/15
**refuses** [1]  4/16
**refusing** [1]  5/5
**regard** [2]  7/14 16/14
**regarding** [1]  6/25
**related** [2]  10/5 32/16
**Relatedly** [1]  10/1
**relating** [1]  16/16
**relatively** [1]  6/16
**release** [1]  9/4
**released** [1]  27/14
**relevant** [2]  22/6 31/8
**relief** [3]  6/13 21/10 21/18
**report** [11]  11/19 11/24 12/4 28/21
  28/24 29/9 29/14 29/18 30/3 31/7
  31/16
**reported** [1]  33/6
**Reporter** [4]  2/9 2/10 33/4 33/16
**reporting** [1]  29/10
**reports** [2]  11/14 11/23
**represent** [1]  4/21
**request** [4]  11/12 22/23 22/24 24/24
**requests** [2]  4/7 22/14
**require** [2]  13/5 16/19
**requires** [1]  7/24
**resides** [1]  12/8
**residue** [1]  27/16
**resolve** [1]  29/15
**resolved** [2]  16/11 29/15
**resolving** [1]  28/22
**resources** [1]  13/9
**respect** [4]  20/13 24/21 24/23 25/18
**respond** [4]  20/4 28/16 30/24 32/2
**responding** [1]  20/7
**response** [8]  4/3 4/4 11/11 11/13 23/1
  26/25 27/10 31/24
**responsibility** [1]  25/17
**responsible** [3]  7/17 15/8 23/12
**restraining** [3]  4/2 21/15 24/4
**reunification** [11]  4/15 4/15 5/8 5/10
  5/12 7/15 7/17 7/23 7/24 8/18 14/9
**reunify** [2]  14/3 14/12
**reunited** [3]  8/16 19/3 27/25

**reuniting** [2]  4/17 22/25
**revealed** [1]  4/24
**revolve** [1]  14/17
**RIFKIND** [2]  1/15 1/19
**right** [12]  4/22 9/25 11/6 11/17 14/6
  14/23 15/15 17/4 17/19 29/18 30/2
  32/21
**Rio** [1]  3/6
**RIOGRANDE** [1]  1/12
**Roberts'** [1]  22/11
**rock** [1]  26/1
**Room** [2]  2/10
**RPR** [2]  2/9 33/16
**rule** [1]  28/10
**rules** [1]  28/4
**ruling** [1]  27/3
**ruminating** [1]  25/7
**rush** [1]  21/20

**S**

**Sabraw** [6]  13/14 23/23 24/15 25/10
  31/9 31/13
**Sabraw's** [1]  20/13
**safety** [1]  17/3
**said** [5]  12/15 13/10 21/7 23/9 33/10
**same** [5]  5/3 9/8 12/1 21/10 32/12
**SARAH** [2]  2/2 3/16
**satisfy** [1]  25/2
**say** [17]  3/19 6/18 9/20 9/22 11/5
  11/21 16/14 19/16 20/12 20/16 20/17
  20/18 21/13 21/17 27/13 27/20 28/10
**saying** [3]  25/21 27/3 27/4
**says** [2]  5/22 6/18
**schedule** [1]  10/25
**scheduled** [1]  24/20
**scheduling** [1]  26/6
**second** [6]  5/13 6/3 13/13 22/23 30/23
  30/25
**security** [1]  17/1
**see** [9]  5/1 5/9 7/10 16/12 18/23 25/20
  27/22 31/16 32/17
**seeing** [1]  25/5
**seek** [5]  4/18 5/7 6/17 16/18 21/2
**seeking** [4]  14/10 14/17 15/1 31/25
**seeks** [1]  24/17
**seem** [2]  8/11 13/25
**seen** [2]  4/25 7/21
**semantics** [2]  11/11 12/6
**semblance** [1]  26/3
**SENIOR** [1]  1/9
**sensitive** [1]  16/19
**separate** [1]  22/3
**separated** [3]  4/22 4/24 13/6
**separation** [2]  6/8 6/12
**services** [1]  10/6
**set** [1]  29/8
**setting** [2]  12/7 13/1
**shared** [2]  7/5 22/21
**she** [6]  3/17 3/24 5/1 23/12 27/1 31/6
**short** [3]  26/11 27/21 27/25
**shorthand** [2]  2/15 33/7 33/11
**should** [6]  6/5 6/5 18/21 19/8 21/18
  30/9
**shoulder** [1]  28/15
**shouldn't** [1]  29/8
**show** [1]  27/11
**sick** [4]  5/23 6/17 6/19 27/15

**S**

**side [3]** 15/19 15/19 19/5
**sign [1]** 29/6
**significant [5]** 11/14 11/15 11/16 11/19 12/4
**significantly [1]** 6/19
**similar [1]** 5/4
**similarly [1]** 17/12
**Simon [3]** 2/5 3/16 32/25
**simple [7]** 7/2 7/3 16/17 16/17 16/21 28/1 29/5
**since [3]** 4/25 4/25 26/2
**single [1]** 6/10
**sitting [2]** 4/23 26/19
**situation [2]** 21/1 23/11
**sleep [1]** 21/1
**slightly [1]** 21/18
**smugglers [1]** 17/8
**so [51]**
**solicitor [1]** 20/10
**solution [2]** 5/16 28/1
**solves [2]** 27/1 27/2
**some [10]** 4/6 4/19 9/22 20/20 26/3 26/3 26/20 27/8 27/24 32/9
**somebody [1]** 5/20
**someone [1]** 5/21
**something [12]** 9/16 10/24 13/2 15/18 18/4 18/8 19/24 21/20 27/18 28/2 28/8 31/14
**sometimes [2]** 27/2 28/13
**somewhat [1]** 6/20
**soon [4]** 9/23 20/15 20/16 29/6
**sorry [1]** 5/22
**Sotomayor's [1]** 22/13
**space [1]** 9/24
**Spanish [2]** 15/13 15/21
**Spanish-speaking [1]** 15/21
**speak [5]** 3/24 6/5 6/6 6/9 9/14
**speaking [2]** 10/15 15/21
**specialist [1]** 9/19
**specific [5]** 4/13 6/1 17/6 18/18 22/18 23/24 24/21 24/21 25/4 27/7
**specifically [1]** 11/9
**speed [2]** 9/24 32/6
**spoken [1]** 32/13
**sponsor [2]** 15/1 15/3
**stage [1]** 6/12
**standard [1]** 18/5
**standing [2]** 21/8 22/5
**stands [1]** 14/9
**start [1]** 27/5
**state [2]** 3/4 9/7
**STATES [3]** 1/1 1/10 33/5
**Station [1]** 2/3
**status [2]** 25/9 31/12
**stay [2]** 7/11 24/18
**Steven [1]** 1/18 3/13
**still [2]** 28/10 30/9
**straightforward [2]** 6/16 29/5
**Street [3]** 1/13 1/16 2/6
**subject [1]** 23/3
**submit [4]** 18/4 18/4 21/11 31/14
**submitted [1]** 29/10
**subscribed [1]** 33/12
**substantial [1]** 27/5
**success [1]** 27/6
**such [2]** 11/24 12/3

**suffered [1]** 11/12
**sufficient [2]** 7/25 9/22
**suggest [4]** 6/22 22/22 24/13 29/3
**suggested [4]** 4/4 10/21 10/24 12/13
**suggesting [3]** 8/12 25/25 30/16
**suggests [1]** 29/14
**summarily [1]** 4/14
**summary [1]** 23/19
**supplement [1]** 30/22
**supposed [2]** 14/3 19/4
**Supreme [1]** 22/2
**sure [4]** 7/2 7/12 20/12 20/19
**system [1]** 26/13

**T**

**take [4]** 13/14 13/16 21/18 28/18
**takes [1]** 20/20
**taking [1]** 3/17
**talk [4]** 3/25 5/25 26/9 26/10
**talked [4]** 4/25 18/18 25/4 27/14
**talking [1]** 4/10
**teed [1]** 21/19
**telephone [4]** 3/16 6/10 6/13 12/19
**tell [7]** 4/8 6/18 9/5 27/18 27/24 28/11 28/14
**telling [1]** 30/3
**temporary [3]** 4/2 21/14 24/4
**ten [1]** 13/5
**term [3]** 11/18 12/4 27/21
**terms [3]** 12/24 14/8 14/18
**test [1]** 25/3
**testimony [1]** 33/7
**TEXAS [3]** 1/12 3/6 4/23
**than [13]** 8/9 12/25 13/19 21/10 21/20 23/10 24/15 24/16 27/1 27/19 27/23 28/7 30/17
**Thank [9]** 7/9 21/21 21/24 28/18 29/16 31/2 32/21 32/24 32/24
**Thanks [1]** 32/21
**that [213]**
**that's [20]** 6/3 6/7 6/14 7/12 9/8 9/13 11/22 14/7 14/14 16/3 20/11 21/12 25/7 26/6 28/5 28/20 29/2 30/9 31/11 32/10
**their [14]** 4/22 5/6 11/9 17/14 17/15 17/16 21/3 24/2 25/19 26/18 27/25 28/11 28/15 32/1
**them [17]** 4/22 5/20 11/4 16/2 17/14 18/20 18/21 22/19 26/20 26/21 27/8 28/11 28/22 29/25 30/7 32/8 32/9
**themselves [2]** 15/21 17/23
**then [9]** 8/5 11/22 24/22 25/11 27/2 27/7 27/22 28/24 29/8
**there [21]** 4/1 4/5 4/13 7/14 8/14 9/21 11/10 11/20 12/3 13/21 14/21 14/21 16/7 17/8 19/20 21/5 22/4 28/25 29/7 29/9 30/2
**there's [15]** 4/2 4/11 5/18 6/7 8/25 11/25 13/22 17/4 24/1 26/22 30/13 31/8 31/10 31/20 32/10
**Thereupon [1]** 33/1
**these [10]** 14/12 14/23 15/6 17/5 17/7 27/14 28/12 28/12 30/17 32/5
**they [37]**
**they require [1]** 16/19
**they're [2]** 21/1 24/18
**they've [2]** 32/1 32/15

**thing [2]** 21/12 25/13
**things [8]** 9/6 9/11 14/23 25/1 26/2 27/7 30/4
**think [23]** 5/16 6/7 6/7 8/7 9/2 9/4 10/13 10/21 16/7 16/7 20/16 20/17 22/7 25/7 28/5 28/20 29/2 29/20 30/9 30/20 31/12 32/1
**thinking [1]** 20/15
**third [3]** 6/4 6/14 21/7
**this [39]**
**Thomas's [1]** 22/3
**those [6]** 7/7 9/23 11/22 16/10 17/10 32/16
**though [1]** 30/18
**thought [3]** 22/4 31/3 31/5
**three [3]** 4/21 21/6 21/10
**through [3]** 4/18 22/14 28/22
**throughout [1]** 15/4
**Thursday [2]** 29/22 30/3
**time [16]** 7/19 8/1 12/1 13/8 13/24 16/18 17/17 18/4 20/20 21/19 23/15 24/8 26/7 29/13 29/25 30/24
**timeframe [2]** 24/5 24/5
**timeframes [1]** 23/24
**times [1]** 27/15
**timing [1]** 14/8
**today [11]** 4/3 5/23 5/24 9/7 9/10 9/11 18/9 27/11 27/17 31/24 32/11
**today's [1]** 22/6
**told [2]** 5/9 30/11
**tomorrow [4]** 9/12 19/25 22/21 29/4
**too [5]** 10/1 10/9 20/15 20/16 32/9
**top [1]** 8/22
**topic [3]** 8/9 10/13 12/22
**towards [1]** 24/18
**town [1]** 3/11
**track [1]** 15/18
**training [1]** 18/1
**transcribed [1]** 33/11
**transcript [3]** 1/8 2/15 33/10
**transcription [1]** 2/16
**travel [1]** 9/6
**TRO [7]** 4/4 4/7 4/11 4/13 6/12 7/6 26/2 26/5 27/8 27/17 27/23 28/6 28/8 29/13 30/9 30/10 30/13
**trouble [4]** 7/1 7/4 10/14 27/16
**true [2]** 11/6 13/21
**try [4]** 10/19 26/24 28/21 30/23
**trying [4]** 12/9 27/19 27/20 27/20
**Tuesday [3]** 29/20 29/21
**twice [4]** 6/6 12/22 12/25 26/11
**two [1]** 5/3
**TX [1]** 1/13

**U**

**U.S [3]** 2/2 2/5 2/10
**unconstitutional [1]** 6/12
**under [7]** 14/1 14/4 15/22 18/10 20/17 23/25 24/16
**understand [4]** 4/12 8/5 11/6 13/20 23/9 31/25 32/10
**understanding [5]** 8/4 9/2 16/4 18/17 31/23
**understood [1]** 20/2
**underway [1]** 20/18
**undue [1]** 6/20
**unhappy [1]** 19/10 19/12 19/14

**U**

**UNITED [3]**  1/1 1/10 33/5
**unless [1]**  24/17
**unlikely [1]**  31/14
**until [7]**  16/18 24/17 25/4 26/11 26/13 26/13 26/14
**up [3]**  9/24 21/19 32/6
**updates [3]**  23/8 23/15 31/7
**upon [2]**  6/2 21/9
**upset [1]**  15/18
**us [6]**  3/24 5/14 5/20 6/24 7/6 28/2
**use [2]**  12/13 19/8
**useful [2]**  22/7 29/21

**V**

**vaguely [1]**  22/6
**value [1]**  6/2
**vary [1]**  18/2
**versus [1]**  3/3
**very [2]**  10/16 15/20
**view [4]**  8/21 24/24 24/24 24/25
**views [1]**  21/25
**violation [1]**  21/9
**voice [1]**  12/13
**vote [1]**  29/23

**W**

**wait [1]**  5/21
**want [13]**  7/2 12/18 19/16 21/16 24/5 24/5 24/14 26/3 26/4 28/17 30/14 30/15 30/22
**wants [1]**  19/1
**was [14]**  4/24 7/14 7/22 10/7 10/12 11/13 11/21 12/13 12/20 16/14 20/2 20/4 22/1 23/23
**Washington [6]**  1/5 1/17 2/3 2/7 2/11 9/16
**wasn't [1]**  12/25
**way [3]**  10/19 11/24 12/24
**we [64]**
**we'd [1]**  11/1
**we'll [4]**  7/10 11/13 29/8 32/17
**we're [4]**  4/9 5/15 16/20 28/22
**we've [7]**  18/16 18/24 19/8 23/1 24/25 29/3 29/18
**week [13]**  6/6 12/23 12/25 26/11 27/12 27/15 27/18 28/3 28/23 29/9 29/19 31/1 32/13
**weeks [1]**  26/12
**weighs [1]**  19/20
**WEISS [3]**  1/15 1/19 3/11
**well [13]**  6/18 7/13 13/13 21/14 22/13 24/9 24/13 25/11 31/5 31/8 32/4 32/8 32/14
**wellbeing [2]**  5/2 5/15
**were [6]**  10/6 11/20 11/23 22/4 24/4 32/13
**weren't [1]**  12/9
**Wesevich [8]**  1/12 3/6 3/8 4/9 18/25 19/1 19/20 32/7
**WHARTON [2]**  1/15 1/19
**what [48]**
**what's [8]**  11/16 27/10 27/23 29/10 29/17 30/7 31/7 32/6
**whatever [6]**  15/25 18/12 30/16 30/23 32/4 32/6
**when [9]**  5/9 8/25 10/11 11/12 12/7

15/17 19/2 19/21 23/15
**whenever [2]**  8/23 21/16
**where [13]**  4/9 5/1 5/13 7/10 7/20 8/14 8/22 12/7 13/3 17/7 22/15 22/16 22/17
**whereof [1]**  33/12
**whether [10]**  4/9 5/23 6/19 8/15 9/14 13/15 24/25 25/2 31/20 32/15
**which [4]**  6/20 13/23 29/9 30/16
**who [12]**  4/21 6/1 9/19 10/10 11/16 12/2 13/6 13/23 15/21 18/19 21/1 32/13
**why [4]**  4/8 11/10 16/12 18/23
**will [46]**
**William [1]**  1/12
**willing [2]**  5/15 13/11
**within [5]**  7/24 13/5 14/4 20/15 21/11
**without [4]**  5/8 14/10 23/4 25/3
**witness [1]**  33/12
**won [1]**  14/11
**won't [2]**  16/18 29/15
**wonder [1]**  9/13
**words [2]**  24/14 28/6
**work [4]**  27/20 28/12 29/25 30/25
**workable [1]**  5/16
**worker [2]**  5/14 5/17
**working [1]**  24/18
**workings [1]**  29/12
**works [1]**  27/22
**worlds [1]**  27/24
**worst [1]**  8/10
**worth [1]**  27/20
**would [59]**
**wouldn't [3]**  16/9 18/23 28/11
**wrestling [1]**  24/23
**wrong [2]**  17/22 23/14

**Y**

**Yeah [1]**  20/9
**year [2]**  4/24 5/3
**yes [10]**  4/12 9/2 10/18 12/20 14/24 15/9 17/3 17/20 23/21 24/7
**yesterday [3]**  7/22 9/21 13/14
**yesterday's [3]**  13/4 14/4 22/2
**yet [3]**  19/23 22/9 32/1
**York [2]**  1/20 3/13
**you [95]**
**you'll [3]**  27/13 30/6 30/6
**you're [15]**  10/15 11/17 14/12 15/25 16/24 19/5 25/1 25/21 26/1 26/3 26/13 27/7 30/16 31/4 32/5
**you've [5]**  20/19 25/4 29/20 30/11 30/12
**your [42]**