**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.G.U., *et al.*, <br><br> Plaintiff, v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-1458 (PLF) |

**NOTICE OF SUPPLEMENTAL PRELIMINARY INJUNCTION EVIDENCE**

Plaintiffs attach the following document for consideration in the preliminary injunction hearing scheduled for July 12:

Dkt. No. 38-1 – Declaration of Ashley Martinez dated July 11, 2018

Respectfully submitted,

Dated: Washington, D.C.
       July 12, 2018

TEXAS RIOGRANDE LEGAL AID, INC.

 /s/ Jerome Wesevich
Jerome Wesevich (D.D.C. Bar No. TX0125)
Amanda Chisholm (Texas Bar No. 24040684)
Peter McGraw (Texas Bar No. 24081036)
1331 Texas Avenue
El Paso, Texas 79901 (915) 241-0534
jwesevich@trla.org
achisholm@trla.org
pmcgraw@trla.org

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

        David J. Ball (DC Bar No. 460055)
        2001 K Street, NW
        Washington, DC 20006-1047
        (202) 223-7352
        dball@paulweiss.com

        Steven C. Herzog (admitted *pro hac vice*)
        Meredith A. Arfa (admitted *pro hac vice*)
        Anand Sithian (admitted *pro hac vice*)
        Katherine Kelly Fell (admitted *pro hac vice*)
        1285 Avenue of the Americas New
        York, NY 10019-6064
        (212) 373-3000 sherzog@paulweiss.com
        marfa@paulweiss.com
        asithian@paulweiss.com
        kfell@paulweiss.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   Pursuant to LCvR 5.3, I hereby certify that, on July 12, 2018, I caused to be electronically filed a copy of the foregoing document to be served on all counsel of record using the Court's CM/ECF system.

           /s/ Jerome Wesevich
           Jerome Wesevich (D.D.C. Bar No. TX0125)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.G.U., *et al.*,

        Plaintiff,

v.

KIRSTJEN NIELSEN, *et al.*,

        Defendants.

Civil Action No. 1:18-cv-1458 (PLF)

## DECLARATION OF ASHLEY N. MARTINEZ

I, Ashley N. Martinez, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney and have been licensed and admitted in the State of California since December 2017. I currently work as a Staff Attorney with Texas RioGrande Legal Aid Inc. and my practice is devoted to immigration matters. I have served in this capacity since February 12, 2018.

2. E.F. is the Plaintiff in 18-cv-1458. She is currently detained at the El Paso- SPC detention center located at 8915 Montana Ave., El Paso, Texas 79925. I have met with E.F. in person on several occasions since June 20, 2018. Together E.F. and I have reviewed documents written in both English and Spanish. E.F. is not able to read or write in English. She is also not fully literate in Spanish; she can read simple sentences and knows how to write some letters and recognize some numbers.

3. To ensure that E.F. understands information included in a written document, I read the document out loud to her in Spanish. If the document is written in English, I translate the document into Spanish as I read the document out loud to E.F. If the document requires E.F. to sign her name, I read the document out loud to E.F. in Spanish, E.F. then communicates to me that she understands what I have read to her, and E.F. signs her name using an "X" or "E.F."

4. On June 21, 2018, I visited E.F. in detention to obtain a declaration. E.F. provided the declaration that has been filed in 18-cv-1458 as ECF Document No. 8-2. E.F. provided this statement to me orally in Spanish. I translated E.F.'s statement and wrote the statement in English. When I completed the written statement I read it back to E.F. out loud in Spanish. E.F. stated that she understood the statement and that it was true and correct. I personally watched E.F. sign her name using an "X" on page 5 of ECF Document No. 8-2. I then signed the certificate of translation below E.F.'s signature.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my personal knowledge.

Executed in El Paso, Texas on July 11, 2018.

_____
ASHLEY N. MARTINEZ