# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>      Plaintiff, v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>      Defendants. | Civil Action No. 1:18-cv-1458 (PLF) |

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Without affecting any substance of the status report that Plaintiffs filed earlier today as Dkt. No. 40, Plaintiffs attach the July 13, 2018 declaration of Ashley Martinez only to ensure that the Court has full answers to its questions at the July 12, 2018 hearing concerning the provenance of the July 11 declarations filed in this case as Dkt. Nos. 36-3 and 38-1.

                                        Respectfully submitted,

Dated:      July 13, 2018

                                        TEXAS RIOGRANDE LEGAL AID, INC.

                                          /s/ Jerome Wesevich
                                        Jerome Wesevich (D.D.C. Bar No. TX0125)
                                        Amanda Chisholm (Texas Bar No. 24040684)
                                        Peter McGraw (Texas Bar No. 24081036)
                                        1331 Texas Avenue
                                        El Paso, Texas 79901 (915)
                                        241-0534
                                        jwesevich@trla.org
                                        achisholm@trla.org
                                        pmcgraw@trla.org

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          David J. Ball (DC Bar No. 460055)
          2001 K Street, NW
          Washington, DC 20006-1047
          (202) 223-7352
          dball@paulweiss.com

          Steven C. Herzog (admitted *pro hac vice*)
          Meredith A. Arfa (admitted *pro hac vice*)
          Anand Sithian (admitted *pro hac vice*)
          Katherine Kelly Fell (admitted *pro hac vice*)
          1285 Avenue of the Americas New York, NY 10019-6064
          (212) 373-3000 sherzog@paulweiss.com
          marfa@paulweiss.com
          asithian@paulweiss.com
          kfell@paulweiss.com

          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on July 13, 2018, I caused to be electronically filed a copy of the foregoing document to be served on all counsel of record using the Court's CM/ECF system.

          /s/ Jerome Wesevich
          Jerome Wesevich (D.D.C. Bar No. TX0125)