UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.G.U., *et al.*,

        Plaintiffs,

v.

KIRSTJEN NIELSEN, *et al.*,

        Defendants.

Civil Action No. 1:18-cv-1458 (PLF)

## DECLARATION OF ASHLEY N. MARTINEZ

I, Ashley N. Martinez, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S. § 1746 that the following is true and correct:

1. I am employed full time as a Staff Attorney with Texas RioGrande Legal Aid Inc. My practice focuses on immigration. I have served in this capacity since February 12, 2018.

2. E.F. is a Plaintiff in the above-styled case. She is currently detained at the El Paso-SPC detention center located at 8915 Montana Ave., El Paso, Texas 79925.

3. I understand that at the Court's hearing on July 12, 2018, the Court requested additional information about the creation of E.F.'s July 11, 2018 declaration. I provide below information on my work generally with E.F., as well as specific detail on how we worked together on her July 11, 2018 declaration. I also provide a description of how we worked together on E.F.'s July 13, 2018 declaration, which was filed with the Court earlier today.

4. I have met with E.F. in person on several occasions beginning on June 13, 2018, including on June 13, 20, 21, 28 and 29, 2018, and on July 3, 6, 9, 11, 12 and 13, 2018. Together E.F. and I have reviewed documents written in both English and Spanish. E.F. is not

able to read or write in English. She is also not fully literate in Spanish; she can read simple sentences and knows how to write some letters and recognize some numbers.

5. To ensure E.F. understands information included in a written document, I read the document out loud to her in Spanish. If the document is written in English, I translate the document into Spanish as I read the document out loud to E.F. If the document requires E.F. to sign her name, I read the document out loud to E.F. in Spanish, E.F. then communicates to me that she understands what I have read to her, and E.F. signs her name using an "X" or "E.F."

6. On July 11, 2018, I visited E.F. in detention in El Paso to obtain her declaration. The purpose of that visit was to clarify E.F.'s wishes with respect to reunification with her son, B.Y.A.F. We discussed the legal issues in her case and as a result of that discussion, E.F. provided the declaration that was filed with Court on July 11, 2018 as Dkt. No. 36-3.

7. E.F. provided the July 11 statement to me orally in Spanish and I wrote it out in Spanish. When I completed the written statement I read it back to E.F. out loud in Spanish. E.F. stated that she understood the statement and that it is true and correct. I personally watched E.F. sign her initials on the Spanish version of Dkt. No 36-3. I then translated the Spanish language declaration into English, and signed the certificate of translation. This translated declaration was then filed with the Court as Dkt No. 36-3. In my July 11, 2018 declaration filed with the Court (Dkt No. 38-1), I inadvertently omitted the details about E.F.'s July 11, 2018 declaration that I have stated in this declaration. This was an oversight; I did not intend to leave this information out of my declaration.

8. On July 12, 2018, I again visited E.F. in detention in El Paso. The purpose of that visit was to clarify for E.F. her options for reunifying with her son if her efforts to obtain

asylum in the United States were unsuccessful, and the potential consequences of each of those options for both herself and B.Y.A.F. Prior to visiting her, I consulted with several different experienced immigration attorneys to ensure that I could thoroughly discuss with E.F. the consequences of any decision she were to make with respect to reunification if she was not successful in obtaining asylum in the United States.

9. I explained to E.F. her options and the potential consequences for her and B.Y.A.F. depending on the choice she made. She asked to have the night to think about those options and confer with B.Y.A.F.'s sponsor before she made a decision.

10. I returned to the detention center on July 13, 2018 to receive and record E.F.'s decision. After discussing E.F.'s own description of her decision, I and other attorneys for E.F. drafted a declaration describing her decision in English. I translated this written declaration to E.F. out loud in Spanish. E.F. stated that she understood the statement and that it is true and correct. I personally watched E.F. sign her initials on attached Exhibit 1 (Dkt. No. 40-1). I then signed the certificate of translation below E.F.'s signature.

Executed in El Paso, Texas on July 13, 2018

ASHLEY N. MARTINEZ