# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U, *et al.* )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Kirstjen Nielsen, *et al.,* )<br>)<br>Defendants. )<br>)<br>_____ ) | No. 1:18-cv-01458 (PLF) |

## STATUS REPORT

Pursuant to the Court's Order (*see* ECF Nos. 42 & 44), Defendants, by and through their undersigned counsel, hereby file this report to inform the Court that Plaintiff A.P.F. was reunified with his daughter, C.P.R., on July 17, 2018, in San Juan, Texas. Plaintiff A.P.F. was ordered released on recognizance. Plaintiff A.P.F. and his daughter were released together.

DATE: July 17, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

By:  Nicole N. Murley
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation

District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-0473
Fax: (202) 616-8962
E-mail: Nicole.Murley@usdoj.gov

   and

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I served the foregoing status report on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ Nicole N. Murley
NICOLE N. MURLEY
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

*Attorney for Respondents*