UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.G.U., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-1458 (PLF) |
| ) | |
| KIRSTJEN NIELSEN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

This matter is before the Court on plaintiffs' motion for a preliminary injunction [Dkt. No. 13], requiring the United States government to immediately reunify plaintiff E.F. with her nine-year-old son, from whom Ms. E.F. was forcibly separated shortly after crossing the United States-Mexico border over two months ago. Upon careful consideration of the parties' filings, the relevant legal authorities, the arguments of counsel on July 12, 2018, and the entire record in this case, it is hereby

ORDERED that plaintiffs' motion for a preliminary injunction [Dkt. No. 13] is GRANTED; it is

FURTHER ORDERED that defendants must reunify Ms. E.F. with her son, B.Y.A.F., on or before midnight on Friday, July 20, 2018; and it is

FURTHER ORDERED that defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are

prohibited from removing from the United States plaintiffs E.F., M.G.U., or A.P.F. until further order of this Court.

An Opinion explaining the reasoning underlying this Order will follow.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 18, 2018

2