**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.G.U, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | No. 1:18-cv-01458 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Kirstjen Nielsen, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## JOINT NOTICE

Pursuant to the Court's order dated July 24, 2018, the parties, by and through their undersigned counsel, hereby notify the Court that Plaintiff E.F. and her child were reunified on July 20, 2018, and are currently in the South Texas Family Residential Center in Dilley, Texas.

Defendants state that, pursuant to the Court's order dated July 18, 2018, the relevant offices within U.S. Immigration and Customs Enforcement ("ICE") have been directed not to remove Plaintiffs E.F., M.G.U., or A.P.F. from the United States until further order of this Court.

    Respectfully submitted,

    TEXAS RIOGRANDE LEGAL AID, INC.

      /s/ Peter McGraw
    Jerome Wesevich (D.D.C. Bar No. TX0125)
    Amanda Chisholm (Texas Bar No. 24040684)
    Peter McGraw (Texas Bar No. 24081036)
    1331 Texas Avenue
    El Paso, Texas 79901
    (915) 241-0534
    jwesevich@trla.org
    achisholm@trla.org
    pmcgraw@trla.org

                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

Steven C. Herzog (admitted *pro hac vice*)
Meredith A. Arfa (admitted *pro hac vice*)
Anand Sithian (admitted *pro hac vice*)
Katherine Kelly Fell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
sherzog@paulweiss.com
marfa@paulweiss.com
asithian@paulweiss.com
kfell@paulweiss.com

*Attorneys for Plaintiffs*

and

DATE: July 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

By: <u>Sarah B Fabian</u>
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962
E-mail: Sarah.B.Fabian@usdoj.gov

and

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ Sarah B. Fabian
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

*Attorney for Respondents*