# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | No. 1:18-cv-01458 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Kirstjen Nielsen, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following report in accordance with the Court's August 20, 2018 Minute Order.

## Plaintiffs' Position

Plaintiffs' counsel is currently in the process of arranging meetings with their clients so that they can discuss the litigation with those clients and make decisions about how to proceed with this litigation. Due to the urgency of other work commitments, as well as the difficulty of arranging those meetings, Plaintiffs request an additional two weeks, or until September 10, to complete those meetings and report back to the Court.

With respect to the service issue raised by Defendants, Plaintiffs expect to effect service of the Complaint by certified mail today. Plaintiffs' counsel has advised Defendants' counsel that they are in the process of discussing the status of this case with their clients, and have suggested that Defendants wait until the resolution of those discussions to file their motion to dismiss, as the decisions Plaintiffs make (including the possibility that Plaintiffs may seek to file an Amended

Complaint) may impact such a motion. If Defendants nevertheless proceed with a motion to dismiss, Plaintiffs' current intention is to oppose any such motion.

**Defendants' Position**

Defendants have not yet been properly served in accordance with Federal Rule of Civil Procedure 4. Once service is made on the U.S. Attorney's Office, the rules of procedure afford Defendants 60 days to move to dismiss or answer the Complaint. Defendants plan to file a motion to dismiss the Complaint on or before Defendants' deadline to respond to the complaint afforded by the Federal Rules of Civil Procedure. Moreover, as Defendants believe this case is moot, they plan to file a motion to dismiss the Complaint as moot, and may do so in advance of their response deadline.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE:  August 27, 2018 |  |
|  | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|  | /s/ Steven C. Herzog |

Steven C. Herzog (admitted *pro hac vice*)
Meredith A. Arfa (admitted *pro hac vice*)
Anand Sithian (admitted *pro hac vice*)
Katherine Kelly Fell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
sherzog@paulweiss.com
marfa@paulweiss.com
asithian@paulweiss.com
kfell@paulweiss.com

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

TEXAS RIOGRANDE LEGAL AID, INC.

Jerome Wesevich (D.D.C. Bar No. TX0125)
Amanda Chisholm (Texas Bar No. 24040684)
Peter McGraw (Texas Bar No. 24081036)
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org
achisholm@trla.org
pmcgraw@trla.org

*Attorneys for Plaintiffs*

and

| DATE: August 27, 2018 | Respectfully submitted, |
|---|---|
|  | CHAD A. READLER |
|  | Acting Assistant Attorney General |
|  | WILLIAM C. PEACHEY |
|  | Director |

3

        WILLIAM C. SILVIS
        Assistant Director

By:   <u>Sarah B Fabian</u>
        SARAH B. FABIAN
        Senior Litigation Counsel
        U.S. Department of Justice
        Office of Immigration Litigation
        District Court Section
        Box 868, Ben Franklin Station
        Washington, DC 20442
        Telephone: (202) 532-4824
        Fax: (202) 616-8962
        E-mail: Sarah.B.Fabian@usdoj.gov

        and

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney
        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.simon@usdoj.gov

        *Counsel for Defendants*