# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:18-cv-01458 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN NIELSEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT
## ON CASE STATUS AS OF SEPTEMBER 10, 2018

In accord with the Court's minute order entered August 28, 2018, the parties respectfully submit the following report on the current status of this litigation:

1. Plaintiffs state that they have served Defendants with the Complaint pursuant to Rule 4(i)(1)-(2), and will file executed summonses when the post office returns to Plaintiffs' counsel proof of service by certified mail. Defendants acknowledge that the U.S. Attorney's Office was served with the Complaint on September 4, 2018.

2. Plaintiffs have reached out to Defendants to ask whether this action can be resolved by consent decree. Earlier today, Plaintiffs submitted a written proposal to Defendants regarding potential resolution of the Action. Defendants continue to believe that this case is moot and should be dismissed as such, but are reviewing and considering whether Plaintiffs' proposal presents a viable resolution of this case.

3. If the Parties are unable to resolve the remainder of this action by agreement, then Defendants intend to move to dismiss this litigation within the time allowed under the Federal Rules of Civil Procedure, and Plaintiffs intend to oppose Defendants' motion.

DATE: September 10, 2018               Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

 /s/ Jerome Wesevich
Jerome Wesevich (D.D.C. Bar No. TX0125)
Amanda Chisholm (Texas Bar No. 24040684)
Peter McGraw (Texas Bar No. 24081036)
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org
achisholm@trla.org
pmcgraw@trla.org

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

Steven C. Herzog (admitted pro hac vice)
Meredith A. Arfa (admitted pro hac vice)
Katherine Kelly Fell (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
sherzog@paulweiss.com
marfa@paulweiss.com
kfell@paulweiss.com

*Attorneys for Plaintiffs*


— AND —


Respectfully submitted,
JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY

2

        Director
        WILLIAM C. SILVIS
        Assistant Director

By:   <u>Sarah B Fabian</u>
        SARAH B. FABIAN
        Senior Litigation Counsel
        U.S. Department of Justice
        Office of Immigration Litigation
        District Court Section
        Box 868, Ben Franklin Station
        Washington, DC 20442
        Telephone: (202) 532-4824
        Fax: (202) 616-8962
        E-mail: Sarah.B.Fabian@usdoj.gov

        and

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney
        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.simon@usdoj.gov

*Counsel for Defendants*