UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:18-cv-01458 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN NIELSEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants by and through their undersigned counsel hereby move for a seven day extension, until November 9, 2018, of their deadline to answer or otherwise respond to Plaintiffs' Complaint. Counsel for Defendants, Sarah B. Fabian, communicated with counsel for Plaintiffs, Steven Herzog, by email, and Mr. Herzog stated that Plaintiffs would not oppose Defendants' request for an extension.

This is Defendants' first motion for an extension of time. Good cause exists to grant this motion, as it is brought in good faith and is not brought for purposes of delay. Counsel for Defendants was traveling for another case for much of the last two weeks, and has not had sufficient time to consult with her clients and finalize Defendants' motion to dismiss Plaintiffs' Complaint by the current response date of November 2, 2018. Counsel therefore requests an additional week to prepare and file a motion to dismiss to allow her time to consult with the defendant agencies and prepare Defendants' motion. No party will be prejudiced by this extension, and all parties have consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the Court extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint until November 9, 2018. A proposed order is attached.

Dated: November 2, 2018                 Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

By: *Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962
E-mail: Sarah.B.Fabian@usdoj.gov

and

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*

Case 1:18-cv-01458-PLF   Document 52   Filed 11/02/18   Page 3 of 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:18-cv-01458 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN NIELSEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, and for good cause shown, it is hereby

ORDERED that Defendants' motion be, and hereby is, GRANTED, Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended to November 9, 2018.

SO ORDERED.

_____          _____
Date                                    PAUL L. FRIEDMAN
                                        United States District Judge

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically serve all counsel of record with a copy of said document.

      /s/ Sarah B. Fabian
      SARAH B. FABIAN
      Senior Litigation Counsel
      U.S. Department of Justice