**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.G.U., *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-1458 (PLF) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF THE
BRIEFING SCHEDULE**

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order granting the proposed enlarged briefing schedule. Counsel for Plaintiffs have conferred with counsel for Defendants, and all parties agree upon the following schedule for the Court's consideration of Defendants' Motion to Dismiss, ECF No. 53:

(1) Plaintiffs will file their response by December 7, 2018; and

(2) Defendants will file any reply by December 21, 2018.


Dated: Washington, D.C.
　　　　November 19, 2018

　　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　　　　 /s/ Steven C. Herzog
　　　　　　　　　　　　　　　　　　　　　　Steven C. Herzog (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　　　　　　　(212) 373-3317
　　　　　　　　　　　　　　　　　　　　　　sherzog@paulweiss.com

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

Meredith A. Arfa (admitted *pro hac vice*)
Anand Sithian (admitted *pro hac vice*)
Katherine Kelly Fell (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
sherzog@paulweiss.com
marfa@paulweiss.com
asithian@paulweiss.com
kfell@paulweiss.com


TEXAS RIOGRANDE LEGAL AID, INC.

Jerome Wesevich (D.D.C. Bar No. TX0125)
Amanda Chisholm (Texas Bar No. 24040684)
Peter McGraw (Texas Bar No. 24081036)
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org
achisholm@trla.org
pmcgraw@trla.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.G.U., *et al.*,

        Plaintiff,

v.

KIRSTJEN NIELSEN, *et al.*,

        Defendants.

Civil Action No. 1:18-cv-1458 (PLF)

### [PROPOSED] ORDER

UPON CONSIDERATION of the Unopposed Motion for Enlargement of Time of the Briefing Schedule, it is by the Court this ___ day of _____, 2018

ORDERED that the Motion is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge