UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.G.U, *et al.*          )
                         )
                         )
        Plaintiffs,      )    No. 1:18-cv-01458 (PLF)
                         )
v.                       )
                         )
KIRSTJEN NIELSEN, *et al.*,  )
                         )
        Defendants.      )

[PROPOSED] ORDER

UPON CONSIDERATION of Defendants' **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**, and for good cause shown, it is hereby

ORDERED that Defendants' motion be, and hereby is, GRANTED, Defendants' deadline to file their reply brief in support of their Motion to Dismiss is extended to January 4, 2019.

SO ORDERED.

___12/21/18___
Date

PAUL L. FRIEDMAN
United States District Judge