# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U. et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KIRSTJEN NIELSEN et al., <br><br> *Defendants*. | No. 18-1458 (PLF) |

## ORDER

The matter is before the Court on Plaintiffs' Emergency Motion for a Temporary Restraining Order, Dkt. 59, filed yesterday evening. Because Plaintiffs filed the motion on the eve of December 24, when the court is closed, the matter is before the undersigned as the scheduled emergency judge pursuant to Local Civil Rule 57.8(c). Pursuant to Local Civil Rule 65.1(a), plaintiffs certify that they have served the government by email with copies of the complaint, the motion, and all other papers filed with the Court. Plaintiffs further represent that they have been unable to communicate with Defendants' counsel, perhaps due to the government shutdown.

Plaintiffs allege that separation of plaintiffs P.M.B. and C.O.M. "is imminent," Dkt. 59 at 2. Upon consideration of Plaintiffs' emergency motion, and in view of the imminent harm likely to befall Plaintiffs if P.M.B. is removed from the country or otherwise separated from C.O.M. and the fact that Plaintiffs' counsel has been unable to communicate with Defendants' counsel on this matter, the Court will take the unusual step of granting the motion without a hearing in order to preserve the status quo pending further review of the merits. *See Jacinto-Castanon de*

*Nolasco v. U.S. Immigration & Customs Enf't*, 319 F. Supp. 3d 491 (D.D.C. 2018); *Mejia v. U.S. Immigration & Customs Enf't*, No. 18-2096, ECF No. 3 (D.D.C. Sept. 6, 2018).

For the foregoing reasons, it is hereby ORDERED that Defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them, are temporarily restrained from separating P.M.B. and C.O.M. or removing from the United States Plaintiff P.M.B. until further order of this Court.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  December 24, 2018