UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.G.U, *et al.*          )
                         )
                         )
        Plaintiffs,      )    No. 1:18-cv-01458 (PLF)
                         )
v.                       )
                         )
KIRSTJEN NIELSEN, *et al.*,  )
                         )
        Defendants.      )

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' **UNOPPOSED MOTION FOR A STAY OF CASE DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**, and for good cause shown, it is hereby

ORDERED that Defendants' motion be, and hereby is, GRANTED. All deadlines in this case are hereby stayed until further order of this Court. Defendants will notify the Court as soon as Congress has appropriated funds for the Department.

SO ORDERED.

12/27/18
Date

*Paul L. Friedman*
PAUL L. FRIEDMAN
United States District Judge