**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| M.G.U, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:18-cv-01458 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| KIRSTJEN NIELSEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF RESTORATION OF APPROPRIATIONS**

Defendants hereby notify the Court that the appropriations funding the U.S. Department of Justice, as well as Defendant the U.S. Department of Homeland Security ("DHS"), have been restored. Defendants therefore request that all current deadlines for the parties be reset.

Specifically, Defendants request that they be permitted to file their reply in support of their Motion to Dismiss, ECF No. 53, on or before February 15, 2019. Counsel for Defendants has reached out to counsel for Plaintiffs regarding this request, and counsel for Plaintiffs has stated that he has no objection to Defendants' request for a February 15, 2019 deadline for filing their reply. With regard to the remaining pending filings, the parties intend to continue discussing how Plaintiffs intend to proceed on those filings, and will file a supplemental report to the Court regarding those pending filings no later than February 1, 2019.

//
//
//

Dated: January 29, 2019						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General
							WILLIAM C. PEACHEY
							Director
							WILLIAM C. SILVIS
							Assistant Director

					By:	*Sarah B. Fabian*
							SARAH B. FABIAN
							Senior Litigation Counsel
							U.S. Department of Justice
							Office of Immigration Litigation
							District Court Section
							Box 868, Ben Franklin Station
							Washington, DC 20442
							Telephone: (202) 532-4824
							Fax: (202) 616-8962
							E-mail: Sarah.B.Fabian@usdoj.gov

								and

							JESSIE K. LIU, D.C. Bar #472845
							United States Attorney
							DANIEL F. VAN HORN
							D.C. BAR # 924092
							Civil Chief

							JEREMY S. SIMON, D.C. BAR #447956
							Assistant United States Attorney
							555 4th Street, N.W.
							Washington, D.C. 20530
							(202) 252-2528
							Jeremy.simon@usdoj.gov

							*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically serve all counsel of record with a copy of said document.

    /s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice