UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § | |
| Plaintiffs, | § § § | No. 18-cv-1458-PLF |
| v. | § § | Civil Action |
| Kirstjen Nielsen, *et al.*, | § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND WITHDRAW MOTIONS WITHOUT PREJUDICE TO REURGE**

Plaintiffs seek leave to withdraw two of their pending motions (ECF Nos. 58 and 59) to be reurged later only if necessary, and in support would respectfully show:

1. On December 23, 2018 Plaintiffs filed (a) a motion to supplement their complaint to add as plaintiffs two individuals, a mother whose initials are P.M.B., and P.M.B.'s minor daughter whose initials are C.O.M., ECF No. 58; and (b) an emergency motion for temporary restraining order preventing P.M.B.'s separation from C.O.M., ECF No. 59.

2. On December 24, 2018 the Court entered a temporary restraining order preventing separation pending further court order, ECF No. 60.

3. On or about January 26, 2019, Defendants released P.M.B. and C.O.M. from detention together as they pursue immigration relief in the United States, subject to P.M.B.'s fitting with an ankle monitor so that P.M.B. may be reapprehended at any time that Defendants choose.

4. Since releasing P.M.B. with C.O.M., Defendants have indicated that they have no intent to separate P.M.B. from C.O.M. while this family lawfully pursues immigration relief in the United States, which renders emergency proceedings, and litigation of the issues raised in ECF Nos. 58 and 59, unnecessary at this time.

5.  Consequently Plaintiffs seek dissolution of the temporary restraining order and leave to withdraw their motions in ECF Nos. 58 and 59 without prejudice.

6.  Defendants do not oppose this motion.

WHEREFORE, Plaintiffs pray that the Court dissolve the temporary restraining order and grant them leave to withdraw the motions filed as ECF Nos. 58 and 59 as provided in the attached proposed order.

February 1, 2019

Respectfully submitted,
TEXAS RIOGRANDE LEGAL AID, INC.

/s/ Jerome Wesevich
_____
Jerome Wesevich (D.D.C. Bar No. TX0125)
Peter McGraw (admitted pro hac vice)
Amanda Chisholm (admitted pro hac vice)
1331 Texas Avenue
El Paso, Texas 79901
(915) 585-5120
jwesevich@trla.org


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Steven C. Herzog (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3317
sherzog@paulweiss.com

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

        Anand Sithian (admitted *pro hac vice*)
        Katherine Kelly Fell (admitted *pro hac vice*)
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212) 373-3000
        asithian@paulweiss.com
        kfell@paulweiss.com

        *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § § § | |
| Plaintiffs, | § § | No. 18-cv-1458-PLF |
| v. | § § | Civil Action |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

Pursuant to Plaintiffs' unopposed motion:

(a) the Temporary Restraining Order issued as ECF No. 60 on December 24, 2018 is hereby and immediately DISSOLVED; and

(b) Plaintiffs' motions in ECF Nos. 58 and 59 are hereby WITHDRAWN without prejudice to refiling as Plaintiffs deem necessary.

SO ORDERED at ____ ___.m. Eastern Standard Time on this _____ day of February, 2019 at Washington, D.C.

_____
Hon. Paul L. Friedman
United States District Judge