UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| M.G.U., *et al.*, | § § § | |
| Plaintiffs, | § § | No. 18-cv-1458-PLF |
| v. | § § | Civil Action |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER**

Pursuant to Plaintiffs' unopposed motion:

(a) the Temporary Restraining Order issued as ECF No. 60 on December 24, 2018 is hereby and immediately DISSOLVED; and

(b) Plaintiffs' motions in ECF Nos. 58 and 59 are hereby WITHDRAWN without prejudice to refiling as Plaintiffs deem necessary.

SO ORDERED at 1:00 p.m. Eastern Standard Time on this 19th day of February, 2019 at Washington, D.C.

_____
Hon. Paul L. Friedman
United States District Judge