# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 1:18-cv-01458 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

　　Please enter the withdrawal of appearance of Katherine Kelly Fell of Paul, Weiss, Rifkind, Wharton & Garrison LLP, admitted *pro hac vice*, as attorney for plaintiffs in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent plaintiffs in this proceeding.

Dated:　New York, NY
　　　　May 30, 2019

　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　By:　　　　/s/ Katherine Kelly Fell
　　　　　　　　　　　　　　　　　　　　　　　Katherine Kelly Fell

　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　　　　Tel: (212) 373-3550
　　　　　　　　　　　　　　　　　　　Fax: (212) 492-0550
　　　　　　　　　　　　　　　　　　　kfell@paulweiss.com