UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-1458 (PLF) |
| KIRSTJEN NIELSEN, et al., | ) |
| Defendants. | ) |

SHOW CAUSE ORDER

Plaintiffs are three parents who entered the United States with their children, were detained by immigration officials, and were separated from their children. Plaintiffs sought relief based this separation. See Complaint, Dkt. No. 1, at 17-18. All of the plaintiffs, however, have now been reunited with their children: M.G.U. was reunited with her sons on July 11, 2018; A.P.F. was reunited with his daughter on July 17, 2018; and E.F. was reunited with her son on July 20, 2018. See Defs.' Motion to Dismiss, Dkt. No. 53, at 2-3. Accordingly, it is hereby

ORDERED that, on or before July 9, 2019, plaintiffs shall show cause for why this action should not be dismissed as moot.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2019