IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>        Plaintiff,<br><br>        v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Civil Action No. 1:18-cv-1458 (PLF) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFFS TO RESPOND TO SHOW CAUSE ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs, by and through their undersigned counsel, hereby move for a twenty-day extension to respond to the Court's Show Cause Order (Dkt. No. 68). The Court ordered Plaintiffs to show cause by July 9, 2019, and Plaintiffs seek a 20-day extension, until July 29, 2019. Counsel for Plaintiffs, Anand Sithian, communicated by email with counsel for Defendants, Sarah B. Fabian, and Ms. Fabian stated that Defendants do not object to Plaintiffs' request for an extension.

This is Plaintiffs' first motion for an extension of time regarding the Court's Show Cause Order. Good cause exists to grant this motion, as it is brought in good faith and is not brought for purposes of delay. Counsel for Plaintiffs, Steven Herzog, is currently traveling internationally and will not be returning to work until July 8, 2019. Counsel for Plaintiffs intends to discuss with counsel for Defendants whether the parties can resolve this action without further litigation. Counsel for Plaintiffs therefore requests 20 days to have such discussions, to allow Counsel time to consult with Plaintiffs, and to prepare a response to the Court's Show Cause Order, if necessary. No party will be prejudiced by this extension, and all parties have consented to the relief requested.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to the Court's June 25, 2019 Show Cause Order until July 29, 2019. A proposed order is attached.

DATED: July 3, 2019

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Anand Sithian
Steven C. Herzog (admitted *pro hac vice*)
Meredith A. Arfa
Anand Sithian (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
sherzog@paulweiss.com
marfa@paulweiss.com
asithian@paulweiss.com

David J. Ball (DC Bar No. 460055)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7352
dball@paulweiss.com

TEXAS RIOGRANDE LEGAL AID, INC.

Jerome Wesevich (D.D.C. Bar No. TX0125)
Amanda Chisholm (Texas Bar No. 24040684)
Peter McGraw (Texas Bar No. 24081036)
1331 Texas Avenue
El Paso, Texas 79901
(915) 241-0534
jwesevich@trla.org
achisholm@trla.org
pmcgraw@trla.org

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.G.U., *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>        Defendants. | Civil Action No. 1:18-cv-1458 (PLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO SHOW CAUSE ORDER**, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' motion be, and hereby is, **GRANTED**, Plaintiffs' deadline to file their response is extended to July 29, 2019.

**SO ORDERED**.

_____                                    _____
Date                                                                                              PAUL L. FRIEDMAN
                                                                                                    United States District Judge